Form 4-1

| UNITED STATES COURT OF INTERNATIONAL TRADE | FORM 4 |
|---|---|

| THE STATE OF OREGON, et al.<br><br>    Plaintiff,<br>v.<br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.<br>    Defendant. | SUMMONS<br><br>Court No. 26-01472 |

**TO:** The above-named Defendant: Donald J. Trump, in his official capacity as President of the United States

You are hereby summoned and required to serve on plaintiff's attorney, whose name and address are set out below, an answer to the complaint which is herewith served on you, within 21* days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.



/s/ Gina Justice
Clerk of the Court

Name, Firm, Address, Telephone Number and E-mail Address of Plaintiff's Attorney

s/Brian Simmonds Marshall
_____
Signature of Plaintiff's Attorney

March 5, 2026
_____
    Date

Brian Simmonds Marshall
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
Tel: (971) 673-1880
Brian.S.Marshall@doj.oregon.gov

\* If the United States or an officer or agency thereof is a defendant, the time to be inserted as to it is 60 days, except that in an action described in 28 U.S.C. § 1581(f) the time to be inserted is 14 days.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Oct. 1, 2025, eff. Oct. 1, 2025; Oct. 23, 2025, eff. Dec. 1, 2025.)

Form 4-1

UNITED STATES COURT OF INTERNATIONAL TRADE          FORM 4

THE STATE OF OREGON, et al.

                          Plaintiff,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, et al.
                          Defendant.

**SUMMONS**

Court No.  26-01472

**TO:**  The above-named Defendant: Department of Homeland Security

You are hereby summoned and required to serve on plaintiff's attorney, whose name and address are set out below, an answer to the complaint which is herewith served on you, within 21* days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.



/s/ Gina Justice
Clerk of the Court

Name, Firm, Address, Telephone Number and E-mail Address of Plaintiff's Attorney

_s/Brian Simmons Marshall_
Signature of Plaintiff's Attorney

March 5, 2026
Date

Brian Simmonds Marshall
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
Tel: (971) 673-1880
Brian.S.Marshall@doj.oregon.gov

* If the United States or an officer or agency thereof is a defendant, the time to be inserted as to it is 60 days, except that in an action described in 28 U.S.C. § 1581(f) the time to be inserted is 14 days.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Oct. 1, 2025, eff. Oct. 1, 2025; Oct. 23, 2025, eff. Dec. 1, 2025.)

Form 4-1

UNITED STATES COURT OF INTERNATIONAL TRADE          FORM 4

```
THE STATE OF OREGON, et al.

                    Plaintiff,
v.
DONALD J. TRUMP, in his official capacity as
President of the United States, et al.
                    Defendant.
```

**SUMMONS**
Court No. 26-01472

**TO:** The above-named Defendant: Kristi Noem, in her official capacity as Secretary of the Department of Homeland Security

You are hereby summoned and required to serve on plaintiff's attorney, whose name and address are set out below, an answer to the complaint which is herewith served on you, within 21* days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.



/s/ Gina Justice
Clerk of the Court

Name, Firm, Address, Telephone Number and
E-mail Address of Plaintiff's Attorney

*s/Brian Simmonds Marshall*
Signature of Plaintiff's Attorney

March 5, 2026
Date

Brian Simmonds Marshall
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
Tel: (971) 673-1880
Brian.S.Marshall@doj.oregon.gov

* If the United States or an officer or agency thereof is a defendant, the time to be inserted as to it is 60 days, except that in an action described in 28 U.S.C. § 1581(f) the time to be inserted is 14 days.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Oct. 1, 2025, eff. Oct. 1, 2025; Oct. 23, 2025, eff. Dec. 1, 2025.)

Form 4-1

UNITED STATES COURT OF INTERNATIONAL TRADE                FORM 4

```
THE STATE OF OREGON, et al.

                    Plaintiff,
v.
DONALD J. TRUMP, in his official capacity as
President of the United States, et al.
                    Defendant.
```

**SUMMONS**
Court No.  26-01472

**TO:**  The above-named Defendant: The United States

You are hereby summoned and required to serve on plaintiff's attorney, whose name and address are set out below, an answer to the complaint which is herewith served on you, within 21* days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.



/s/ Gina Justice
Clerk of the Court

Name, Firm, Address, Telephone Number and
E-mail Address of Plaintiff's Attorney

s/Brian Simmonds Marshall
―――――――――――――――――――
Signature of Plaintiff's Attorney


March 5, 2026
―――――――――――――――――――
         Date

Brian Simmonds Marshall
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
Tel: (971) 673-1880
Brian.S.Marshall@doj.oregon.gov

* If the United States or an officer or agency thereof is a defendant, the time to be inserted as to it is 60 days, except that in an action described in 28 U.S.C. § 1581(f) the time to be inserted is 14 days.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Oct. 1, 2025, eff. Oct. 1, 2025; Oct. 23, 2025, eff. Dec. 1, 2025.)

Form 4-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**  FORM 4

| | |
|---|---|
| THE STATE OF OREGON, et al.<br><br>Plaintiff,<br>v.<br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.<br>Defendant. | **SUMMONS**<br>Court No.  26-01472 |

**TO:** The above-named Defendant: Rodney S. Scott in his official capacity as Commissioner for U.S. Customs and Border Protection

You are hereby summoned and required to serve on plaintiff's attorney, whose name and address are set out below, an answer to the complaint which is herewith served on you, within 21* days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.



/s/ Gina Justice
Clerk of the Court

Name, Firm, Address, Telephone Number and E-mail Address of Plaintiff's Attorney

*s/Brian Simmonds Marshall*
Signature of Plaintiff's Attorney

March 5, 2026
Date

Brian Simmonds Marshall
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
Tel: (971) 673-1880
Brian.S.Marshall@doj.oregon.gov

* If the United States or an officer or agency thereof is a defendant, the time to be inserted as to it is 60 days, except that in an action described in 28 U.S.C. § 1581(f) the time to be inserted is 14 days.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Oct. 1, 2025, eff. Oct. 1, 2025; Oct. 23, 2025, eff. Dec. 1, 2025.)

Form 4-1

UNITED STATES COURT OF INTERNATIONAL TRADE        FORM 4

| THE STATE OF OREGON, et al. |
| --- |
| v.                              Plaintiff, |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al. |
|                              Defendant. |

**SUMMONS**
Court No.  26-01472

**TO:** The above-named Defendant: United States Customs and Border Protection

You are hereby summoned and required to serve on plaintiff's attorney, whose name and address are set out below, an answer to the complaint which is herewith served on you, within 21* days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.



/s/ Gina Justice
Clerk of the Court

Name, Firm, Address, Telephone Number and E-mail Address of Plaintiff's Attorney

s/Brian Simmonds Marshall
_____
Signature of Plaintiff's Attorney

March 5, 2026
_____
Date

Brian Simmonds Marshall Oregon Department of Justice 100 SW Market Street Portland, OR 97201
Tel: (971) 673-1880
Brian.S.Marshall@doj.oregon.gov

* If the United States or an officer or agency thereof is a defendant, the time to be inserted as to it is 60 days, except that in an action described in 28 U.S.C. § 1581(f) the time to be inserted is 14 days.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Oct. 1, 2025, eff. Oct. 1, 2025; Oct. 23, 2025, eff. Dec. 1, 2025.)