# UNITED STATES COURT OF INTERNATIONAL TRADE

## INFORMATION STATEMENT

(*Place an "X" in applicable* ☐)

| | |
|---|---|
| **PLAINTIFF:** THE STATE OF OREGON, et al.<br><br>**ATTORNEY** (*Name, Firm, Address, Telephone Number, E-mail Address*):<br><br>Brian Simmonds Marshall<br>Oregon Department of Justice<br>100 SW Market Street<br>Portland, OR 97201<br>Tele: (971) 673-1880<br>Brian.S.Marshall@doj.oregon.gov | **COURT NO.:** 1-26-cv-01472 |

**CONSTITUTIONAL ISSUE - 28 U.S.C. § 255**

If this action raises an issue of the constitutionality of an Act of Congress, a proclamation of the President or an Executive order, check this box: ☒

## JURISDICTION

**28 U.S.C. § 1581(a) - Tariff Act of 1930, Section 515 - 19 U.S.C. § 1515**

☐ Appraisal   ☐ Classification   ☐ Charges or Exactions   ☐ Vessel Repairs
☐ Exclusion   ☐ Liquidation   ☐ Drawback
☐ Refusal to Reliquidate   ☐ Rate of Duty   ☐ Redelivery

**28 U.S.C. § 1581(b) - Tariff Act of 1930, Section 516 - 19 U.S.C. § 1516**

☐ Appraisal   ☐ Classification   ☐ Rate of Duty

**28 U.S.C. § 1581(c) - Tariff Act of 1930, Section 516A(a)(1), (a)(2) or (a)(3) - 19 U.S.C. §1516a or Section 517(g) – 19 U.S.C. §1517**

(*Provide a brief description of the administrative determination you are contesting, including any relevant **Federal Register** or **Administrative Determination** citation(s) and the product(s) involved in the determination. For Section 516A(a)(1) or (a)(2), cite the specific subparagraph and clause of the section.*)

Subparagraph and Clause _____ Agency_____

*Federal Register* or *Administrative Determination* Cite(s) _____
Product(s)_____

**28 U.S.C. § 1581(d) - Trade Act of 1974 - 19 U.S.C. §§ 2273, 2341, 2401b**

☐ U.S. Secretary of Labor   ☐ U.S. Secretary of Commerce   ☐ U.S. Secretary of Agriculture

**28 U.S.C. § 1581(e) - Trade Agreements Act of 1979, Section 305(b)(1) - 19 U.S.C. § 2515** (*Provide a brief statement of the final determination to be reviewed.*)

**28 U.S.C. § 1581(f) - Tariff Act of 1930, Section 777(c)(2) - 19 U.S.C. § 1677f(c)(2)**

Agency:   ☐ U.S. International Trade Commission   ☐ Administering Authority

**28 U.S.C. § 1581(g) - Tariff Act of 1930, Section 641 - 19 U.S.C. § 1641 - or Section 499 - 19 U.S.C. § 1499**

☐ Sec. 641(b)(2)   ☐ Sec. 641(b)(3)   ☐ Sec. 641(c)(1)   ☐ Sec. 641(b)(5)
☐ Sec. 641(c)(2)   ☐ Sec. 641(d)(2)(B)   ☐ Sec. 499(b)

# JURISDICTION
(Continued)

**28 U.S.C. § 1581(h) - Ruling relating to:**

☐ Classification  ☐ Valuation  ☐ Restricted Merchandise

☐ Rate of Duty  ☐ Marking  ☐ Entry Requirements

☐ Drawbacks  ☐ Vessel Repairs  ☐ Other: _____

_____

**28 U.S.C. § 1581(i)** - (*Cite any applicable statute and provide a brief statement describing jurisdictional basis.*)
This action challenges tariffs levied pursuant to Proclamation No. 11012, 91 Fed. Reg. 9339 (Feb. 20, 2026, published in the Federal Register on Feb. 25, 2026). That Proclamation purports to rely on Section 122 of the Trade Act of 1974 (19 U.S.C. 212) as the basis for instituting tariffs. The action alleges that the Proclamation is ultra vires, violates the Separation of Powers of the U.S. Constitution, and violates the Administrative Procedures Act.

**28 U.S.C. § 1582 - Actions Commenced by the United States**

☐ (1) Recover civil penalty under Tariff Act of 1930:

  ☐ Sec. 592  ☐ Sec. 593A  ☐ Sec. 641(b)(6)

  ☐ Sec. 641(d)(2)(A)  ☐ Sec. 704(i)(2)  ☐ Sec. 734(i)(2)

☐ (2) Recover upon a bond

☐ (3) Recover customs duties

# RELATED CASE(S)

To your knowledge, does this action involve a common question of law or fact with any other action(s) previously decided or now pending?
No

| | PLAINTIFF | COURT NUMBER | JUDGE |
|---|---|---|---|
| ☐ Decided: | | | |
| ☐ Pending: | | | |

(Attach additional sheets, if necessary.)

*s/Brian Simmonds Marshall*
*Signature of Plaintiff's Attorney*

_____
_ March 5, 2026
*Date*

(As amended, eff. Jan. 1, 1985; Jan. 25, 2000, eff. May 1, 2000; May 25, 2004, eff. Sept. 1, 2004; Nov. 29, 2005, eff. Jan. 1, 2006; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 4, 2012, eff. Jan. 1, 2013; Sept. 18, 2018, eff. Oct. 15, 2018; Oct. 23, 2025, eff. Dec. 1, 2025.)