FORM 13

## UNITED STATES COURT OF INTERNATIONAL TRADE
One Federal Plaza
New York, New York 10278

### DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

This notification is submitted by Brian Simmonds Marshall _____

(Name of attorney of record)

on behalf of The State of Oregon _____ in the

matter of The State of Oregon, et al. _____ v. Donald J. Trump, et al. ,

Court No. 1-26-cv-01472 .

1. If this statement is submitted on behalf of a corporate party, that entity shall identify below the entity's parent corporation(s), all of its publicly-owned companies, any publicly-held company that has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity, and describe the relationship between the party and each identified company.

N/A

_____

_____

2. Indicate whether the party on whose behalf this Form is being filed is [X] or is not [ ] the real party in interest. If not, identify below the real party in interest.

_____

_____

_____

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association. (Attach additional pages if necessary.)

N/A

_____

_____

4. If this statement is submitted on behalf of a party that has obtained third-party litigation funding, identify below each third-party litigation funder.

N/A

_____

_s/Brian Simmonds Marshall_          March 5, 2026
Signature of Attorney                 Date
Oregon Department of Justice
Firm
100 SW Market Street
Street Address
Portland, OR 97201
City, State and Zip Code
(973) 671-1880
Telephone Number
Brian.S.Marshall@doj.oregon.gov
E-mail Address

(Added Nov. 4, 1981, eff. Jan. 1, 1982; as amended Dec. 18, 2001, eff. Apr.1, 2002; Sept. 28, 2004, eff. January 1, 2005; June 11, 2024, eff. Aug. 1, 2024; Oct. 23, 2025, eff. Dec. 1, 2025; Dec. 9, 2025, eff. Jan.5, 2026.)

**FORM 13**

## UNITED STATES COURT OF INTERNATIONAL TRADE
One Federal Plaza
New York, New York 10278

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

This notification is submitted by Joshua D. Bendor _____

(Name of attorney of record)

on behalf of The State of Arizona _____ in the

matter of The State of Oregon, et al. _____ v. Donald J. Trump, et al. _____,

Court No. 1-26-cv-01472 _____ .

1. If this statement is submitted on behalf of a corporate party, that entity shall identify below the entity's parent corporation(s), all of its publicly-owned companies, any publicly-held company that has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity, and describe the relationship between the party and each identified company.
N/A

2. Indicate whether the party on whose behalf this Form is being filed is [X] or is not [ ] the real party in interest. If not, identify below the real party in interest.

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association. (Attach additional pages if necessary.)
N/A

4. If this statement is submitted on behalf of a party that has obtained third-party litigation funding, identify below each third-party litigation funder.

N/A

| | |
|---|---|
| s/Joshua D. Bendor | March 5, 2026 |
| Signature of Attorney | Date |
| Arizona Office of the Attorney General | |
| Firm | |
| 2005 N. Central Avenue | |
| Street Address | |
| Phoenix, AZ 85004-2926 | |
| City, State and Zip Code | |
| (602) 542-3333 | |
| Telephone Number | |
| Joshua.D.Bendor@azag.gov | |
| E-mail Address | |

(Added Nov. 4, 1981, eff. Jan. 1, 1982; as amended Dec. 18, 2001, eff. Apr.1, 2002; Sept. 28, 2004, eff. January 1, 2005; June 11, 2024, eff. Aug. 1, 2024; Oct. 23, 2025, eff. Dec. 1, 2025; Dec. 9, 2025, eff. Jan.5, 2026.)

FORM 13

## UNITED STATES COURT OF INTERNATIONAL TRADE
One Federal Plaza
New York, New York 10278

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

This notification is submitted by <u>Shiwon Choe</u>

(Name of attorney of record)

on behalf of <u>The State of California</u> in the
matter of <u>The State of Oregon, et al.</u> v. <u>Donald J. Trump, et al.</u> ,
Court No. <u>1-26-cv-01472</u> .

1. If this statement is submitted on behalf of a corporate party, that entity shall identify below the entity's parent corporation(s), all of its publicly-owned companies, any publicly-held company that has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity, and describe the relationship between the party and each identified company.
N/A

2. Indicate whether the party on whose behalf this Form is being filed is [X] or is not [ ] the real party in interest. If not, identify below the real party in interest.

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association. (Attach additional pages if necessary.)
N/A

4. If this statement is submitted on behalf of a party that has obtained third-party litigation funding, identify below each third-party litigation funder.

N/A

| | |
|---|---|
| *s/Shiwon Choe* | March 5, 2026 |
| **Signature of Attorney** | Date |
| California Department of Justice | |
| **Firm** | |
| 455 Golden Gate Avenue, Suite 11000 | |
| **Street Address** | |
| San Francisco, CA 94102-7004 | |
| **City, State and Zip Code** | |
| (415) 510-4400 | |
| **Telephone Number** | |
| Shiwon.Choe@doj.ca.gov | |
| **E-mail Address** | |

(Added Nov. 4, 1981, eff. Jan. 1, 1982; as amended Dec. 18, 2001, eff. Apr.1, 2002; Sept. 28, 2004, eff. January 1, 2005; June 11, 2024, eff. Aug. 1, 2024; Oct. 23, 2025, eff. Dec. 1, 2025; Dec. 9, 2025, eff. Jan.5, 2026.)

FORM 13

## UNITED STATES COURT OF INTERNATIONAL TRADE
One Federal Plaza
New York, New York 10278

### DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

This notification is submitted by <u>Rabia Muqaddam</u>

(Name of attorney of record)

on behalf of <u>The State of New York</u>                                    in the
matter of <u>The State of Oregon, et al.</u>               v. <u>Donald J. Trump, et al.</u>,
Court No. <u>1-26-cv-01472</u>.

1. If this statement is submitted on behalf of a corporate party, that entity shall identify below the entity's parent corporation(s), all of its publicly-owned companies, any publicly-held company that has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity, and describe the relationship between the party and each identified company.
N/A

2. Indicate whether the party on whose behalf this Form is being filed is [X] or is not [ ] the real party in interest. If not, identify below the real party in interest.

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association. (Attach additional pages if necessary.)
N/A

4. If this statement is submitted on behalf of a party that has obtained third-party litigation funding, identify below each third-party litigation funder.

N/A

<u>s/Rabia Muqaddam</u>                         March 5, 2026
Signature of Attorney                                    Date
New York State Attorney General Office
Firm
28 Liberty St.
Street Address
New York, NY 10005
City, State and Zip Code
(212) 416-8679
Telephone Number
rabia.muqaddam@ag.ny.gov
E-mail Address

(Added Nov. 4, 1981, eff. Jan. 1, 1982; as amended Dec. 18, 2001, eff. Apr.1, 2002; Sept. 28, 2004, eff. January 1, 2005; June 11, 2024, eff. Aug. 1, 2024; Oct. 23, 2025, eff. Dec. 1, 2025; Dec. 9, 2025, eff. Jan.5, 2026.)

FORM 13

## UNITED STATES COURT OF INTERNATIONAL TRADE
One Federal Plaza
New York, New York 10278

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

This notification is submitted by _Sarah H. Weiss_____

_____ (Name of attorney of record) _____

on behalf of _The State of Colorado_____in the

matter of _The State of Oregon, et al._____ v. _Donald J. Trump, et al._____ ,

Court No. _1-26-cv-01472_____.

1. If this statement is submitted on behalf of a corporate party, that entity shall identify below the entity's parent corporation(s), all of its publicly-owned companies, any publicly-held company that has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity, and describe the relationship between the party and each identified company.
N/A
_____
_____

2. Indicate whether the party on whose behalf this Form is being filed is [X] or is not [ ] the real party in interest. If not, identify below the real party in interest.
_____
_____
_____

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association. (Attach additional pages if necessary.)
N/A
_____
_____
_____

4. If this statement is submitted on behalf of a party that has obtained third-party litigation funding, identify below each third-party litigation funder.
_____
N/A
_____

_s/Sarah H. Weiss_____          March 5, 2026_____
Signature of Attorney                                        Date
Colorado Attorney General Office
Firm
1300 Broadway, #10
Street Address
Denver, CO 80203
City, State and Zip Code
(720) 508-6000
Telephone Number
Sarah.Weiss@coag.gov
E-mail Address

(Added Nov. 4, 1981, eff. Jan. 1, 1982; as amended Dec. 18, 2001, eff. Apr.1, 2002; Sept. 28, 2004, eff. January 1, 2005; June 11, 2024, eff. Aug. 1, 2024; Oct. 23, 2025, eff. Dec. 1, 2025; Dec. 9, 2025, eff. Jan.5, 2026.)

FORM 13

## UNITED STATES COURT OF INTERNATIONAL TRADE
One Federal Plaza
New York, New York 10278

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

This notification is submitted by  Michael Skold

(Name of attorney of record)

on behalf of  The State of Connecticut                                                in the

matter of  The State of Oregon, et al.                    v.  Donald J. Trump, et al.           ,

Court No.  1-26-cv-01472            .

1. If this statement is submitted on behalf of a corporate party, that entity shall identify below the entity's parent corporation(s), all of its publicly-owned companies, any publicly-held company that has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity, and describe the relationship between the party and each identified company.

N/A

2. Indicate whether the party on whose behalf this Form is being filed is [x] or is not [ ] the real party in interest.  If not, identify below the real party in interest.

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association.  (Attach additional pages if necessary.)

N/A

4. If this statement is submitted on behalf of a party that has obtained third-party litigation funding, identify below each third-party litigation funder.

N/A

_s/Michael Skold_                                    March 5, 2026
Signature of Attorney                                          Date
Attorney General for the State of Connecticut
Firm
165 Capitol Avenue
Street Address
Hartford, CT 06106
City, State and Zip Code
(860) 808-5020
Telephone Number
Michael.Skold@ct.gov
E-mail Address

(Added Nov. 4, 1981, eff. Jan. 1, 1982; as amended Dec. 18, 2001, eff. Apr.1, 2002; Sept. 28, 2004, eff. January 1, 2005; June 11, 2024, eff. Aug. 1, 2024; Oct. 23, 2025, eff. Dec. 1, 2025; Dec. 9, 2025, eff. Jan.5, 2026.)

FORM 13

**UNITED STATES COURT OF INTERNATIONAL TRADE**
One Federal Plaza
New York, New York 10278

<u>**DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**</u>

This notification is submitted by <u>Ian R. Liston</u>

(Name of attorney of record)

on behalf of <u>The State of Delaware</u> _____ in the

matter of <u>The State of Oregon, et al.</u> v. <u>Donald J. Trump, et al.</u> ,

Court No. <u>1-26-cv-01472</u> .

1. If this statement is submitted on behalf of a corporate party, that entity shall identify below the entity's parent corporation(s), all of its publicly-owned companies, any publicly-held company that has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity, and describe the relationship between the party and each identified company.
N/A

2. Indicate whether the party on whose behalf this Form is being filed is [X] or is not [ ] the real party in interest. If not, identify below the real party in interest.

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association. (Attach additional pages if necessary.)
N/A

4. If this statement is submitted on behalf of a party that has obtained third-party litigation funding, identify below each third-party litigation funder.

N/A

_s/Ian R. Liston_                              March 5, 2026
Signature of Attorney                              Date
Delaware Department of Justice
Firm
820 N. French Street
Street Address
Wilmington, DE 19801
City, State and Zip Code
(302) 683-8875
Telephone Number
Ian.Liston@Delaware.gov
E-mail Address

(Added Nov. 4, 1981, eff. Jan. 1, 1982; as amended Dec. 18, 2001, eff. Apr.1, 2002; Sept. 28, 2004, eff. January 1, 2005; June 11, 2024, eff. Aug. 1, 2024; Oct. 23, 2025, eff. Dec. 1, 2025; Dec. 9, 2025, eff. Jan.5, 2026.)

FORM 13

**UNITED STATES COURT OF INTERNATIONAL TRADE**
One Federal Plaza
New York, New York 10278

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

This notification is submitted by Gretchen Helfrich

(Name of attorney of record)

on behalf of The State of Illinois _____ in the

matter of The State of Oregon, et al. _____ v. Donald J. Trump, et al. ,

Court No. 1-26-cv-01472 .

1. If this statement is submitted on behalf of a corporate party, that entity shall identify below the entity's parent corporation(s), all of its publicly-owned companies, any publicly-held company that has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity, and describe the relationship between the party and each identified company.
N/A

2. Indicate whether the party on whose behalf this Form is being filed is [x] or is not [ ] the real party in interest. If not, identify below the real party in interest.

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association. (Attach additional pages if necessary.)
N/A

4. If this statement is submitted on behalf of a party that has obtained third-party litigation funding, identify below each third-party litigation funder.

N/A

s/Gretchen Helfrich _____     March 5, 2026 _____
Signature of Attorney                                    Date
Office of the Illinois Attorney General
Firm
115 South Lasalle Street
Street Address
Chicago, IL 60603
City, State and Zip Code
Tel. (312) 814-3000
Telephone Number
Gretchen.helfrich@ilag.gov
E-mail Address

(Added Nov. 4, 1981, eff. Jan. 1, 1982; as amended Dec. 18, 2001, eff. Apr.1, 2002; Sept. 28, 2004, eff. January 1, 2005; June 11, 2024, eff. Aug. 1, 2024; Oct. 23, 2025, eff. Dec. 1, 2025; Dec. 9, 2025, eff. Jan.5, 2026.)

FORM 13

## UNITED STATES COURT OF INTERNATIONAL TRADE
One Federal Plaza
New York, New York 10278

### DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

This notification is submitted by Travis Mayo _____

(Name of attorney of record)

on behalf of Office of the Governor ex rel. Andy Beshear, in his official capacity as Governor of the Commonwealth of Kentucky _____ in the

matter of The State of Oregon, et al. _____ v. Donald J. Trump, et al. _____ ,

Court No. 1-26-cv-01472 _____ .

1. If this statement is submitted on behalf of a corporate party, that entity shall identify below the entity's parent corporation(s), all of its publicly-owned companies, any publicly-held company that has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity, and describe the relationship between the party and each identified company.
N/A
_____
_____
_____

2. Indicate whether the party on whose behalf this Form is being filed is [X] or is not [ ] the real party in interest. If not, identify below the real party in interest.
_____
_____
_____

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association. (Attach additional pages if necessary.)
N/A
_____
_____
_____

4. If this statement is submitted on behalf of a party that has obtained third-party litigation funding, identify below each third-party litigation funder.
N/A
_____
_____
_____

_s/Travis Mayo_____          March 5, 2026_____
Signature of Attorney                              Date
Office of the Governor
Firm
501 High Street
Street Address
Frankfort, KY 40601
City, State and Zip Code
(502) 564-2611
Telephone Number
travis.mayo@ky.gov
E-mail Address

(Added Nov. 4, 1981, eff. Jan. 1, 1982; as amended Dec. 18, 2001, eff. Apr.1, 2002; Sept. 28, 2004, eff. January 1, 2005; June 11, 2024, eff. Aug. 1, 2024; Oct. 23, 2025, eff. Dec. 1, 2025; Dec. 9, 2025, eff. Jan.5, 2026.)

**FORM 13**

## UNITED STATES COURT OF INTERNATIONAL TRADE
One Federal Plaza
New York, New York 10278

### DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

This notification is submitted by ___Katherine W. Thompson_____

(Name of attorney of record)

on behalf of ___The State of Maine_____ in the

matter of ___The State of Oregon, et al._____ v. ___Donald J. Trump, et al.___ ,

Court No. ___1-26-cv-01472_____ .

1. If this statement is submitted on behalf of a corporate party, that entity shall identify below the entity's parent corporation(s), all of its publicly-owned companies, any publicly-held company that has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity, and describe the relationship between the party and each identified company.
N/A
_____
_____
_____

2. Indicate whether the party on whose behalf this Form is being filed is [X] or is not [ ] the real party in interest. If not, identify below the real party in interest.
_____
_____
_____

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association. (Attach additional pages if necessary.)
N/A
_____
_____
_____

4. If this statement is submitted on behalf of a party that has obtained third-party litigation funding, identify below each third-party litigation funder.

___N/A_____
_____

___s/Katherine W. Thompson____          March 5, 2026
Signature of Attorney                                    Date
Office of the Attorney General
___Firm___
6 State House Street
___Street Address___
Augusta, ME 04333
___City, State and Zip Code___
207-626-8455
___Telephone Number___
Kate.thompson@maine.gov
___E-mail Address___

(Added Nov. 4, 1981, eff. Jan. 1, 1982; as amended Dec. 18, 2001, eff. Apr.1, 2002; Sept. 28, 2004, eff. January 1, 2005; June 11, 2024, eff. Aug. 1, 2024; Oct. 23, 2025, eff. Dec. 1, 2025; Dec. 9, 2025, eff. Jan.5, 2026.)

**FORM 13**

## UNITED STATES COURT OF INTERNATIONAL TRADE
One Federal Plaza
New York, New York 10278

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

This notification is submitted by ___Neil Giovanatti___

(Name of attorney of record)

on behalf of ___The State of Michigan___ in the

matter of ___The State of Oregon, et al.___ v. ___Donald J. Trump, et al.___,

Court No. ___1-26-cv-01472___.

1. If this statement is submitted on behalf of a corporate party, that entity shall identify below the entity's parent corporation(s), all of its publicly-owned companies, any publicly-held company that has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity, and describe the relationship between the party and each identified company.
N/A

2. Indicate whether the party on whose behalf this Form is being filed is ☒ or is not ☐ the real party in interest. If not, identify below the real party in interest.

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association. (Attach additional pages if necessary.)
N/A

4. If this statement is submitted on behalf of a party that has obtained third-party litigation funding, identify below each third-party litigation funder.

N/A

| | |
|---|---|
| _s/Neil Giovanatti_ | March 5, 2026 |
| Signature of Attorney | Date |
| Michigan Department of Attorney General | |
| Firm | |
| 525 W. Ottawa | |
| Street Address | |
| Lansing, MI 48909 | |
| City, State and Zip Code | |
| (517) 335-7603 | |
| Telephone Number | |
| GiovanattiN@michigan.gov | |
| E-mail Address | |

(Added Nov. 4, 1981, eff. Jan. 1, 1982; as amended Dec. 18, 2001, eff. Apr.1, 2002; Sept. 28, 2004, eff. January 1, 2005; June 11, 2024, eff. Aug. 1, 2024; Oct. 23, 2025, eff. Dec. 1, 2025; Dec. 9, 2025, eff. Jan.5, 2026.)

FORM 13

## UNITED STATES COURT OF INTERNATIONAL TRADE
One Federal Plaza
New York, New York 10278

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

This notification is submitted by Lindsey E. Middlecamp

(Name of attorney of record)

on behalf of The State of Minnesota                                                in the

matter of The State of Oregon, et al.                v. Donald J. Trump, et al.      ,

Court No. 1-26-cv-01472            .

1. If this statement is submitted on behalf of a corporate party, that entity shall identify below the entity's parent corporation(s), all of its publicly-owned companies, any publicly-held company that has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity, and describe the relationship between the party and each identified company.
N/A

2. Indicate whether the party on whose behalf this Form is being filed is [x] or is not [ ] the real party in interest. If not, identify below the real party in interest.

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association. (Attach additional pages if necessary.)
N/A

4. If this statement is submitted on behalf of a party that has obtained third-party litigation funding, identify below each third-party litigation funder.

N/A

_s/Lindsey E. Middlecamp_                        March 5, 2026
Signature of Attorney                                  Date
Minnesota Attorney General
Firm
445 Minnesota Street, Suite 600
Street Address
St. Paul, Minnesota 55101-2125
City, State and Zip Code
(651) 757-1010
Telephone Number
Lindsey.middlecamp@ag.state.mn.us
E-mail Address

(Added Nov. 4, 1981, eff. Jan. 1, 1982; as amended Dec. 18, 2001, eff. Apr.1, 2002; Sept. 28, 2004, eff. January 1, 2005; June 11, 2024, eff. Aug. 1, 2024; Oct. 23, 2025, eff. Dec. 1, 2025; Dec. 9, 2025, eff. Jan.5, 2026.)

FORM 13

## UNITED STATES COURT OF INTERNATIONAL TRADE
One Federal Plaza
New York, New York 10278

### DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

This notification is submitted by James C. Luh _____

(Name of attorney of record)

on behalf of The State of Maryland _____ in the

matter of The State of Oregon, et al. _____ v. Donald J. Trump, et al. ____ ,

Court No. 1-26-cv-01472 _____ .

1. If this statement is submitted on behalf of a corporate party, that entity shall identify below the entity's parent corporation(s), all of its publicly-owned companies, any publicly-held company that has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity, and describe the relationship between the party and each identified company.

N/A

_____

_____

2. Indicate whether the party on whose behalf this Form is being filed is ☒ or is not ☐ the real party in interest. If not, identify below the real party in interest.

_____

_____

_____

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association. (Attach additional pages if necessary.)

N/A

_____

_____

4. If this statement is submitted on behalf of a party that has obtained third-party litigation funding, identify below each third-party litigation funder.

N/A

_____

_s/James C. Luh_____          March 5, 2026_____

Signature of Attorney                                                    Date

Office of the Attorney General

Firm

200 Saint Paul Place, 20th Floor

Street Address

Baltimore, Maryland 21202

City, State and Zip Code

(410) 576-6411

Telephone Number

jluh@oag.maryland.gov

E-mail Address

(Added Nov. 4, 1981, eff. Jan. 1, 1982; as amended Dec. 18, 2001, eff. Apr.1, 2002; Sept. 28, 2004, eff. January 1, 2005; June 11, 2024, eff. Aug. 1, 2024; Oct. 23, 2025, eff. Dec. 1, 2025; Dec. 9, 2025, eff. Jan.5, 2026.)

FORM 13

## UNITED STATES COURT OF INTERNATIONAL TRADE
One Federal Plaza
New York, New York 10278

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

This notification is submitted by <u>Katherine Dirks</u>

(Name of attorney of record)

on behalf of <u>The Commonwealth of Massachusetts</u> in the

matter of <u>The State of Oregon, et al.</u> v. <u>Donald J. Trump, et al.</u>,

Court No. <u>1-26-cv-01472</u>.

1. If this statement is submitted on behalf of a corporate party, that entity shall identify below the entity's parent corporation(s), all of its publicly-owned companies, any publicly-held company that has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity, and describe the relationship between the party and each identified company.

N/A

2. Indicate whether the party on whose behalf this Form is being filed is [X] or is not [ ] the real party in interest. If not, identify below the real party in interest.

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association. (Attach additional pages if necessary.)

N/A

4. If this statement is submitted on behalf of a party that has obtained third-party litigation funding, identify below each third-party litigation funder.

N/A

_Katherine Dirks_                                   March 5, 2026

Signature of Attorney                                          Date

Office of the Massachusetts Attorney General

Firm

1 Ashburton Place

Street Address

Boston, MA 02108

City, State and Zip Code

(617) 963-2277

Telephone Number

katherine.dirks@mass.gov

E-mail Address

(Added Nov. 4, 1981, eff. Jan. 1, 1982; as amended Dec. 18, 2001, eff. Apr.1, 2002; Sept. 28, 2004, eff. January 1, 2005; June 11, 2024, eff. Aug. 1, 2024; Oct. 23, 2025, eff. Dec. 1, 2025; Dec. 9, 2025, eff. Jan.5, 2026.)

**FORM 13**

## UNITED STATES COURT OF INTERNATIONAL TRADE
One Federal Plaza
New York, New York 10278

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

This notification is submitted by ___K. Brunetti Ireland_____

(Name of attorney of record)

on behalf of _The State of Nevada_____ in the

matter of _The State of Oregon, et al._____ v. _Donald J. Trump, et al._____,

Court No. _1-26-cv-01472_____.

1. If this statement is submitted on behalf of a corporate party, that entity shall identify below the entity's parent corporation(s), all of its publicly-owned companies, any publicly-held company that has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity, and describe the relationship between the party and each identified company.
N/A

_____

_____

_____

2. Indicate whether the party on whose behalf this Form is being filed is ☒ or is not ☐ the real party in interest. If not, identify below the real party in interest.

_____

_____

_____

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association. (Attach additional pages if necessary.)
N/A

_____

_____

_____

4. If this statement is submitted on behalf of a party that has obtained third-party litigation funding, identify below each third-party litigation funder.

___N/A_____

_____

_____

| | |
|---|---|
| _s/K. Brunetti Ireland_ | March 5, 2026 |
| Signature of Attorney | Date |
| Office of the Nevada Attorney General | |
| Firm | |
| 1 State of Nevada Way, Ste. 100 | |
| Street Address | |
| Las Vegas, NV 89119 | |
| City, State and Zip Code | |
| | |
| Telephone Number | |
| kireland@ag.nv.gov | |
| E-mail Address | |

(Added Nov. 4, 1981, eff. Jan. 1, 1982; as amended Dec. 18, 2001, eff. Apr.1, 2002; Sept. 28, 2004, eff. January 1, 2005; June 11, 2024, eff. Aug. 1, 2024; Oct. 23, 2025, eff. Dec. 1, 2025; Dec. 9, 2025, eff. Jan.5, 2026.)

FORM 13

## UNITED STATES COURT OF INTERNATIONAL TRADE
One Federal Plaza
New York, New York 10278

### DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

This notification is submitted by _Lucy Sprague_____

(Name of attorney of record)

on behalf of _The State of New Jersey_____in the

matter of _The State of Oregon, et al._____ v. _Donald J. Trump, et al._____ ,

Court No. _1-26-cv-01472_____ .

1. If this statement is submitted on behalf of a corporate party, that entity shall identify below the entity's parent corporation(s), all of its publicly-owned companies, any publicly-held company that has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity, and describe the relationship between the party and each identified company.

N/A
_____
_____
_____

2. Indicate whether the party on whose behalf this Form is being filed is [X] or is not [ ] the real party in interest.  If not, identify below the real party in interest.

_____
_____
_____

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association.  (Attach additional pages if necessary.)

N/A
_____
_____
_____

4. If this statement is submitted on behalf of a party that has obtained third-party litigation funding, identify below each third-party litigation funder.

_____
N/A
_____

| | |
|---|---|
| _s/Lucy Sprague_ | March 5, 2026 |
| Signature of Attorney | Date |
| Attorney General of New Jersey | |
| Firm | |
| 124 Halsey Street, 5th Floor | |
| Street Address | |
| Newark, New Jersey 07101 | |
| City, State and Zip Code | |
| (609) 696-5363 | |
| Telephone Number | |
| Lucy.Sprague@law.njoag.gov | |
| E-mail Address | |

(Added Nov. 4, 1981, eff. Jan. 1, 1982; as amended Dec. 18, 2001, eff. Apr.1, 2002; Sept. 28, 2004, eff. January 1, 2005; June 11, 2024, eff. Aug. 1, 2024; Oct. 23, 2025, eff. Dec. 1, 2025; Dec. 9, 2025, eff. Jan.5, 2026.)

FORM 13

## UNITED STATES COURT OF INTERNATIONAL TRADE
One Federal Plaza
New York, New York 10278

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

This notification is submitted by Amy Senier _____

(Name of attorney of record)

on behalf of The State of New Mexico _____ in the

matter of The State of Oregon, et al. _____ v. Donald J. Trump, et al. _____ ,

Court No. 1-26-cv-01472 _____ .

1. If this statement is submitted on behalf of a corporate party, that entity shall identify below the entity's parent corporation(s), all of its publicly-owned companies, any publicly-held company that has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity, and describe the relationship between the party and each identified company.
N/A
_____
_____
_____

2. Indicate whether the party on whose behalf this Form is being filed is [X] or is not [ ] the real party in interest.  If not, identify below the real party in interest.
_____
_____
_____

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association.  (Attach additional pages if necessary.)
N/A
_____
_____
_____

4. If this statement is submitted on behalf of a party that has obtained third-party litigation funding, identify below each third-party litigation funder.

N/A
_____
_____

_s/Amy Senier_ _____        March 5, 2026 _____
   Signature of Attorney                           Date
New Mexico Department of Justice
    Firm
P.O. Drawer 1508
   Street Address
Santa Fe, NM 87504-1508
  City, State and Zip Code
505-490-4060
   Telephone Number
asenier@nmdoj.gov
   E-mail Address

(Added Nov. 4, 1981, eff. Jan. 1, 1982; as amended Dec. 18, 2001, eff. Apr.1, 2002; Sept. 28, 2004, eff. January 1, 2005; June 11, 2024, eff. Aug. 1, 2024; Oct. 23, 2025, eff. Dec. 1, 2025; Dec. 9, 2025, eff. Jan.5, 2026.)

**FORM 13**

## UNITED STATES COURT OF INTERNATIONAL TRADE
One Federal Plaza
New York, New York 10278

### DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

This notification is submitted by  Daniel T. Wilkes
_____

(Name of attorney of record)

on behalf of  The State of North Carolina _____  in the

matter of  The State of Oregon, et al. _____ v.  Donald J. Trump, et al. _____ ,

Court No.  1-26-cv-01472 _____ .

1. If this statement is submitted on behalf of a corporate party, that entity shall identify below the
entity's parent corporation(s), all of its publicly-owned companies, any publicly-held company that
has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity,
and describe the relationship between the party and each identified company.
N/A
_____
_____
_____

2. Indicate whether the party on whose behalf this Form is being filed is ☒ or is not ☐ the real party
in interest. If not, identify below the real party in interest.
_____
_____
_____

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned
member of the trade association. (Attach additional pages if necessary.)
N/A
_____
_____
_____

4. If this statement is submitted on behalf of a party that has obtained third-party litigation
funding, identify below each third-party litigation funder.

N/A
_____
_____

_s/Daniel T. Wilkes_ _____          March 5, 2026 _____
Signature of Attorney                                       Date
North Carolina Department of Justice
_____
Firm
PO Box 629
_____
Street Address
Raleigh, NC 27602
_____
City, State and Zip Code
919-716-6415
_____
Telephone Number
dwilkes@ncdoj.gov
_____
E-mail Address

(Added Nov. 4, 1981, eff. Jan. 1, 1982; as amended Dec. 18, 2001, eff. Apr.1, 2002; Sept. 28, 2004, eff.
January 1, 2005; June 11, 2024, eff. Aug. 1, 2024; Oct. 23, 2025, eff. Dec. 1, 2025; Dec. 9, 2025, eff. Jan.5,
2026.)

FORM 13

## UNITED STATES COURT OF INTERNATIONAL TRADE
One Federal Plaza
New York, New York 10278

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

This notification is submitted by  Jacob B. Boyer
                                                    (Name of attorney of record)
on behalf of  Governor Josh Shapiro                                                        in the
matter of  The State of Oregon, et al.                        v.  Donald J. Trump, et al.        ,
Court No.  1-26-cv-01472        .

1. If this statement is submitted on behalf of a corporate party, that entity shall identify below the entity's parent corporation(s), all of its publicly-owned companies, any publicly-held company that has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity, and describe the relationship between the party and each identified company.
N/A

2. Indicate whether the party on whose behalf this Form is being filed is ☒ or is not ☐ the real party in interest. If not, identify below the real party in interest.

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association. (Attach additional pages if necessary.)
N/A

4. If this statement is submitted on behalf of a party that has obtained third-party litigation funding, identify below each third-party litigation funder.

N/A

_s/Jacob B. Boyer_                                 March 5, 2026
Signature of Attorney                                          Date
Pennsylvania Office of the Governor
Firm
30 N. 3rd St., Suite 200
Street Address
Harrisburg, PA 17101
City, State and Zip Code
(717) 460-6786
Telephone Number
jacobboyer@pa.gov
E-mail Address

(Added Nov. 4, 1981, eff. Jan. 1, 1982; as amended Dec. 18, 2001, eff. Apr.1, 2002; Sept. 28, 2004, eff. January 1, 2005; June 11, 2024, eff. Aug. 1, 2024; Oct. 23, 2025, eff. Dec. 1, 2025; Dec. 9, 2025, eff. Jan.5, 2026.)

**FORM 13**

## UNITED STATES COURT OF INTERNATIONAL TRADE
One Federal Plaza
New York, New York 10278

### DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

This notification is submitted by <u>Alex Carnevale</u>

(Name of attorney of record)

on behalf of <u>The State of Rhode Island</u> in the

matter of <u>The State of Oregon, et al.</u> v. <u>Donald J. Trump, et al.</u> ,

Court No. <u>1-26-cv-01472</u> .

1. If this statement is submitted on behalf of a corporate party, that entity shall identify below the entity's parent corporation(s), all of its publicly-owned companies, any publicly-held company that has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity, and describe the relationship between the party and each identified company.
N/A

2. Indicate whether the party on whose behalf this Form is being filed is [X] or is not [ ] the real party in interest. If not, identify below the real party in interest.

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association. (Attach additional pages if necessary.)
N/A

4. If this statement is submitted on behalf of a party that has obtained third-party litigation funding, identify below each third-party litigation funder.

N/A

<u>s/Alex Carnevale</u>                                  March 5, 2026
Signature of Attorney                                               Date
Office of the Attorney General - State of Rhode Island
Firm
150 South Main Street
Street Address
Providence, RI 02903
City, State and Zip Code
(401) 274 4400
Telephone Number
acarnevale@riag.ri.gov
E-mail Address

(Added Nov. 4, 1981, eff. Jan. 1, 1982; as amended Dec. 18, 2001, eff. Apr.1, 2002; Sept. 28, 2004, eff. January 1, 2005; June 11, 2024, eff. Aug. 1, 2024; Oct. 23, 2025, eff. Dec. 1, 2025; Dec. 9, 2025, eff. Jan.5, 2026.)

**FORM 13**

## UNITED STATES COURT OF INTERNATIONAL TRADE
One Federal Plaza
New York, New York 10278

### DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

This notification is submitted by Tillman J. Breckenridge _____
                                    (Name of attorney of record)

on behalf of The Commonwealth of Virginia _____ in the

matter of The State of Oregon, et al. _____ v. Donald J. Trump, et al. _____,

Court No. 1-26-cv-01472 _____ .

1. If this statement is submitted on behalf of a corporate party, that entity shall identify below the entity's parent corporation(s), all of its publicly-owned companies, any publicly-held company that has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity, and describe the relationship between the party and each identified company.
N/A
_____
_____
_____

2. Indicate whether the party on whose behalf this Form is being filed is [X] or is not [ ]  the real party in interest.  If not, identify below the real party in interest.
_____
_____
_____

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association.  (Attach additional pages if necessary.)
N/A
_____
_____
_____

4. If this statement is submitted on behalf of a party that has obtained third-party litigation funding, identify below each third-party litigation funder.

N/A
_____
_____

*s/Tillman J. Breckenridge*                    March 5, 2026
_____                _____
Signature of Attorney                               Date
Office of the Attorney General of Virginia
Firm
_____
202 N. 9th Street
Street Address
Richmond, Virginia 23219
City, State and Zip Code
(804) 786-2071
Telephone Number
solicitorgeneral@oag.state.va.us
E-mail Address

(Added Nov. 4, 1981, eff. Jan. 1, 1982; as amended Dec. 18, 2001, eff. Apr.1, 2002; Sept. 28, 2004, eff. January 1, 2005; June 11, 2024, eff. Aug. 1, 2024; Oct. 23, 2025, eff. Dec. 1, 2025; Dec. 9, 2025, eff. Jan.5, 2026.)

**FORM 13**

## UNITED STATES COURT OF INTERNATIONAL TRADE
One Federal Plaza
New York, New York 10278

### DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

This notification is submitted by __Ryan P. Kane_____

(Name of attorney of record)

on behalf of __The State of Vermont_____in the

matter of __The State of Oregon, et al._____ v. __Donald J. Trump, et al._____,

Court No. __1-26-cv-01472_____.

1. If this statement is submitted on behalf of a corporate party, that entity shall identify below the entity's parent corporation(s), all of its publicly-owned companies, any publicly-held company that has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity, and describe the relationship between the party and each identified company.

N/A
_____
_____
_____

2. Indicate whether the party on whose behalf this Form is being filed is [X] or is not [ ] the real party in interest. If not, identify below the real party in interest.

_____
_____
_____

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association. (Attach additional pages if necessary.)

N/A
_____
_____
_____

4. If this statement is submitted on behalf of a party that has obtained third-party litigation funding, identify below each third-party litigation funder.

N/A
_____
_____

__s/Ryan P. Kane_____          March 5, 2026
  Signature of Attorney                _____
Attorney General of Vermont                         Date
  Firm
109 State Street
  Street Address
Montpelier, VT 05609
  City, State and Zip Code
(802) 828-2153
  Telephone Number
ryan.kane@vermont.gov
  E-mail Address

(Added Nov. 4, 1981, eff. Jan. 1, 1982; as amended Dec. 18, 2001, eff. Apr.1, 2002; Sept. 28, 2004, eff. January 1, 2005; June 11, 2024, eff. Aug. 1, 2024; Oct. 23, 2025, eff. Dec. 1, 2025; Dec. 9, 2025, eff. Jan.5, 2026.)

**FORM 13**

## UNITED STATES COURT OF INTERNATIONAL TRADE
One Federal Plaza
New York, New York 10278

### DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

This notification is submitted by Freeman E. Halle

(Name of attorney of record)

on behalf of The State of Washington                                        in the

matter of The State of Oregon, et al.                    v. Donald J. Trump, et al.            ,

Court No. 1-26-cv-01472        .

1. If this statement is submitted on behalf of a corporate party, that entity shall identify below the entity's parent corporation(s), all of its publicly-owned companies, any publicly-held company that has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity, and describe the relationship between the party and each identified company.
N/A

2. Indicate whether the party on whose behalf this Form is being filed is ☒ or is not ☐ the real party in interest. If not, identify below the real party in interest.

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association. (Attach additional pages if necessary.)
N/A

4. If this statement is submitted on behalf of a party that has obtained third-party litigation funding, identify below each third-party litigation funder.

N/A

s/ Freeman E. Halle                                March 5, 2026
Signature of Attorney                                        Date
Office of the Washington State Attorney General
Firm
800 Fifth Avenue, Suite 2000
Street Address
Seattle, WA 98104-3188
City, State and Zip Code
(206) 464-7744
Telephone Number
freeman.halle@atg.wa.gov
E-mail Address

(Added Nov. 4, 1981, eff. Jan. 1, 1982; as amended Dec. 18, 2001, eff. Apr.1, 2002; Sept. 28, 2004, eff. January 1, 2005; June 11, 2024, eff. Aug. 1, 2024; Oct. 23, 2025, eff. Dec. 1, 2025; Dec. 9, 2025, eff. Jan.5, 2026.)

FORM 13

## UNITED STATES COURT OF INTERNATIONAL TRADE
### One Federal Plaza
### New York, New York 10278

### <u>DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST</u>

This notification is submitted by <u>Brian P. Keenan</u>

(Name of attorney of record)

on behalf of <u>The State of Wisconsin</u> in the

matter of <u>The State of Oregon, et al.</u> v. <u>Donald J. Trump, et al.</u>,

Court No. <u>1-26-cv-01472</u>.

1. If this statement is submitted on behalf of a corporate party, that entity shall identify below the entity's parent corporation(s), all of its publicly-owned companies, any publicly-held company that has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity, and describe the relationship between the party and each identified company.

N/A

2. Indicate whether the party on whose behalf this Form is being filed is [X] or is not [ ] the real party in interest. If not, identify below the real party in interest.

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association. (Attach additional pages if necessary.)

N/A

4. If this statement is submitted on behalf of a party that has obtained third-party litigation funding, identify below each third-party litigation funder.

N/A

| | |
|---|---|
| *s/Brian P. Keenan* | March 5, 2026 |
| Signature of Attorney | Date |
| Wisconsin Department of Justice | |
| Firm | |
| Post Office Box 7857 | |
| Street Address | |
| Madison, Wisconsin 53707-7857 | |
| City, State and Zip Code | |
| (608) 266-0020 | |
| Telephone Number | |
| brian.keenan@wisdoj.gov | |
| E-mail Address | |

(Added Nov. 4, 1981, eff. Jan. 1, 1982; as amended Dec. 18, 2001, eff. Apr.1, 2002; Sept. 28, 2004, eff. January 1, 2005; June 11, 2024, eff. Aug. 1, 2024; Oct. 23, 2025, eff. Dec. 1, 2025; Dec. 9, 2025, eff. Jan.5, 2026.)