FORM 11-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**    FORM 11

| | |
|---|---|
| The State of Oregon, et al.<br><br>                              Plaintiff,<br>     v.<br>Donald J. Trump, in his official capacity as President of the United States, et al.<br>                              Defendant. | Court No.    26-01472 |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for  plaintiff              , _The State of Illinois_____, in this action

☐ and for the parties indicated in the actions listed on the attached schedule

and requests that all papers be served on him/her.

☐ The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is
_____.

Date: 3/11/2025

/s/ Gretchen Helfrich
_____
Signature

Gretchen Helfrich
_____
Attorney

Illinois Attorney General
_____
Firm

115 S. LaSalle Street
_____
Street Address

Chicago, IL 60603
_____
City, State and Zip Code

312-814-1136
_____
Telephone Number

gretchen.helfrich@ilag.gov; federal@ilag.gov
_____
E-mail Address

FORM 11-2

Schedule to Notice of Appearance

| Court Number | Case Name | Party or Parties Represented |
|---|---|---|
| 26-01472 | The State of Oregon, et al. v. Donald J. Trump, et al. | Plaintiff State of Illinois |

(As amended May 25, 2004, eff. Sept. 1, 2004; Nov. 25, 2009, eff. Jan. 1, 2010; Dec. 7, 2010, eff. Jan. 1, 2011; Dec. 4, 2012, eff. Jan. 1, 2013; June 5, 2015, eff. July 1, 2015; Oct. 23, 2025, eff. Dec. 1, 2025.)