## UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:    THE HONORABLE MARK A. BURNETT, CHIEF JUDGE
           THE HONORABLE CLAIRE R. KELLY, JUDGE
           THE HONORABLE TIMOTHY C. STANCEU, JUDGE

| | |
|---|---|
| THE STATE OF OREGON, et al., | |
| **Plaintiffs,** | |
| v. | Court No. 26-01472 |
| DONALD J. TRUMP, et al., | |
| **Defendants.** | |

## PLAINTIFF STATES' MOTION FOR EXPEDITED TREATMENT

Pursuant to Rule 3(g)(5) of the U.S. Court of International Trade and based on good cause detailed herein, Plaintiffs in this action ("States") respectfully move for expedited treatment of their case. To that end, the States also move for an expedited briefing schedule in their forthcoming Motion for Summary Judgment or in the Alternative Preliminary Injunction (Motion), which they intend to file Friday, March 13. Specifically, the States request the Court to order Defendants to respond to their Motion by March 24 and the States to file a reply by March 31, with a hearing at the Court's convenience after that date. A proposed order is enclosed.

Before filing this motion, the States conferred with Defendants on their proposed briefing schedule. Defendants oppose the motion, "insofar as it gives them 11 days to respond to a motion for summary judgment that Plaintiffs have had three weeks to prepare. Defendants have proposed to Plaintiffs that Defendants file their brief on April 3, 2026."

### I.    Background

On February 20, after President Trump's tariffs levied through the International Emergency Economic Powers Act (IEEPA) were struck down by the U.S. Supreme Court, the President began

1

to sidestep its ruling by imposing a 10 percent tariff on most products worldwide pursuant to Section 122. Proclamation No. 11012 (Feb. 20, 2026), 91 Fed. Reg. 9339 (Feb. 25, 2026) ("Section 122 Proclamation"), to take effect on February 24. This action challenges the tariffs invoked through the Section 122 Proclamation and seeks an order enjoining the tariffs stemming from the Section 122 Proclamation and vacating Customs and Border Protection's Cargo Systems Messaging Service message implementing those tariffs, among other relief.

## II.    Good Cause Exists to Expedite the States' Challenge to the Section 122 Proclamation

This case warrants expedited treatment for at least three reasons. *First*, Section 122 of the Trade Act of 1974 limits tariffs to 150 days. *Second*, States have moved quickly to challenge the tariffs, purely an issue of law, allowing the Court to rule quickly on the merits. *Third*, by Defendants' admission in the IEEPA cases, simply refunding tariffs paid under an illegal regime does not fully resolve the harm caused. Enjoining the Section 122 tariffs and vacating the related directives quickly would prevent irreparable harm.

**The Tariffs are Time Limited**: Consistent with the authority delegated by Congress in passing the Trade Act of 1974, the authority given to the President to levy tariffs under Section 122 may only be imposed for up to 150 days. *See* 19 U.S.C. § 2132(a). Therefore, the tariffs President Trump has imposed under the Section 122 Proclamation will end on July 24, 2026. *See* Section 122 Proclamation ¶¶ 13–14, (1). Previously, a group of States, also led by Oregon, challenged President Trump's IEEPA tariffs. *Oregon v. Trump*, 1:25-cv-00077 (Ct. Int'l Trade), *consolidated with V.O.S. Selections, Inc. v. United States*, 772 F. Supp. 3d 1350 (Ct. Int'l Trade 2025), *aff'd in relevant part,* 149 F.4th 1312 (Fed. Cir. 2025), *aff'd sub nom. Learning Res., Inc. v. Trump*, 607 U.S. ---- , 2026 WL 477534 (U.S. Feb. 20, 2026). That case was filed on April 23, 2025, proceeded quickly through this Court, was appealed to the Federal Circuit, and proceeded to the Supreme Court. At each stage, the courts moved expeditiously, and the time from filing to

final decision was 10 months. Therefore, if the Court were to proceed in anything other than an expedited fashion, it is unlikely that the States could get relief before the tariffs expire by their own terms.

**The States Have Moved Expeditiously**: As the docket reflects, the States are challenging the Section 122 tariffs immediately and have acted quickly to move for summary judgment (or, in the alternative, a preliminary injunction). The legality of the Section 122 Proclamation is strictly a matter of law, and States do not expect disputes as to any material facts in the case. As such, expedited treatment here is warranted.

**The States are Facing Irreparable Harm**: Finally, the IEEPA cases are instructive beyond the issue of timing: the harm that the States are seeking to prevent is irreparable. As the experience with IEEPA tariffs has proven, the States are harmed by paying more for goods, equipment, and services because of tariffs, and it will be infeasible for States to recover those costs, particularly when they are paid by third parties. Once vendors and contractors have passed tariff costs on to the States in the form of increased prices, it is virtually infeasible for the States to recover those costs. Even if this Court ultimately holds that the tariffs are unlawful and orders refunds, the States have no obvious legal remedy against vendors, contractors, or importers to recover paid tariff surcharges or negotiated price increases, even if the Court were to order refunds of the tariffs to the original payors.

And the process for refunding IEEPA tariffs to direct importers has proven predictably difficult and costly due to the "unprecedented volume of refunds" necessitated by the President's unlawful tariff orders. *See* Decl. of Brandon Lord ¶ 17, *Atmus Filtration, Inc. v. United States*, No. 26-01259 (Ct. Int'l Trade, March 6, 2026), ECF No. 31 ("Lord Decl."). CBP has told another judge of this Court that it is unable to comply with a recent court order, and that tariff refunds will be

delayed for months due to the overwhelming staffing and logistical demands that the refund process will require. *Id.* Recovery of money paid directly and indirectly as a result of the Section 122 Proclamation is, currently, speculative at best. In the meantime, State budgets hang in the balance. Thus, the Court should act quickly to determine the legality of the tariffs instituted by the Section 122 Proclamation.

## III.    Conclusion

For the good cause set forth herein, Plaintiff States request that the motion for expedited treatment of this case be GRANTED.


Respectfully submitted,

**DAN RAYFIELD**
Attorney General for the State of Oregon

BENJAMIN GUTMAN
Deputy Attorney General
DUSTIN BUEHLER
Special Counsel

By: */s/ Brian Simmonds Marshall*
Brian Simmonds Marshall
Leanne Hartmann *
Samuel Kubernick *
Brian Collins *
*Senior Assistant Attorneys General*
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
Tel (971) 673-1880
Fax (971) 673-5000
Brian.S.Marshall@doj.oregon.gov
Leanne.Hartmann@doj.oregon.gov
Samuel.A.Kubernick@doj.oregon.gov

*Counsel for the State of Oregon*

**KRISTIN K. MAYES**
Attorney General
State of Arizona

By: */s/ Joshua D. Bendor*
Joshua D. Bendor
*Solicitor General*
Syreeta A. Tyrell
Senior Litigation Counsel
Timothy E.D. Horley *
Jaylia Yan *
*Assistant Attorneys General*
2005 North Central Avenue
Phoenix, Arizona 85004
Phone: (602) 542-3333
Joshua.bendor@azag.gov
Syreeta.Tyrell@azag.gov
Timothy.Horley@azag.gov
Jaylia.Yan@azag.gov
ACL@azag.gov

*Counsel for the State of Arizona*

**ROB BONTA**
Attorney General
State of California

By: *s/Shiwon Choe*
Lara Haddad *
*Supervising Deputy Attorney General*
Shiwon Choe
Carolyn Downs *
Samuel Sokolsky *
*Deputy Attorneys General*
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
(415) 510-4400
Lara.Haddad@doj.ca.gov
Shiwon.Choe@doj.ca.gov
Carolyn.Downs@doj.ca.gov
Samuel.Sokolsky@doj.ca.gov

*Counsel for the State of California*

**PHILIP J. WEISER**
Attorney General State of Colorado

By: */s/ Sarah H. Weiss*
Sarah H. Weiss
*Senior Assistant Attorney General*
1300 Broadway, #10
Denver, CO 80203
(720) 508-6000
Sarah.Weiss@coag.gov

*Counsel for the State of Colorado*

**LETITIA JAMES**
Attorney General for the State of New York

By: */s/ Rabia Muqaddam*
Rabia Muqaddam
*Chief Counsel for Federal Initiatives*
Stephen Thompson *
Mark Ladov
Natasha Korgaonkar *
*Special Counsel*
28 Liberty St.
New York, NY 10005
(212) 416-8679
rabia.muqaddam@ag.ny.gov
stephen.thompson@ag.ny.gov
mark.ladov@ag.ny.gov
Natasha.korgaonkar@ag.ny.gov

*Counsel for the State of New York*

**WILLIAM TONG**
Attorney General of Connecticut

By: */s/ Michael Skold*
Michael Skold
*Solicitor General*
165 Capitol Ave
Hartford, CT 06106
(860) 808-5020
Michael.Skold@ct.gov

*Counsel for the State of Connecticut*

**KATHLEEN JENNINGS**
Attorney General
State of Delaware

By: */s/ Ian R Liston*
Ian R. Liston
*Director of Impact Litigation*
Vanessa L. Kassab
*Deputy Attorney General*
Rose Gibson *
*Assistant Attorney General*
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8875
Ian.Liston@Delaware.gov

*Counsel for the State of Delaware*

**KWAME RAOUL**
Attorney General
State of Illinois

By: */s/ Gretchen Helfrich*
Cara Hendrickson
*Executive Deputy Attorney General*
Gretchen Helfrich
*Deputy Chief, Special Litigation Bureau*
Office of the Illinois Attorney General
115 South LaSalle Street
Chicago, IL 60603
Tel. (312) 814-3000
Cara.Hendrickson@ilag.gov
Gretchen.helfrich@ilag.gov

*Counsel for the State of Illinois*

**OFFICE OF THE GOVERNOR *ex rel.***
**Andy Beshear**, in his official capacity as
Governor of the Commonwealth of Kentucky

By: */s/ S. Travis Mayo*
S. Travis Mayo *
*General Counsel*
Laura C. Tipton *
*Deputy General Counsel*
Office of the Governor
501 High Street
Frankfort, KY 40601
(502) 564-2611
travis.mayo@ky.gov
laurac.tipton@ky.gov

*Counsel for Governor Andy Beshear*

**AARON M. FREY**
Maine Attorney General

By: */s/ Katherine W. Thompson*
Katherine W. Thompson *
*Special Counsel*
Office of the Attorney General
6 State House Station
Augusta, ME 04333
Tel.: 207-626-8455
Fax: 207-287-3145
Kate.thompson@maine.gov

*Counsel for the State of Maine*

**ANTHONY G. BROWN**
Attorney General for the State of Maryland

By: */s James C. Luh*
James C. Luh *
*Senior Assistant Attorney General*
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
410-576-6411
jluh@oag.maryland.gov

*Counsel for the State of Maryland*


**DANA NESSEL**
Attorney General of Michigan

By: */s/ Neil Giovanatti*
Neil Giovanatti
*Assistant Attorneys General*
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
(517) 335-7603
GiovanattiN@michigan.gov

*Counsel for the State of Michigan*


**AARON D. FORD**
Attorney General

By: */s/ K. Brunetti Ireland*
K. Brunetti Ireland *
*Chief of Special Litigation*
Office of the Nevada Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
kireland@ag.nv.gov


*Counsel for the State of Nevada*


**ANDREA JOY CAMPBELL**
ATTORNEY GENERAL OF
MASSACHUSETTS

By: */s/ Katherine Dirks*
Katherine Dirks
    *Chief State Trial Counsel*
Office of the Massachusetts Attorney General
1 Ashburton Place
Boston, MA 02108
(617) 963-2277
katherine.dirks@mass.gov

*Counsel for the Commonwealth of
Massachusetts*


**KEITH ELLISON**
Attorney General
State of Minnesota

By: */s/ Lindsey E. Middlecamp*
PETER J. FARRELL (#0393071)
*Deputy Solicitor General*
LINDSEY E. MIDDLECAMP (#0392589)
*Special Counsel*
445 Minnesota Street, Suite 600
St. Paul, Minnesota 55101-2125
(651) 757-1010 (Voice)
(651) 282-5832 (Fax)
Peter.farrell@ag.state.mn.us
Lindsey.middlecamp@ag.state.mn.us

*Counsel for the State of Minnesota*


**JENNIFER DAVENPORT**
Attorney General of New Jersey

By: */s/ Lucy I. Sprague*
Lucy I. Sprague *
David N. Birch *
*Deputy Attorneys General*
124 Halsey Street, 5th Floor
Newark, New Jersey 07101
(609) 696-5363
Lucy.Sprague@law.njoag.gov

*Counsel for the State of New Jersey*

7

**RAÚL TORREZ**
Attorney General of New Mexico

By: */s/ Amy Senier*
AMY SENIER
*Senior Counsel*
New Mexico Department of Justice
P.O. Drawer 1508
Santa Fe, NM 87504-1508
505-490-4060
asenier@nmdoj.gov

*Counsel for the State of New Mexico*


**JOSH SHAPIRO,**
in his official capacity as Governor of the
Commonwealth of Pennsylvania

JENNIFER SELBER
General Counsel

By: */s/ Jacob B. Boyer*
Jacob B. Boyer *
*Deputy General Counsel*
Pennsylvania Office of the Governor
30 N. 3rd St., Suite 200
Harrisburg, PA 17101
(717) 460-6786
jacobboyer@pa.gov

*Counsel for Governor Josh Shapiro*

**JEFF JACKSON**
Attorney General of North Carolina

LAURA HOWARD
Chief Deputy Attorney General

By: */s/ Daniel T. Wilkes*
Daniel T. Wilkes *
*Assistant Deputy Attorney General*
North Carolina Department of Justice
PO Box 629
Raleigh, NC 27602
919-716-6415
dwilkes@ncdoj.gov

*Counsel for the State of North Carolina*


**PETER F. NERONHA**
Attorney General of Rhode Island

By: */s/ Alex Carnevale*
Alex Carnevale *
*Special Assistant Attorney General*
Office of the Attorney General – State of
Rhode Island
150 South Main Street
Providence, RI 02903
(401) 274 4400
acarnevale@riag.ri.gov

*Counsel for the State of Rhode Island*

**CHARITY R. CLARK**
Attorney General of Vermont

By: */s/ Ryan P. Kane*
RYAN P. KANE
*Deputy Solicitor General*
109 State Street
Montpelier, VT 05609
(802) 828-2153
ryan.kane@vermont.gov


*Counsel for the State of Vermont*

**NICHOLAS W. BROWN**
Attorney General
State of Washington

By: *s/ Freeman E. Halle*
FREEMAN E. HALLE, WSBA 61498
TODD SIPE, WSBA 23203
*Assistant Attorneys General*
Office of the Washington State Attorney
General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744
freeman.halle@atg.wa.gov
todd.sipe@atg.wa.gov

*Counsel for the State of Washington*

**JAY JONES**
Attorney General of Virginia

By: */s/ Tillman J. Breckenridge*
Tillman J. Breckenridge *
*Solicitor General*
202 N. 9th Street
Richmond, Virginia 23219
Tel: (804) 786-2071
Fax: (804) 786-1991
solicitorgeneral@oag.state.va.us


*Counsel for the Commonwealth of Virginia*

**JOSHUA L. KAUL**
Attorney General of Wisconsin

By: *s/ Brian P. Keenan*
Brian P. Keenan * State Bar #1056525
*Assistant Attorney General*
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-0020
(608) 294-2907 (Fax)
brian.keenan@wisdoj.gov



*Counsel for the State of Wisconsin*

* *Admission application pending or forthcoming*

Dated: March 11, 2026

**UNITED STATES COURT OF INTERNATIONAL TRADE**

BEFORE:     THE HONORABLE MARK A. BURNETT, CHIEF JUDGE
            THE HONORABLE CLAIRE R. KELLY, JUDGE
            THE HONORABLE TIMOTHY C. STANCEU, JUDGE

| | |
|---|---|
| **THE STATE OF OREGON, et al.,**<br><br>　　　　**Plaintiffs,**<br><br>　　　v.<br><br>**DONALD J. TRUMP, et al.,**<br><br>　　　　**Defendants.** | Court No. 26-01472 |

**<u>ORDER</u>**

Upon consideration of the Motion for Expedited Treatment and for good cause shown, it is hereby

ORDERED that the Motion is GRANTED.

It is further ORDERED that, provided that the Plaintiff States' Motion for Summary Judgment or in the Alternative for Preliminary Injunction is filed by Friday, March 13, 2026, Defendants' Response is due by Tuesday, March 24, 2026, and Plaintiffs States' reply is due by Tuesday, March 31, 2026.


　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　JUDGE

Dated: 　_____
　　　　New York, New York