**U.S. COURT OF INTERNATIONAL TRADE**
Honorable Mark A. Barnett, Claire R. Kelly, Timothy C. Stanceu

<u>26-cv-01472-3JP</u>– <u>Thursday, March 12, 2026, at 11:00 a.m.</u>
<u>via Microsoft Teams</u>

26-cv-01472-3JP - The State of Oregon et al v. Trump et al

**Jurisdiction: 1581(i)**

---

## Appearance Sheet

| **Party** | **Counsel** | **Law Firm** |
|---|---|---|
| The State of Oregon et al<br><br>**(Plaintiff)** | Brian Simmonds Marshall<br><br>Rabia Muqaddam | Oregon Department of Justice<br><br>NYS Office of the Attorney General |
| United States<br><br>**(Defendant)** | Justin Miller<br>Claudia Burke | U.S. Department of Justice |