UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| THE STATE OF OREGON, ET AL.,<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, ET AL.,<br><br>    Defendants. | Before: Mark A. Barnett, Claire R. Kelly, and Timothy C. Stanceu, Judges<br><br>Court No. 26-01472-3JP |
| BURLAP AND BARREL, INC., ET AL.,<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, ET AL.,<br><br>    Defendants. | Before: Mark A. Barnett, Claire R. Kelly, and Timothy C. Stanceu, Judges<br><br>Court No. 26-01606-3JP |

## SCHEDULING ORDER

Upon consideration of the motion filed by the Plaintiff States in Court No. 26-01472-3JP for an expedited briefing schedule (ECF No. 21) and following a status conference with the parties in Court No. 26-01472-3JP and consultation with the parties in Court No. 26-1606-3JP, it is hereby **ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART**.  It is further **ORDERED** that the briefing of these actions shall proceed in accordance with the schedule set forth below:

Court Nos. 26-01472-3JP, 26-01606-3JP                                                                Page 2

| **FILING** | **DEADLINE** | **WORD LIMIT** |
|---|---|---|
| 1. Plaintiffs' motions for summary judgment filed in their respective cases. | March 13, 2026 | 14,000 each |
| 2. Single combined response brief of Defendants to be docketed in both cases. Defendants shall concurrently file an Answer to each Complaint on this date. | April 3, 2026 | 28,000 (response brief) |
| 3. Plaintiffs' reply briefs filed in their respective cases. | April 7, 2026 | 7,000 each |

Additionally, an in-person hearing on the motions for summary judgment is scheduled for Friday April 10, 2026, at 10:00AM EDT in the Ceremonial courtroom at the U.S. Court of International Trade.

The provisions regarding the calculation and certification of the word count contained in the Standard Chambers Procedures shall govern except as otherwise indicated in this Scheduling Order. The individual requirements set forth in this Scheduling Order will remain in effect unless explicitly and directly modified.

In addition, notwithstanding the limitations in U.S. CIT Rule 7(f) regarding when consultation is required, the consultation requirements of that rule shall apply to any additional motions in these actions.

/s/   Mark A. Barnett
Mark A. Barnett, Chief Judge
For the Panel

Dated: March 12, 2026
         New York, New York