UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:   THE HONORABLE MARK A. BARNETT, CHIEF JUDGE
          THE HONORABLE CLAIRE R. KELLY, JUDGE
          THE HONORABLE TIMOTHY C. STANCEU, JUDGE

---

**THE STATE OF OREGON, et al.,**

    **Plaintiffs,**

  v.

**DONALD J. TRUMP, et al.,**

    **Defendants.**

Court No. 26-01472

---

<u>PLAINTIFFS' STATEMENT OF UNDISPUTED MATERIAL FACTS</u>

**I.   THE SECTION 122 PROCLAMATION**

1. On February 20, 2026, President Trump issued Proclamation No. 11012 (Feb. 20, 2026), 91 Fed. Reg. 9339 (Feb. 25, 2026) (the "Section 122 Proclamation"). ECF 2-2.

2. The Section 122 Proclamation imposes tariffs under Section 122 of the Trade Act of 1974, 19 U.S.C. § 2132.

3. The Section 122 Proclamation established a 10 percent duty on imports with the following exceptions:

    a.   articles that are entered free of duty as a good of Canada or Mexico under the terms of general note 11 to the Harmonized Tariff Schedule of the United States (HTSUS), including any treatment set forth in subchapter XXIII of chapter 98 and subchapter XXII of chapter 99 of the HTSUS, as related to the Agreement between the United States of America, United Mexican States, and Canada;

  b. textile and apparel articles that are entered free of duty as a good of Costa Rica, the Dominican Republic, El Salvador, Guatemala, Honduras, or Nicaragua under the Dominican Republic-Central America Free Trade Agreement; and

  c. certain products listed in Annexes I and II of the Section 122 Proclamation.

4. On February 23, 2026, U.S. Customs and Border Protection issued Cargo Systems Messaging Service # 67844987 - Imposing Temporary Section 122 Duties implementing the tariffs in accord with the Section 122 Proclamation. ECF 2-3.

5. On February 21, 2026, the President publicly announced that the tariffs imposed would be increased "to the fully allowed, and legally tested, 15% level." Muqaddam Decl. Ex. 1.

## II. BALANCE OF PAYMENTS

6. Section 122 of the Trade Act of 1974, 19 U.S.C. § 2132 ("Section 122") contains the term "large and serious United States balance-of-payments deficits." 19 U.S.C. § 2132(a).

7. The balance of payments is a specific accounting term made up of three components—the current account, the capital account, and the financial account. Irwin Decl. ¶ 8 (declarations at Muqaddam Decl. Exhibits 5-28).

8. The current account includes any trade deficits. Irwin Decl. ¶ 8.

9. Trade deficits are not "balance of payments deficits." Irwin Decl. ¶¶ 7-10.

10. In a fixed-rate exchange rate system, a nation may need to tap into its reserves in order to maintain fixed currency exchange rates. Irwin Decl. ¶¶ 17-21.

11. A fixed-rate exchange system existed in the United States from 1944 until 1976.

12. The fixed-rate exchange system was formally abandoned in the United States in 1976. *See* Public Law 94-564, 90 STAT. 2660 (Oct. 19, 1976).

13. The United States has had a floating-rate-exchange system since the fixed-rate exchange system was abandoned.

14. Balance-of-payments deficits under the fixed-rate exchange system were measures of the official government reserves needed to maintain fixed currency exchange rates. Irwin Decl. ¶ 21.

15. In the floating-rate-exchange system currently in place, currency values automatically adjust, such that the government does not need to intervene to maintain a fixed rate for the dollar. Irwin Decl. ¶¶ 11-13.

16. Because exchange rates for the dollar automatically adjust in a floating-rate system, it is impossible today for there to be a "large and serious United States balance-of-payments deficit[]." Irwin Decl. ¶¶ 11-16.

### III. PRIOR TO FEBRUARY 20, 2026, SECTION 122 HAS NEVER BEEN INVOKED

17. Prior to February 20, 2026, Section 122 has never been invoked.

18. Prior to February 20, 2026, no President has ever proclaimed that fundamental international payments problems require special import measures to restrict imports to deal with large and serious United States balance-of-payments deficits, to prevent an imminent and significant depreciation of the dollar in foreign exchange markets, or to cooperate with other countries in correcting an international balance-of-payments disequilibrium.

19. Prior to February 20, 2026, no President has ever proclaimed or imposed any tariffs, duties, surcharges, or quotas under Section 122(a).

20. No President has ever informed Congress of any determination under Section 122(b).

21. No President has ever convened the group of congressional official advisers designated under Section 2211(a) of the Trade Act of 1974, 19 U.S.C. § 2211(a), and consulted with them as to the reasons for any determination under Section 122(b).

## IV. THE SECTION 122 TARIFFS' HARM TO THE PLAINTIFF STATES

22. Plaintiff States include direct and indirect importers of goods subject to Section 122 tariffs. *See, e.g.*, Bennett Decl. (MA) ¶¶ 4-11; Bignami Decl. (CA) ¶¶ 6-7; Bowers Decl. (WI) ¶ 8; Bradley Decl. (CA) ¶¶ 5-6; Edgington Decl. (WI) ¶¶ 5-7; Emerson Decl. (OR) ¶¶ 4-7; Hayes Decl. (MN) ¶¶ 4-14; Hicks Decl. (KY) ¶¶ 3-42; Hsu Decl. (WA) ¶¶ 5-6; Jaros Decl. (CO) ¶¶ 6-17; Johnson Decl. (IL) ¶¶ 7-10; Mistry Decl. (NJ) ¶¶ 6-10; Mosley Decl. (IL) ¶¶ 4-6; Moy Decl. (NY) ¶¶ 9-11); Newton Decl. (AZ) ¶¶ 4-8; Papadopoulos (OR) ¶¶ 4-10; Shell Decl. (CA) ¶¶ 8-11.

23. Tariffs raise costs for Plaintiff States. *See, e.g.*, Binger-Grosjean Decl. (NV) ¶¶ 3-6; Bowers Decl. (WI) ¶ 8; Emerson Decl. (OR) ¶ 7; Guillette Decl. (VT) ¶¶ 4-10; Johnson Decl. (IL) ¶¶ 7-8; Moy Decl. (NY) ¶ 10; Raymond Decl. (CT) ¶¶ 4-7; Rowland Decl. (NC) ¶¶ 4-12; *see also* Hines Decl. ¶¶ 9, 14.

24. Tariffs cause budgetary uncertainty for Plaintiff States. *See, e.g.*, Ambrosier Decl. (MI) ¶¶ 9-13; Emerson Decl. (OR) ¶¶ 8-10; Guillette Decl. (VT) ¶¶ 12-16; Hicks Decl. (KY) ¶¶ 43-48; Jaros Decl. (CO) ¶¶ 18-21; Johnson Decl. (IL) ¶¶ 11-13; Mistry Decl. (NJ) ¶¶ 16-20; Newton Decl. (AZ) ¶¶ 18-24; Raymond Decl. (CT) ¶¶ 8-12; Rowland Decl. (NC) ¶¶ 13-17; Papadopoulos (OR) ¶¶ 11-13; Shell Decl. (CA) ¶¶ 18-20.

Respectfully submitted,

| | |
|---|---|
| **DAN RAYFIELD**<br>Attorney General for the State of Oregon<br><br>BENJAMIN GUTMAN<br>Deputy Attorney General<br>DUSTIN BUEHLER<br>Special Counsel<br><br>By: */s/ Brian Simmonds Marshall*<br>Brian Simmonds Marshall<br>Leanne Hartmann *<br>Samuel Kubernick *<br>Brian Collins *<br>*Senior Assistant Attorneys General*<br>Oregon Department of Justice<br>100 SW Market Street<br>Portland, OR 97201<br>Tel (971) 673-1880<br>Fax (971) 673-5000<br>Brian.S.Marshall@doj.oregon.gov<br>Leanne.Hartmann@doj.oregon.gov<br>Samuel.A.Kubernick@doj.oregon.gov<br><br>*Counsel for the State of Oregon* | **KRISTIN K. MAYES**<br>Attorney General<br>State of Arizona<br><br>*/s/ Joshua D. Bendor*<br>Joshua D. Bendor<br>*Solicitor General*<br>Syreeta A. Tyrell<br>Senior Litigation Counsel<br>Timothy E.D. Horley *<br>Jaylia Yan *<br>*Assistant Attorneys General*<br>2005 North Central Avenue<br>Phoenix, Arizona 85004<br>Phone: (602) 542-3333<br>Joshua.bendor@azag.gov<br>Syreeta.Tyrell@azag.gov<br>Timothy.Horley@azag.gov<br>Jaylia.Yan@azag.gov<br>ACL@azag.gov<br><br>*Counsel for the State of Arizona* |
| **ROB BONTA**<br>Attorney General<br>State of California<br><br>By: *s/Shiwon Choe*<br>Lara Haddad *<br>*Supervising Deputy Attorney General*<br>Shiwon Choe<br>Carolyn Downs *<br>Samuel Sokolsky *<br>*Deputy Attorneys General*<br>California Department of Justice<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004<br>(415) 510-4400<br>Lara.Haddad@doj.ca.gov<br>Shiwon.Choe@doj.ca.gov<br>Carolyn.Downs@doj.ca.gov<br>Samuel.Sokolsky@doj.ca.gov<br><br>*Counsel for the State of California* | **LETITIA JAMES**<br>Attorney General for the State of New York<br><br>By: */s/ Rabia Muqaddam*<br>Rabia Muqaddam<br>*Chief Counsel for Federal Initiatives*<br>Stephen Thompson *<br>Mark Ladov<br>Natasha Korgaonkar *<br>*Special Counsel*<br>28 Liberty St.<br>New York, NY 10005<br>(212) 416-8679<br>rabia.muqaddam@ag.ny.gov<br>stephen.thompson@ag.ny.gov<br>mark.ladov@ag.ny.gov<br>Natasha.korgaonkar@ag.ny.gov<br><br>*Counsel for the State of New York* |

| | |
|---|---|
| **PHILIP J. WEISER**<br>Attorney General State of Colorado<br><br>By: */s/ Sarah H. Weiss*<br>Sarah H. Weiss<br>*Senior Assistant Attorney General*<br>1300 Broadway, #10<br>Denver, CO 80203<br>(720) 508-6000<br>Sarah.Weiss@coag.gov<br><br>*Counsel for the State of Colorado* | **WILLIAM TONG**<br>Attorney General of Connecticut<br><br>By: */s/ Michael Skold*<br>Michael Skold<br>*Solicitor General*<br>165 Capitol Ave<br>Hartford, CT 06106<br>(860) 808-5020<br>Michael.Skold@ct.gov<br><br>*Counsel for the State of Connecticut* |
| **KATHLEEN JENNINGS**<br>Attorney General<br>State of Delaware<br><br>By: */s/ Ian R Liston*<br>Ian R. Liston<br>*Director of Impact Litigation*<br>Vanessa L. Kassab<br>*Deputy Attorney General*<br>Rose Gibson *<br>*Assistant Attorney General*<br>Delaware Department of Justice<br>820 N. French Street<br>Wilmington, DE 19801<br>(302) 683-8875<br>Ian.Liston@Delaware.gov<br><br>*Counsel for the State of Delaware* | **KWAME RAOUL**<br>Attorney General<br>State of Illinois<br><br>By: */s/ Gretchen Helfrich*<br>Cara Hendrickson<br>*Executive Deputy Attorney General*<br>Gretchen Helfrich<br>*Deputy Chief, Special Litigation Bureau*<br>Office of the Illinois Attorney General<br>115 South LaSalle Street<br>Chicago, IL 60603<br>Tel. (312) 814-3000<br>Cara.Hendrickson@ilag.gov<br>Gretchen.helfrich@ilag.gov<br><br>*Counsel for the State of Illinois* |

| | |
|---|---|
| **OFFICE OF THE GOVERNOR** *ex rel.* **Andy Beshear**, in his official capacity as Governor of the Commonwealth of Kentucky<br><br>By: */s/ S. Travis Mayo*<br>S. Travis Mayo *<br>*General Counsel*<br>Laura C. Tipton *<br>*Deputy General Counsel*<br>Office of the Governor<br>501 High Street<br>Frankfort, KY 40601<br>(502) 564-2611<br>travis.mayo@ky.gov<br>laurac.tipton@ky.gov<br><br>*Counsel for Governor Andy Beshear* | **AARON M. FREY**<br>Maine Attorney General<br><br>By: */s/ Katherine W. Thompson*<br>Katherine W. Thompson *<br>*Special Counsel*<br>Office of the Attorney General<br>6 State House Station<br>Augusta, ME 04333<br>Tel.: 207-626-8455<br>Fax: 207-287-3145<br>Kate.thompson@maine.gov<br><br>*Counsel for the State of Maine* |
| **ANTHONY G. BROWN**<br>Attorney General for the State of Maryland<br><br>By: */s James C. Luh*<br>James C. Luh *<br>*Senior Assistant Attorney General*<br>Office of the Attorney General<br>200 Saint Paul Place, 20th Floor<br>Baltimore, Maryland 21202<br>410-576-6411<br>jluh@oag.maryland.gov<br><br>*Counsel for the State of Maryland* | **ANDREA JOY CAMPBELL**<br>ATTORNEY GENERAL OF MASSACHUSETTS<br><br>By: */s/ Katherine Dirks*<br>Katherine Dirks<br>  *Chief State Trial Counsel*<br>Office of the Massachusetts Attorney General<br>1 Ashburton Place<br>Boston, MA 02108<br>(617) 963-2277<br>katherine.dirks@mass.gov<br><br>*Counsel for the Commonwealth of Massachusetts* |

| | |
|---|---|
| **DANA NESSEL**<br>Attorney General of Michigan<br><br>By: */s/ Neil Giovanatti*<br>Neil Giovanatti<br>*Assistant Attorneys General*<br>Michigan Department of Attorney General<br>525 W. Ottawa<br>Lansing, MI 48909<br>(517) 335-7603<br>GiovanattiN@michigan.gov<br><br>*Counsel for the State of Michigan* | **KEITH ELLISON**<br>Attorney General<br>State of Minnesota<br><br>By: */s/ Lindsey E. Middlecamp*<br>PETER J. FARRELL (#0393071)<br>*Deputy Solicitor General*<br>LINDSEY E. MIDDLECAMP (#0392589)<br>*Special Counsel*<br>445 Minnesota Street, Suite 600<br>St. Paul, Minnesota 55101-2125<br>(651) 757-1010 (Voice)<br>(651) 282-5832 (Fax)<br>Peter.farrell@ag.state.mn.us<br>Lindsey.middlecamp@ag.state.mn.us<br><br>*Counsel for the State of Minnesota* |
| **AARON D. FORD**<br>Attorney General<br><br>By: */s/ K. Brunetti Ireland*<br>K. Brunetti Ireland *<br>*Chief of Special Litigation*<br>Office of the Nevada Attorney General<br>1 State of Nevada Way, Ste. 100<br>Las Vegas, NV 89119<br>kireland@ag.nv.gov<br><br>*Counsel for the State of Nevada* | **JENNIFER DAVENPORT**<br>Attorney General of New Jersey<br><br>By: */s/ Lucy I. Sprague*<br>Lucy I. Sprague *<br>David N. Birch *<br>*Deputy Attorneys General*<br>124 Halsey Street, 5th Floor<br>Newark, New Jersey 07101<br>(609) 696-5363<br>Lucy.Sprague@law.njoag.gov<br><br>*Counsel for the State of New Jersey* |

| | |
|---|---|
| **RAÚL TORREZ**<br>Attorney General of New Mexico<br><br>By: */s/ Amy Senier*<br>AMY SENIER<br>*Senior Counsel*<br>New Mexico Department of Justice<br>P.O. Drawer 1508<br>Santa Fe, NM 87504-1508<br>505-490-4060<br>asenier@nmdoj.gov<br><br>*Counsel for the State of New Mexico* | **JEFF JACKSON**<br>Attorney General of North Carolina<br><br>LAURA HOWARD<br>Chief Deputy Attorney General<br><br>By: */s/ Daniel T. Wilkes*<br>Daniel T. Wilkes \*<br>*Assistant Deputy Attorney General*<br>North Carolina Department of Justice<br>PO Box 629<br>Raleigh, NC 27602<br>919-716-6415<br>dwilkes@ncdoj.gov<br><br>*Counsel for the State of North Carolina* |
| **JOSH SHAPIRO,**<br>in his official capacity as Governor of the Commonwealth of Pennsylvania<br><br>JENNIFER SELBER<br>General Counsel<br><br>By: */s/ Jacob B. Boyer*<br>Jacob B. Boyer \*<br>*Deputy General Counsel*<br>Pennsylvania Office of the Governor<br>30 N. 3rd St., Suite 200<br>Harrisburg, PA 17101<br>(717) 460-6786<br>jacobboyer@pa.gov<br><br>*Counsel for Governor Josh Shapiro* | **PETER F. NERONHA**<br>Attorney General of Rhode Island<br><br>By: */s/ Alex Carnevale*<br>Alex Carnevale \*<br>*Special Assistant Attorney General*<br>Office of the Attorney General - State of Rhode Island<br>150 South Main Street<br>Providence, RI 02903<br>(401) 274 4400<br>acarnevale@riag.ri.gov<br><br>*Counsel for the State of Rhode Island* |

| | |
|---|---|
| **CHARITY R. CLARK**<br>Attorney General of Vermont<br><br>By: */s/ Ryan P. Kane*<br>RYAN P. KANE<br>*Deputy Solicitor General*<br>109 State Street<br>Montpelier, VT 05609<br>(802) 828-2153<br>ryan.kane@vermont.gov<br><br>*Counsel for the State of Vermont* | **JAY JONES**<br>Attorney General of Virginia<br><br>By: */s/ Tillman J. Breckenridge*<br>Tillman J. Breckenridge \*<br>*Solicitor General*<br>202 N. 9th Street<br>Richmond, Virginia 23219<br>Tel: (804) 786-2071<br>Fax: (804) 786-1991<br>solicitorgeneral@oag.state.va.us<br><br>*Counsel for the Commonwealth of Virginia* |
| **NICHOLAS W. BROWN**<br>Attorney General<br>State of Washington<br><br>By: *s/ Freeman E. Halle*<br>FREEMAN E. HALLE, WSBA 61498<br>TODD SIPE, WSBA 23203<br>*Assistant Attorneys General*<br>Office of the Washington State Attorney General<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104-3188<br>(206) 464-7744<br>freeman.halle@atg.wa.gov<br>todd.sipe@atg.wa.gov<br><br>*Counsel for the State of Washington* | **JOSHUA L. KAUL**<br>Attorney General of Wisconsin<br><br>By: *s/ Brian P. Keenan*<br>Brian P. Keenan \* State Bar #1056525<br>*Assistant Attorney General*<br>Wisconsin Department of Justice<br>Post Office Box 7857<br>Madison, Wisconsin 53707-7857<br>(608) 266-0020<br>(608) 294-2907 (Fax)<br>brian.keenan@wisdoj.gov<br><br>*Counsel for the State of Wisconsin* |

\* *Admission application pending or forthcoming*

Dated: March 13, 2026