**UNITED STATES COURT OF INTERNATIONAL TRADE**

BEFORE:   THE HONORABLE MARK A. BARNETT, CHIEF JUDGE
          THE HONORABLE CLAIRE R. KELLY, JUDGE
          THE HONORABLE TIMOTHY C. STANCEU, JUDGE

---

**THE STATE OF OREGON, et al.,**

    **Plaintiffs,**

  v.                                                   Court No. 26-01472

**DONALD J. TRUMP, et al.,**

    **Defendants.**

---

**DECLARATION OF RABIA MUQADDAM**

I, Rabia Muqaddam, declare under penalty of perjury as follows:

    1.    I am employed as Chief Counsel for Federal Initiatives in the Office of the New York Attorney General. I represent the State of New York in the above-captioned matter.

    2.    I submit this declaration in support of Plaintiff States' Motion for Summary Judgment, and, in the Alternative, for a Preliminary Injunction. The facts set forth herein are based on my personal knowledge and review of the documents and information in my possession.

    3.    Attached hereto as Exhibit 1 is a true and correct copy of the social media post by Donald J. Trump (@realDonaldTrump) on Truth Social, dated February 21, 2026, available at https://truthsocial.com/@realDonaldTrump/posts/116109447886304328, and archived at https://perma.cc/AA4X-QJZB.

    4.    Attached hereto as Exhibit 2 is a true and correct excerpt of H.R. 6767, 93d Cong., as introduced in the House of Representatives on April 10, 1973. The excerpt contains the complete text of H.R. 6767, § 401.

5. Attached hereto as Exhibit 3 is a true and correct excerpt of H.R. 10710, 93d Cong., as introduced in the House of Representatives on October 3, 1973. The excerpt contains the complete text of H.R. 10710, § 122.

6. Attached hereto as Exhibit 4 is a true and correct excerpt of H.R. 10710, 93d. Cong., as passed by the Senate on December 13, 1974. The excerpt contains the complete text of the Senate's amendments to H.R. 10710, § 122.

7. Attached hereto as Exhibit 5 is a true and correct copy of the Declaration of James R. Hines, Jr., the Richard A. Musgrave Professor of Economics and L. Hart Wright Professor of Law at the University of Michigan.

8. Attached hereto as Exhibit 6 is a true and correct copy of the Declaration of Douglas A. Irwin, Professor of Economics and Co-Director of the Political Economy Project at Dartmouth College.

9. Attached hereto as Exhibit 7 is a true and correct copy of the Declaration of Tim Newton, Assistant Director and Chief Financial Officer of the Arizona Department of Transportation.

10. Attached hereto as Exhibit 8 is a true and correct copy of the Declaration of Jesse Bignami, Assistant Division Chief of Contracts and Purchasing at the California Department of Public Health.

11. Attached hereto as Exhibit 9 is a true and correct copy of the Declaration of Lori Bradley, Division Chief of the Pharmacy Benefits Division at the California Department of Health Care Services.

12. Attached hereto as Exhibit 10 is a true and correct copy of the Declaration of Angela Shell, Chief Procurement Officer for the State of California and Deputy Director of the Procurement Division at the California Department of General Services.

13. Attached hereto as Exhibit 11 is a true and correct copy of the Declaration of Robert Jaros, State Controller of the Office of the State Controller at the Colorado Department of Personnel & Administration.

14. Attached hereto as Exhibit 12 is a true and correct copy of the Declaration of Mark D. Raymond, Chief Information Officer of the Bureau of Information Technology Solutions at the Connecticut Department of Administrative Services.

15. Attached hereto as Exhibit 13 is a true and correct copy of the Declaration of Jenifer Johnson, Chief of Staff at the Illinois Department of Innovation and Technology.

16. Attached hereto as Exhibit 14 is a true and correct copy of the Declaration of Maurice M. Mosley, Agency Procurement Officer at the Illinois Department of Natural Resources.

17. Attached hereto as Exhibit 15 is a true and correct copy of the Declaration of John Hicks, Secretary of the Governor's Executive Cabinet and the State Budget Director of the Commonwealth of Kentucky.

18. Attached hereto as Exhibit 16 is a true and correct copy of the Declaration of Ann Maria Bennett, Director of Category Management at the Operational Services Division of the Commonwealth of Massachusetts.

19. Attached hereto as Exhibit 17 is a true and correct copy of the Declaration of Jared Ambrosier, Chief Procurement Officer at the Michigan Department of Technology, Management & Budget.

20. Attached hereto as Exhibit 18 is a true and correct copy of the Declaration of Betsy Hayes, Assistant Commissioner of the Office of State Procurement at the Minnesota Department of Administration.

21. Attached hereto as Exhibit 19 is a true and correct copy of the Declaration of Sarah Binger-Grosjean, Director of BCN Purchasing at the University of Nevada, Reno.

22. Attached hereto as Exhibit 20 is a true and correct copy of the Declaration of Kavin K. Mistry, Deputy State Treasurer of the State of New Jersey.

23. Attached hereto as Exhibit 21 is a true and correct copy of the Declaration of Jeannette Moy, Commissioner of New York's Office of General Services.

24. Attached hereto as Exhibit 22 is a true and correct copy of the Declaration of Joanne Rowland, Procurement Director at the North Carolina Department of Corrections.

25. Attached hereto as Exhibit 23 is a true and correct copy of the Declaration of Hanna Emerson, Assistant Vice President and Chief Procurement Officer of the Office of Procurement, Payment, and Travel at Oregon State University.

26. Attached hereto as Exhibit 24 is a true and correct copy of the Declaration of Elizabeth Papadopoulos, Statewide Maintenance and Operations Engineer at the Oregon Department of Transportation.

27. Attached hereto as Exhibit 25 is a true and correct copy of the Declaration of Natalie Guillette, Director of Purchasing Services within the Division of Finance and Administration at the University of Vermont.

28. Attached hereto as Exhibit 26 is a true and correct copy of the Declaration of Ray Hsu, Executive Director of Procurement Services at the University of Washington.

29. Attached hereto as Exhibit 27 is a true and correct copy of the Declaration of Thomas Bowers, Director of the Bureau of Enterprise Fleet within the Division of Facilities & Transportation Services at the Wisconsin Department of Administration.

30. Attached hereto as Exhibit 28 is a true and correct copy of the Declaration of Cheryl Edgington, Director of the State Bureau of Procurement within the Division of Enterprise Operations at the Wisconsin Department of Administration.

**I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.**

Executed on March 13, 2026, at New York, New York

/s/ *Rabia Muqaddam*
Rabia Muqaddam
Chief Counsel for Federal Initiatives
Office of the Attorney General for the State of New York
28 Liberty St.
New York, NY 10005
Telephone: (212) 416-8679
Email: rabia.muqaddam@ag.ny.gov

*Counsel for the State of New York*