# EXHIBIT 6

**<u>DECLARATION OF DOUGLAS A. IRWIN</u>**

I, Douglas A. Irwin, declare as follows:

**I.    Qualifications and Methods**

####    a.  Qualifications

1.     I am a Professor of Economics at Dartmouth College, a position that I have held since 1997.  Since 2013, I have also co-directed the Political Economy Project at Dartmouth.  I am a non-resident Senior Fellow at the Peterson Institute for International Economics. From 2023-2024, I served as the President of the Economic History Association. From 1988 to 1991, I served on the staff of the Division of International Finance at the Board of Governors of the Federal Reserve System in Washington, D.C.

2.     I have published numerous scholarly articles and books on the topic of the history of international trade, among many other international economics-related topics.

3.     My full CV, which sets out my full qualifications and publications, is attached as Exhibit A.

4.     I am being paid $900 an hour for providing my expert opinions in this case.

####    b.  Methods

5.     This report was prepared based on my research and experience, reviews of the available evidence in the economics literature, and analysis of various government documents and publicly available data.

**II.    Opinions**

6.     Is the United States currently facing a "fundamental international payments problem" or a "balance of payments deficit"? The answer is clearly no. To understand why, we must understand more about the U.S. balance of payments and the exchange rate regime over time.

1

### a. Balance of Payments Accounting

7.    The balance of payments is an accounting of all transactions between the United States and the rest of the world.[1] This data is reported quarterly by the Bureau of Economic Analysis at the Department of Commerce.

8.    There are three main components to the balance of payments: the current account, the capital account, and the financial account.[2] The current account balance—calculated as exports of goods and services and income receipts minus imports of goods and services and income payments—is widely reported. A narrow version of the current account is the merchandise trade balance, which measures exports and imports of goods. The United States has run a merchandise trade deficit (the value of imports of goods exceeds the value of exports of goods) since the late 1970s.[3] A slightly broader measure is the balance of trade in goods and services. The United States

---

[1] See the official Bureau of Economic Analysis (BEA) website at the U.S. Department of Commerce: https://www.bea.gov/resources/learning-center/what-to-know-international-trade-investment.

For a short primer from the Federal Reserve Bank of St. Louis, see https://www.stlouisfed.org/publications/page-one-economics/2025/oct/what-is-the-balance-of-payments.

[2] As the BEA puts it: https://www.bea.gov/resources/learning-center/what-to-know-international-trade-investment. "The international transactions accounts (also called the balance of payments) are a statistical summary of economic activity between U.S. residents and the residents of other countries, organized into three accounts: the current account, the capital account, and the financial account." It defines them as follows: "The current account records exports and imports of goods and services, income from U.S.-owned assets and investments abroad, and income from foreign-owned assets and investments in the United States. . . .The capital account mainly records capital transfers, such as debt forgiveness and disaster-related insurance settlements. The financial account records investment flows between the United States and other countries. These flows could take the form of U.S. deposits in foreign banks, loans to foreign persons, purchases of foreign stocks and bonds, or funding of foreign affiliates of U.S. multinationals. Similarly, transactions of foreign persons with U.S. banks, in U.S. financial markets, and with U.S. affiliates of foreign multinationals are recorded."

[3] See https://fred.stlouisfed.org/series/BOPBM

runs a surplus on services trade (exporting more than importing) but not enough to offset the merchandise trade deficit.

9.      The capital account mainly records capital transfers, such as debt forgiveness and disaster-related insurance settlements, and tends to be relatively small. The financial account records investment flows between the United States and other countries. These two-ways financial flows are enormous. These flows could take the form of U.S. deposits in foreign banks, loans to foreign entities, purchases of foreign stocks and bonds, or funding of foreign affiliates of U.S. multinationals, as well as foreign deposits in U.S. banks, foreign loans to U.S. entities, foreign purchases of U.S. stocks and bonds, or foreign funding of U.S. businesses. The financial account records trade in assets, such as purchases of stocks and bonds and other financial instruments. These can be short-term investments (liquid assets) or long-term investments (such as setting up a new plant or production facility). The United States is a net recipient of investment from the rest of the world. In other words, the United States has a financial account surplus, selling more assets to the rest of the world than it buys from them.

10.     In the U.S. case, the current account deficit and the financial account surplus essentially offset each other, ensuring that the overall balance of payments "balances."[4] This is no coincidence. Because it is an accounting framework, the balance of payments must always balance: total inflows must equal total outflows.[5] The only question is how. Here is where the exchange rate regime is important.

---

[4] This is because of double entry bookkeeping nature of the balance of payments. See https://www.bea.gov/resources/methodologies/international/pdf/iea-concepts-methods.pdf. Bureau of Economic Analysis, U.S. International Economic Accounts: Concepts and Methods, September 2025.

[5] There are two important caveats here. First, the inflows and outflows are imperfectly measured, and some transactions may not be captured by official statistics. Hence, a line in the balance of

### b. Balance of Payments under Floating Rate System

11.     The term "balance of payments deficit" is meaningless under a floating exchange rate regime as the United States has had since March 1973. However, as will be explained later, it does have meaning under a fixed exchange rate regime.

12.     In a floating rate system, a foreign exchange market exists in which currencies are freely traded against each other. Because there are a large number of buyers and sellers of each currency, the ordinary laws of supply and demand determine prices, in this case the exchange rate. Under floating exchange rates, the value of the dollar against other currencies automatically moves to equate the supply and demand for the dollar. This matching of supply and demand for the dollar ensures that the balance of payments balances. This is because anytime payment inflows to the United States do not match payment outflows from the United States, the value of the dollar on foreign exchange markets automatically adjusts to equate the two.

13.     For example, when foreign demand for U.S. goods or services or assets falls, signaling a decline in payment inflows to the United States, the market-clearing price of the dollar falls against other currencies, establishing a new exchange rate. The fall in the value of the dollar makes U.S. goods, services, and assets cheaper for foreign residents, who then buy more of them, increasing payment inflows into the United States. The fall in the value of the dollar also makes foreign goods and assets more expensive for U.S. residents and thereby reduces payment outflows

---

payments called "statistical discrepancy" is used to reconcile an imbalance that appears in the official statistics. See chapter 21 of
https://www.bea.gov/resources/methodologies/international/pdf/iea-concepts-methods.pdf

Second, some dollars leave the United States and do not return but circulate abroad. For example, U.S. dollars are used as currency in Panama and Ecuador, and informally in Argentina and elsewhere. See https://www.stlouisfed.org/on-the-economy/2022/oct/innocent-greenbacks-abroad-us-currency-held-internationally

from the United States. Consequently, the exchange rate adjusts to reduce payment outflows and bring them in line to the level of payment inflows. The new exchange rate ensures that the total payments made by the United States to other countries matches the total receipts received by the United State from abroad. In other words, floating exchange rates ensure that the balance of payments balances.

14.     The fact that the overall balance of payments balances does not mean that every component of the balance of payments is always balanced. The United States has had a current account deficit, in which imports of goods and services exceed exports of goods and services, since the 1980s. However, this does not constitute a balance of payments problem because the current account deficit is matched by a financial account surplus. In other words, the U.S. pays out more to the rest of the world in terms of trade in goods and services but is paid more by the rest of the world than it pays out in terms of purchases of short- and long-term assets and investments.

15.     The following chart illustrates how the current account deficit is matched by a financial account surplus:



Figure 4

**The annual size of the US current account deficit is mirrored by the annual net inflow of foreign investment**
Share of GDP

Sources: "Table 1.1. US International Transactions," International Data, Bureau of Economic Analysis, updated June 20, 2024; and "Table 1.1.5. Gross Domestic Product," National Data, US Bureau of Economic Analysis, updated July 25, 2024.
Notes: Net foreign investment includes direct investment, portfolio investment, and other investment assets. In 1991, the current account balance was a positive $2.9 billion, or 0.05 percent of GDP; GDP = gross domestic product.

Source: https://www.cato.org/sites/cato.org/files/2023-04/policy-analysis-944-link.pdf

16.     In such a case, there is no such thing as a balance of payments deficit or an international payments problem. If the United States had a current account deficit and foreigners abroad did not want to put the dollars back in the United States to buy either goods or assets, the value of the dollar on foreign exchange markets automatically adjusts to equate payments and receipts, income and expenditure, demand and supply. If the current account deficit was not immediately financed by financial inflows from abroad, the value of the dollar would immediately fall on foreign exchange markets. Under floating exchange rates, there is no "balance of payments" problem as this term is usually defined.

### c.  Balance of Payments under Fixed-Rate Exchange Systems

17.     While the term "balance of payments deficit" has no meaning under a flexible exchange rate system, it does have meaning under fixed exchange rates, like the Bretton Woods

system, which was in operation from the end of World War II until the early 1970s. In this case, the meaning of a "balance of payments deficit" and "fundamental international payments problems" has to do with government reserves – of either gold or foreign exchange – and the ability of a government to maintain balanced international payments under fixed exchange rates.

18.    The Bretton Woods system dates from a conference in New Hampshire in 1944 to establish the post-World War II international monetary system. The system established a regime of fixed exchange rates in which foreign countries would peg its currency to the U.S. dollar, which was the central node of the system. The U.S. dollar was the reserve currency of the world, the key currency against which other governments fixed the value of their own currency and the currency in which foreign governments held "reserves" (a stockpile) to intervene in the foreign exchange market to ensure that the exchange rate did not change.

19.    Because the price of one currency in terms of another does not change under a fixed exchange rate, the overall balance of payments does not necessarily balance automatically in the absence of government intervention. When international payments (outflows) exceed international receipts (inflows), and the exchange rate does not adjust, the government must make up the difference through its gold or foreign exchange reserves.

20.    This can best be explained through a simple example. Suppose a country has a $100 million current account deficit and receives $100 million in capital inflows. The balance of payments is balanced: the current account deficit is exactly offset by a financial account surplus. But suppose that receipts (capital inflows) fall to $90 million, creating a $10 million shortfall between receipts and expenditures (the current account deficit). Under flexible exchange rates, the value of the currency drops to reduce the current account deficit and increase capital inflows – and the balance of payments is brought into balance once again. Under fixed exchange rates, that

adjustment mechanism is not operative. Instead, the government must make up the $10 million shortfall by selling its gold reserves or its foreign exchange reserves to ensure that the $100 million current account deficit is financed (since only $90 million is financed by capital inflows).

21.     That $10 million would be entered in the balance of payments accounting as an "official reserve transaction." And the size of that figure, which was needed to equate and balance all the private transactions on the current account and financial account, was understood to be the indicator of a balance of payments problem during the Bretton Woods era.[6]

22.     Here is a Congressional report from 1963 which outlines how the balance of payments was understood at the time:

---

[6] Of course, if capital inflows exceeded any current account deficit, the government would be gaining foreign exchange or gold reserves and there would not be a fundamental imbalance that was a "problem."

# PERSPECTIVES ON THE UNITED STATES INTERNATIONAL FINANCIAL POSITION

GERALD A. POLLACK, INTERNATIONAL ECONOMIST, JOINT ECONOMIC COMMITTEE

## I. THE MEANING OF THE BALANCE-OF-PAYMENTS DEFICIT

The U.S. balance of payments has been in deficit every year since 1949, except 1957. The deficits were welcomed in the early postwar years because they helped the rest of the world to rebuild reserves that had been depleted by the distortions of war and the needs of reconstruction. It became apparent after 1958, however, that U.S. deficits were adding dollars to the reserves of other countries at a rate faster than those countries desired. The persistence of U.S. balance-of-payments deficits has, in recent years, caused widespread concern regarding the future international role and stability of the dollar, and the future of the international monetary system. Before considering the elements contributing to this deficit, it is well to begin by examining precisely what is meant by the U.S. balance-of-payments deficit.

The deficit, under the official U.S. definition, measures the reduction in U.S. monetary reserve assets (chiefly gold) and the increase in liquid liabilities. Stated another way, it measures the decline, during the period covered, in the U.S. ability to defend the exchange value of the dollar with liquid resources owned by or automatically available to the monetary authorities.[1] This definition is heavily qualified with respect to the liquid resources it takes into account. But a less qualified definition of the deficit would not be measurable

Source: Joint Economic Committee, "The United States Balance of Payments – Perspectives and Policies," Staff Materials and Other Submissions, Prepared for the Use of the Joint Economic Committee, 88th Congress, 1st Session, November 1963, page 3. Available at: https://www.jec.senate.gov/reports/88th%20Congress/The%20United%20States%20Balance%20of%20Payments%20-%20Perspectives%20and%20Policies%20(247).pdf

9

23.     Here is how the government presented balance of payments statistics at the time, with focus on the official settlements balance needed to ensure balanced payments.

### TABLE I.—U.S. TRADE AND BALANCE-OF-PAYMENTS DEFICITS
[In billions of dollars]

| | U.S. trade position | | | | Trade balance | | Balance of payments | | |
| | Exports (X) | | Imports (M) | | | C.i.f. (M) Excluding foreign aid (X) | | | | |
| | Total | Minus foreign aid | F.o.b. | C.i.f.[1] | F.o.b. | | Liquidity[2] | Official settle-ments[2] | Basic balance |
|---|---|---|---|---|---|---|---|---|---|
| 1960 | 19.6 | 17.9 | 15.1 | 16.3 | 4.5 | 1.6 | -3.7 | —3.4 | |
| 1961 | 20.2 | 18.3 | 14.7 | 16.0 | 5.5 | 2.3 | -2.3 | —1.3 | |
| 1962 | 21.0 | 18.7 | 16.5 | 17.8 | 4.5 | 0.9 | -2.9 | —2.7 | [3] —0.8 |
| 1963 | 22.5 | 19.9 | 17.2 | 18.6 | 5.3 | 1.3 | -2.7 | —1.9 | |
| 1964 | 25.8 | 23.1 | 18.7 | 20.3 | 7.1 | 2.8 | -2.7 | —1.5 | |
| 1965 | 26.7 | 24.3 | 21.5 | 23.2 | 5.2 | 1.1 | -2.5 | —1.3 | |
| 1966 | 29.5 | 27.0 | 25.6 | 27.7 | 3.9 | —0.7 | -2.2 | .2 | —1.7 |
| 1967 | 31.0 | 28.5 | 26.9 | 28.8 | 4.1 | —.3 | -4.7 | —3.4 | —3.3 |
| 1968 | 34.1 | 31.8 | 33.2 | 35.3 | .9 | —3.5 | -1.6 | —1.6 | —1.4 |
| 1969 | 37.3 | 35.3 | 36.0 | 38.2 | 1.3 | —2.9 | -6.1 | 2.7 | —1.0 |
| 1970 | 42.7 | 40.7 | 40.0 | 42.4 | 2.7 | —1.7 | -4.7 | —10.7 | —3.0 |
| 1971 | 43.5 | 41.7 | 45.6 | 48.3 | —2.1 | —6.6 | -22.7 | —30.5 | —9.6 |
| 1972 | 49.2 | 47.5 | 55.6 | 58.9 | —6.4 | —11.4 | -13.7 | —11.1 | —9.8 |
| 1973 [4] | 70.8 | 69.4 | 69.1 | 73.2 | +1.7 | —3.8 | -7.9 | —5.3 | +1.7 |

[1] C.i.f. imports for the years 1960–66 are assumed to be roughly equivalent to 108.3% of f.o.b. imports in accordance with a Bureau of Customs—Tariff Commission—Bureau of Census study based on 1966 arrivals. For the years 1967–73 estimates are based on Bureau of Customs-Bureau of Census studies showing estimated freight and insurance charges to be 6.9 percent (1967), 6.3 percent (1968), 6.1 percent (1969), 6.2 percent (1970), 6.1 percent (1971), and 5.9 percent for 1972 and 1973.

[2] The liquidity and official settlements deficits for 1966–73 excludes SDR allocations.
[3] Annual average.
[4] Estimated on basis of partial data.

Source: U.S. Department of Commerce.

Source: Staff Data and Materials on U.S. Trade and Balance of Payments, Committee on Finance, United States Senate, 93d Congress, 2d Session, February 26, 1974, page 1. Available at: https://www.finance.senate.gov/download/staff-data-and-materials-on-us-trade-and-balance-of-payments

24.     Because government reserves (of gold or foreign exchange) are finite, there is a limit to how long this situation can sustain itself. If this is a continuing situation, the government might at some point run out of gold or foreign exchange reserves. That could force the country to devalue its currency, abandoning the fixed exchange rate. Or, rather than the government drawing

down its reserves or devaluing its currency, another way of ensuring the overall balance of payments is balanced is to reduce imports directly via an import tariff.[7]

25.    This leads us to the events of the early 1970s. The Bretton Wood system was not a gold standard system, but the U.S. dollar was supposedly backed by gold reserves. Only foreign central banks, not private investors, had the right to exchange their dollars for U.S. gold. The problem facing the United States in the late 1960s was that foreign official holdings of dollars (i.e., government holdings, usually foreign central banks) far exceeded the gold reserves of the United States. In other words, the United States did not have enough gold to cover all of the dollar liabilities it had with the rest of the world.[8]

26.    The Nixon administration was worried about a run on U.S. gold reserves so, in August 1971, it "closed" the gold window and announced that it would no longer exchange gold for dollars. This did not take the United States off the gold standard, since U.S. monetary policy was not determined by its gold reserves. However, it did end what had been a key feature of the Bretton Woods system, i.e. the ability of foreign government to cash in their dollars for American gold.

27.    Going further, the Nixon administration imposed a 10% across-the-board tariff on imports to pressure other countries (specifically, Japan and Germany) to raise the value of their currency against the dollar. The U.S. government could not by itself "devalue" the dollar with respect to other currencies; it was the reserve currency against which other countries pegged the

---

[7] Such a method was permitted under Article XII of the General Agreement on Tariffs and Trade (GATT), the major post-World War II trade agreement.

[8] See Barry Eichengreen, "From Benign Neglect to Malignant Preoccupation: US Balance of Payments Policy in the 1960s," National Bureau of Economic Research Working Paper No. 7630, http://www.nber.org/papers/w7630.

value of their own currency. Consequently, other countries had to be forced to "revalue" their currency against the dollar.

28.     These actions were taken because the United States had a balance of payments problem at the time. The United States was spending more on foreign goods and assets than foreigners were purchasing from the United States. Because the foreign exchange value of the dollar could not change under the Bretton Wood system, foreign governments were forced to hold increasing amounts of dollars (increasing their foreign exchange reserves, or their official reserve holdings in the balance of payments). They could no longer exchange those dollars for gold but didn't want to revalue their currency and hurt their exports. Hence, the U.S. nudge with the tariff to force them to revalue their currency.

29.     Shortly thereafter, foreign governments agreed to revalue their currencies against the dollar to correct the imbalance in payments. In March 1973, in a shift that later turned out to be permanent (although participants did not know that at the time), Western governments moved further away from the Bretton Woods system by abandoning fixed exchange rates and allowing the value of national currencies to be determined on the market by supply and demand. This ended the old definition of balance of payments difficulties because governments did not need to intervene in foreign exchange markets to keep exchange rates fixed and equate payment inflows and outflows. The floating exchange rate system solved that problem automatically.

30.     Section 122 of the Trade Act of 1974, which was drafted beginning in 1973, was designed in a period when the international monetary system was in flux. The United States was in the midst of the transition between the fixed exchange rate regime of the Bretton Woods system and a new system of floating exchange rates. The uncertainty about the international monetary

system at this time is reflected in the statute and its language about balance of payments difficulties.

31.     The statute provided limited presidential authority for a future president to act as Nixon had in the case of balance of payments problems. But with the closure of the gold window in August 1971 and the move to flexible exchange rates in March 1973, the fundamental nature of the international monetary system was changing. The statute largely reflected the understanding of the balance of payments under the old Bretton Woods system rather than the new floating exchange rate system.

32.     This is the context in which Section 122 was drafted and enacted. At a time when the international monetary system was undergoing profound changes, it was not clear whether the future held a fixed or floating rate system.

33.     These developments forced the federal government to rethink the nation's balance of payments statistics. A government committee on balance of payments noted (*Survey of Current Business*, June 1976): "the Review Committee for Balance of Payments Statistics recommended in 1965 that the main balance of payments table be organized to focus on the transactions of the monetary authorities, on what is now known as the official reserve transactions balance [ORT], as the most useful starting point for balance of payments analysis." However, with the advent of floating exchange rates, the report now stated (p. 21) that "The majority of the Committee members concluded that the ORT balance was no longer justified for three major reasons," the first being "the advent of generally floating exchange rates."[9]

34.     The discussion here reflects the views of most economists who have studied the matter. For example, Martin Feldstein, a former professor of economics at Harvard University

---

[9] Source: https://fraser.stlouisfed.org/title/survey-current-business-46/june-1976-9661?page=20

who served as chairman of the Council of Economic Advisers in the Reagan Administration, testified before Congress in 1984 on the usefulness of Section 122 in the era of floating rates. He noted: "although we have a trade deficit and a current account deficit, we do not have a balance-of-payments deficit, in the strict sense envisioned in section 122. The technical definition for the balance-of-payments is the rate of accumulation of official reserve assets, including gold. Since net U.S. sales of other assets to foreigners, in other words net private investment in the United States, last year was more than enough to offset our current account deficit, the official U.S. reserves didn't have to be drawn upon. In fact, official U.S. reserve actually increased slightly last year. Thus, in a technical sense, I think the sense appropriate for interpreting section 122, the United States had a balance-of-payments surplus last year. We had a trade deficit, a current account deficit, but we had a balance-of-payments surplus in this official sense."[10]

35.    A related issue is whether the negative net international investment position of the United States constitutes a balance of payments deficit. The negative net investment position simply reflects the fact that foreign entities have more claims on U.S. assets than U.S. entities have claims on foreign assets. This is related to the consistent financial account surpluses (and matching current account deficits) run by the United States, reflecting the fact that foreign demand for U.S. assets is much higher than U.S. demand for foreign assets. The investment position reflects the "stock" of assets being held at home and abroad by foreign entities and is a different, but somewhat related, matter than the balance of payments "flows" every year. The investment position also reflects changes in asset values (such as stock appreciation), which are not payments that flow at all. The investment position reflects the cumulated sum of the financial

---

[10] "Trade Deficit," Hearings Before the Subcommittee on International Trade of the Committee on Finance, United States Senate, 98th Congress, 2nd session, March 23, 1984, p. 48. See https://babel.hathitrust.org/cgi/pt?id=uc1.b5145725&seq=54

account surpluses, one component of the overall balance of payments, but is not the balance of payments in itself.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed on March 12, 2026, at Hanover, New Hampshire.

Douglas A. Irwin

# EXHIBIT A

March 2026

**Douglas A. Irwin**

Department of Economics                                   Office: (603) 646-2942
Dartmouth College                                        e-mail: douglas.irwin@dartmouth.edu
Hanover, NH 03755                                        www.sites.dartmouth.edu/dirwin

Current Positions:

John French Professor of Economics (2017 - present)
John Sloan Dickey Third Century Professor in the Social Sciences (2012-2017)
Robert E. Maxwell '23 Professor of Arts and Sciences, Dartmouth College (2005-2012)
Professor of Economics, Department of Economics, Dartmouth College, since 1997

Co-Director, Political Economy Project, Dartmouth College, 2013-present

Non-Resident Senior Fellow, Peterson Institute for International Economics, 2018-present
Research Associate, National Bureau of Economic Research, 1997-present

Past Employment:

Associate Professor of Business Economics, Graduate School of Business, University of Chicago, 1994-97
Assistant Professor of Business Economics, Graduate School of Business, University of Chicago, 1991-94
Economist, Division of International Finance, Board of Governors of the Federal Reserve System, 1988-91
Junior Staff Economist, Council of Economic Advisers, Executive Office of the President, 1986-1987

Education:

Columbia University, Ph.D. (Economics, with distinction), 1988
Columbia University, M.A. (Economics), 1985
University of New Hampshire, B.A. (Political Science, Magna cum Laude, Phi Beta Kappa), 1984

Other Professional Appointments:

President, Economic History Association, 2023-24 (president-elect, 2022-23)
Society of Fellows, Economic History Association (2023)
Delegate (Economics), Oxford University Press, 2020-
Visiting Professor of Economics, Booth School of Business, University of Chicago, Fall 2017
Visiting Scholar, Hoover Institution, Stanford University, Winter 2015
Visiting Professor, Leitner Program in International and Comparative Political Economy, Macmillan
Center, Yale University, September-October 2011
National Science Foundation Economics Panel, 2010-11
Visiting Scholar, Australian National University, Canberra, Australia, January-April 2005
Chairman, Department of Economics, Dartmouth College, 2002-2004
Visiting Professor of Economics, Massachusetts Institute of Technology, Fall 1999
Faculty Research Fellow, National Bureau of Economic Research, 1994-1997
Visiting Scholar, International Finance Division, Federal Reserve Board, May 1997, April 2000
Consultant, Organization for Economic Cooperation and Development, 1994-1995
Visiting Scholar, Research Department, International Monetary Fund, March 1993, June 2001, April 2004
George J. Stigler Center for the Study of the Economy and the State, University of Chicago, 1992-1997
Junior Research Fellow, Institute for Policy Reform, 1992-1995

Grants and Awards:

Rockefeller Research Grant, Dartmouth College, 2007-08
Fellowship, John Simon Guggenheim Memorial Foundation, 2004-2005 (granted 2002)
Principal Investigator, National Science Foundation grant, 1999-2001, 2001-2003
International Finance Section, Department of Economics, Princeton University, 1988

Invited Lectures:

Maddison Lecture, University of Groningen, The Netherlands (to be scheduled)
Galbraith Lecture, Agricultural and Applied Economics Association, Kansas City, July 2026 (scheduled)
Kuznets Lecture, Economic Growth Center, Yale University, March 2026 (scheduled)
Frank Anton Distinguished Lecture, University of Calgary, March 2026
Fathauer Lecture in Political Economy, University of Arizona, February 2026
Sennholz Lecture, James Madison College, Michigan State University, March 2025
Keynote Address, Globalization: What's Next? Banque de France-CEPR-World Bank-University of Surrey Conference, Paris, France, April 2024
Menard Family Distinguished Speaker Series, North Dakota State University, March 2024
Condliffe Lecture, University of Canterbury, New Zealand, March 2024.
Snape Lecture, Productivity Commission, Melbourne, Australia, February 2024
Arndt Lecture, Australian National University, Canberra, Australia, February 2024.
Keynote Address, IMF-WB-WTO Joint Trade Meeting, October 2023
Clemens Lecture, College of Saint Benedict and Saint John's University, September 2021
Freiberg Economic Institute, Jerusalem, Israel, March 2020
Keynote Address, Queen's University Trade Institute, November 2019
Hayek Lecture, Manhattan Institute, June 2019
Rogge Lecture, Wabash College, September 2018
Invited Address, History of Economics Society Conference, Chicago, IL, June 2018
Stigler Lectures, Booth School of Business, University of Chicago, April 2017
Keynote Address, Seoul Conference on Trade and Industry, Seoul, Korea, November 2016
Distinguished Lecture, Peter T. Paul School of Business, University of New Hampshire, March 2013
Keynote Address, First IMF-WB-WTO Joint Trade Workshop, December 2011
Jepson Lecture, University of Northern Iowa, March 2011
Ohlin Lectures, Stockholm School of Economics, Sweden, September 2010
Max Corden Lecture, University of Melbourne, Australia, July 2009
Clair Wilcox Lecture, Swarthmore College, February 2009
Janus Lecture, Brown University, November 2008
Noel G. Butlin Lecture, Economic History Society of Australia and New Zealand, Sydney, February 2007
Keynote Address, U.S. Court of International Trade, 14th Judicial Conference, New York, November 2006
ANU-Toyota Public Lecture Series, Parliament House, Canberra, Australia, April 2005
Bernard I. Fain Lecture in Economics, Brown University, April 2004

Other Professional Activities:

Board of Advisers, *Open Economies Review*, 2013-
Academic Advisory Board, *Explorations in Economic History*, 2005-
Editorial Board, *World Trade Review*, 2005-
Editorial Board, *Journal of Economic History*, 2008-2011.
Editor, *World Trade Review*, 2005-2008.
Editor, International Trade Statistics, Millennial Edition, *Historical Statistics of the United States*, Cambridge University Press, 2006.
Nominating Committee, American Economic Association, 2004
Program Committee, American Economic Association, 1995, 1998, 2003, 2021
Book Review Editor, *Journal of International Economics*, 1992-96
Member: American Economic Association, Economic History Association, Cliometrics Society

2

Books:

*International Economics,* co-authored with Menzie Chinn. New York: Cambridge University Press, 2025.

*Clashing over Commerce: A History of U.S. Trade Policy*. Chicago: University of Chicago Press, 2017.
- *The Economist*, Best Books of the Year 2017
- *Foreign Affairs*, Best Books of the Year, 2018.
- Co-awarded the Alice Hanson Jones Biennial Prize for the Outstanding Book in North American Economic History, Economic History Association, 2018.
- Awarded the Hayek Book Prize, Manhattan Institute, 2019.
- Translations: Chinese, Japanese.

*Trade Policy Disaster: Lessons from the 1930s*. Cambridge: MIT Press, 2012.
- Translations: Chinese.

*Peddling Protectionism: Smoot-Hawley and the Great Depression*. Princeton: Princeton University Press, 2011.
- Translations: Chinese.

*The Genesis of the GATT*, co-authored with Petros C. Mavroidis and Alan O. Sykes. New York: Cambridge University Press, 2008.

*Free Trade under Fire*. Princeton: Princeton University Press. First edition, 2002. Second edition, 2005. Third edition, 2009. Fourth edition, 2015. Fifth edition, 2020.
- Selected as one of Choice's Outstanding Academic Books of 2003.
- Translations: Chinese, Korean.

*Against the Tide: An Intellectual History of Free Trade*. Princeton: Princeton University Press, 1996.
- Translations: Japanese, Indonesian, Romanian, Chinese, Russian.
- Selected as one of *Choice*'s Outstanding Academic Books of 1996.

*Managed Trade: The Case Against Import Targets*. Washington, D.C.: AEI Press, 1994.

Edited Books:

*Floating Exchange Rates at Fifty,* with Maurice Obstfeld. Washington, D.C.: Peterson Institute for International Economics, April 2024.

*Jacob Viner: Lectures in Economics 301*, with Steven G. Medema. Brunswick, NJ: Transaction, 2013.

*Founding Choices: American Economic Policy in the 1790s*, with Richard Sylla. Chicago: University of Chicago Press and NBER, 2011.

*The Political Economy of Trade Policy: Essays in Honor of Jagdish Bhagwati*, with Robert C. Feenstra and Gene M. Grossman. Cambridge: MIT Press, 1996.

*Trade in the Pre-Modern Era, 1400-1700*, 2 vols. of *The Growth of the World Economy*, N.F.R. Crafts, general editor. Aldershot: Edward Elgar, 1995.

Jagdish Bhagwati, *Political Economy and International Economics*. Cambridge: MIT Press, 1991.

3

Jacob Viner, *Essays on the Intellectual History of Economics*. Princeton: Princeton University Press, 1991.

<u>Articles</u>:

"Trade Policy, Exchange Rates, and the Globalization Surge of the 1990s," *Journal of Economic History* 85 (June 2025): 303-335.

"From Hermit Kingdom to Miracle on the Han: Sources of Policy Change in Korea's Trade Transformation," *KDI Journal of Economic Policy* 47 (May 2025): 1-36.

"Does Trade Reform Promote Economic Growth? A Review of Recent Evidence," *World Bank Research Observer*, 40 (February 2025): 147-84.

"Changing the Trade and Development Consensus: Evidence Building from Little, Bhagwati, Krueger, and Balassa," *History of Political Economy* 56 (October 2024): 775-804.

"Trade Policy and Flexible Exchange Rates." In *Floating at Fifty,* edited by Douglas A. Irwin and Maurice M. Obstfeld. Washington, D.C.: Peterson Institute for International Economics, 2024.

"Trade Policy," In *Oxford Handbook of Historical Political Economy*, edited by Jeffrey Jenkins and Jared Rubin. New York: Oxford University Press, 2024.

"The Bank, the Fund, and the GATT: Which Institution Most Supported Developing Country Trade Reform?" *World Trade Review* 22 (October 2023): 370-381.

"Economic Ideas and Taiwan's Shift to Export Promotion in the 1950s," *The World Economy* 46 (April 2023): 969-990.

"The Trade Reform Wave of 1985-1995," *AEA Papers and Proceedings* 112 (May 2022): 244-251.

"Chicago's Contribution to International Economics," (with Sebastian Edwards), in Robert Cord (ed.), *The Palgrave Companion to Chicago Economics*, Palgrave-Macmillan, 2022.

"The Economic Consequences of Sir Robert Peel: The Repeal of the Corn Laws Revisited," (with Maksym Chepeliev), *Economic Journal* 131 (November 2021): 3322–3337.

"The Rise and Fall of Import Substitution," *World Development* 139 (March 2021): 105306.

"Trade Policy in American Economic History." *Annual Review of Economics* 12 (2020): 23-44.

"Adam Smith's 'Tolerable Administration of Justice' and the Wealth of Nations," *Scottish Journal of Political Economy* 67 (2020): 231-247.

"Tariff Incidence: Evidence from U.S. Sugar Duties, 1890-1930," *National Tax Journal* 72 (September 2019): 599–616.

"Trump's Assault on the Global Trading System: And Why Decoupling from China Changes Everything" (with Chad P. Bown). *Foreign Affairs* 98 (September-October 2019): 125-136.

"The Missing Bretton Woods Debate over Flexible Exchange Rates," in *The Bretton Woods Agreement,* edited by Naomi Lamoreaux and Ian Shapiro. New Haven: Yale University Press, 2019.

4

"The Midway and Beyond: Recent Work on Chicago Economics." *History of Political Economy* 50 (December 2018): 735-776.

"Trade Policy in American Economic History." In *Oxford Handbook of American Economic History,* edited by Lou Cain and Price Fishback. New York: Oxford University Press, 2018.

"The False Promise of Protectionism: Why Trump's Trade Policy Could Backfire." *Foreign Affairs* 96 (May/June 2017): 45-56.

"The GATT's Starting Point: Tariff Levels circa 1947," with Chad P. Bown. In *Assessing the World Trade Organization: Fit for Purpose?,* edited by Manfred Elsig, Bernard Hoekman, and Joost Pauwelyn. New York: Cambridge University Press, 2017.

"The Truth about Trade: What Critics Get Wrong about the Global Economy." *Foreign Affairs* 95 (June/July 2016): 84-95.

"Jacob Viner and Friedman." In *Milton Friedman: Contributions to Economics and Public Policy*, edited by Robert Cord and J. Daniel Hammond. New York: Oxford University Press, 2016.

"Adam Smith and Free Trade." In *The Princeton Guide to Adam Smith*, edited by Ryan P. Hanley. Princeton: Princeton University Press, 2016.

"Free Trade and Multilateralism in Historical Perspective," (with Kevin H. O'Rourke). In *Globalization in an Age of Crisis: Multilateral Economic Cooperation in the Twenty-First Century*, edited by Robert C. Feenstra and Alan M. Taylor. Chicago: University of Chicago Press for the NBER, 2014.

"Who Anticipated the Great Depression? Gustav Cassel versus Keynes and Hayek on the Interwar Gold Standard." *Journal of Money, Credit, and Banking* 46 (February 2014): 199-227.

"The Nixon Shock after 40 Years: The Import Surcharge Revisited." *World Trade Review* 12 (January 2013): 29-66.

"The French Gold Sink and the Great Deflation." *Cato Papers on Public Policy* 2 (2012-13): 3-41.

"Gold Sterilization and the Recession of 1937-38." *Financial History Review* 19 (December 2012): 249-267.

"Revenue or Reciprocity? Founding Feuds over Early U.S. Trade Policy." In *Founding Choices: American Economic Policy in the 1790s*, edited by Douglas A. Irwin and Richard Sylla. Chicago: University of Chicago Press & NBER, 2011.

"The Slide to Protectionism in the Great Depression: Who Succumbed and Why?" (with Barry Eichengreen), *Journal of Economic History* 70 (December 2010): 872-898.

"Trade Restrictiveness and Deadweight Losses from U.S. Tariffs." *American Economic Journal: Economic Policy* 2 (August 2010): 111-133.

"Avoiding 1930s-Style Protectionism: Lessons for Today." In *Effective Crisis Response and Openness: Implications for the Trading System*, edited by Simon J. Evenett, Bernard M. Hoekman, and Olivier Cattaneo. Washington, D.C.: World Bank and Centre for Economic Policy Research, 2009.

"Antebellum Tariff Politics: Regional Coalitions and Shifting Economic Interests," *Journal of Law and Economics* 51 (November 2008): 715-742.

"The Antebellum U.S. Iron Industry: Domestic Production and Foreign Competition" (with Joseph H. Davis), *Explorations in Economic History* 45 (July 2008): 254-269.

"A Shackled Hegemon" (with Barry Eichengreen), in *To Lead the World: American Strategy after the Bush Doctrine*, edited by Melvyn Leffler and Jeffrey Legro. New York: Cambridge University Press, 2008.

"Australian Exceptionalism Revisited," *Australian Economic History Review* 47 (November 2007): 217-237.

"Lost Exceptionalism? Comparative Income and Productivity in Australia and the United Kingdom, 1861-1948" (with Stephen N. Broadberry), *Economic Record* 83 (September 2007): 262-274.

　　　· "Real Product and Productivity of Industries since the Nineteenth Century: A Reply to Byan Haig" (with Stephen Broadberry), *Economic Record* 88 (December 2008): 515-516.

"Tariff Incidence in America's Gilded Age," *Journal of Economic History* 67 (September 2007): 582-607.

"Globalization Fatigue or Globalization Backlash?" In Sumner La Croix and Peter A. Petri (eds.), *Challenges to the Global Trading System: Adjustment to Globalization in the Asia Pacific Region*. Oxford: Routledge, 2007.

"The Impact of Federation on Australia's Trade Flows." *Economic Record* 82 (September 2006): 315-324.

"Mercantilism: Power and Plenty through the Lens of Strategic Trade Policy." In Rolf Henriksson and Mats Lundahl (eds.), *Eli Heckscher, Economic History and Economic Theory*. Cambridge: MIT Press, 2006.

"Labor Productivity in the United States and United Kingdom in the Nineteenth Century" (with Stephen N. Broadberry), *Explorations in Economic History* 43 (April 2006): 257-279.

"The Welfare Costs of Autarky: Evidence from the Jeffersonian Embargo, 1807-1809." *Review of International Economics* 13 (September 2005): 631-645.

"The Rise of U.S. Antidumping Activity in Historical Perspective." *The World Economy* 28 (May 2005): 651-668.

"Trade and Globalization," in Michael M. Weinstein (ed.), *Globalization: What's New?* New York: Columbia University Press, 2005.

"Airbus versus Boeing Revisited: International Competition in the Aircraft Market" (with Nina Pavcnik), *Journal of International Economics* 64 (December 2004): 223-245.

"The Aftermath of Hamilton's Report on Manufactures," *Journal of Economic History* 64 (September 2004): 800-821.

"Causing Problems? The WTO Review of Causation and Injury Attribution in U.S. Section 201 Cases," *World Trade Review* 2 (November 2003): 297-325.

　　　· Reprinted in Chad Bown (ed.), *The WTO, Safeguards, and Temporary Protection from Imports*, Cheltenham: Edward Elgar, 2006.

　　　· Reprinted in Alan Sykes (ed.), *The Economics of International Trade Law*, Cheltenham:

6

Edward Elgar, 2011.

"The Optimal Tax on Antebellum Cotton Exports," *Journal of International Economics* 60 (August 2003): 275-291.

"New Estimates of the Average Tariff of the United States, 1790-1820." *Journal of Economic History* 63 (June 2003): 506-513.

"Explaining America's Surge in Manufactured Exports, 1880-1913," *Review of Economics and Statistics* 85 (May 2003): 364-376.

"Does Trade Raise Income? Evidence from the Twentieth Century" (with Marko J. Terviö), *Journal of International Economics* 58 (October 2002): 1-18.

"Reciprocity and the Origins of U.S. Trade Liberalization." In Jagdish Bhagwati (ed.), *Going Alone: The Case for Relaxed Reciprocity in Freeing Trade* (Cambridge: MIT Press, 2002).

"Ohlin versus Stolper-Samuelson?" In Ronald Findlay, Lars Jonung, and Mats Lundahl (eds.), *Bertil Ohlin: A Centennial Celebration, 1899-1999* (Cambridge: MIT Press, 2002).

"Interpreting the Tariff-Growth Correlation of the Late Nineteenth Century," *American Economic Review (Papers and Proceedings)* 91 (May 2002): 165-169.

· Reprinted in *Classical Trade Protectionism, 1815-1914*, edited by Jean-Pierre Dormois and Pedro Lains, London: Routledge, 2006.

"Long Run Trends in World Trade and Income," *World Trade Review* 1 (March 2002): 89-100.

"The Antebellum Tariff on Cotton Textiles Revisited" (with Peter Temin), *Journal of Economic History* 61 (September 2001): 777-798.

"Tariffs and Growth in Late Nineteenth Century America," *The World Economy* 24 (January 2001): 15-30.

"Could the U.S. Iron Industry Have Survived Free Trade After the Civil War?" *Explorations in Economic History* 37 (July 2000): 278-299.

"Did Late Nineteenth Century U.S. Tariffs Promote Infant Industries? Evidence from the Tinplate Industry." *Journal of Economic History* 60 (June 2000): 335-360.

"Is Globalization Today Really Different from Globalization a Hundred Years Ago?" (with Michael Bordo and Barry Eichengreen), *Brookings Trade Forum, 1999* (Washington, D.C.: The Brookings Institution, 1999), pp. 1-50.

· Shorter versions published in *Wirtschaftspolitische Blätter* (Austrian Economic Policy Papers), January 2000, and in *Globalisation and International Trade Liberalization: Continuity and Change*, edited by Martin Richardson (Cheltenham, U.K.: Edward Elgar, 2000).

"Interests, Institutions, and Ideology in Securing Policy Change: The Republican Conversion to Trade Liberalization after Smoot-Hawley" (with Randall S. Kroszner), *Journal of Law and Economics* 42 (October 1999): 643-673.

"Antidumping: The Semiconductor Industry," *Brookings Trade Forum, 1998* (Washington, D.C.: The Brookings Institution, 1998), pp.   173-200.

7

"Changes in U.S. Tariffs: The Role of Import Prices and Commercial Policies," *American Economic Review* 88 (September 1998): 1015-1026.

"The Smoot-Hawley Tariff: A Quantitative Assessment," *Review of Economics and Statistics* 80 (May 1998): 326-334.

"Higher Tariffs, Lower Revenues? Analyzing the Fiscal Aspects of the 'Great Tariff Debate of 1888,'" *Journal of Economic History* 58 (March 1998): 59-72.

"From Smoot-Hawley to Reciprocal Trade Agreements: Changing the Course of U.S. Trade Policy in the 1930s," in Michael Bordo, Claudia Goldin, and Eugene White (eds.), *The Defining Moment: The Great Depression and the American Economy* (Chicago: University of Chicago Press, 1998).

"The Reciprocity Debate in Parliament," in Andrew Marrison (ed.), *Free Trade and Its Reception, 1815-1860* (London: Routledge, 1998).

"The Representation of Economic Interests in U.S. Semiconductor Trade Policy," in Alan V. Deardorff and Robert M. Stern (eds.), *Constituent Interests and U.S. Trade Policies* (Ann Arbor: University of Michigan Press, 1998).

"The Role of History in Bilateral Trade Flows," (with Barry Eichengreen) in Jeffrey A. Frankel (ed.), *The Regionalization of the World Economy* (Chicago: University of Chicago Press, 1997).

"Log-Rolling and Economic Interests in the Passage of the Smoot-Hawley Tariff," (with Randall S. Kroszner) *Carnegie-Rochester Series on Public Policy*, 45 (December 1996): 173-200.

"Sematech: Purpose and Performance," (with Peter J. Klenow) *Proceedings of the National Academy of Sciences* 93 (November 1996): 12739-42.

"High Tech R&D Subsidies: Estimating the Effects of Sematech," (with Peter J. Klenow) *Journal of International Economics* 40 (May 1996): 323-344.

"The United States in a New Global Economy? A Century's Perspective," *American Economic Review (Papers and Proceedings)* 86 (May 1996): 41-46.

"Industry or Class Cleavages over Trade Policy? Evidence from the British General Election of 1923," in Robert C. Feenstra, Gene M. Grossman, and Douglas A. Irwin (eds.), *The Political Economy of Trade Policy: Essays in Honor of Jagdish Bhagwati* (Cambridge: MIT Press, 1996).

"Trade Politics and the Semiconductor Industry," in Anne O. Krueger (ed.), *The Political Economy of American Trade Policy* (Chicago: University of Chicago Press, 1996).

· Abbreviated version: "The U.S.-Japan Semiconductor Trade Conflict," in Anne O. Krueger (ed.), *The Political Economy of Trade Protection* (Chicago: University of Chicago Press, 1996).

"The GATT's Contribution to Economic Recovery in Post-War Europe," in Barry Eichengreen (ed.), *Europe's Postwar Growth* (New York: Cambridge University Press, 1995).

· Reprinted in Kevin O=Rourke (ed.), *The International Trading System, Globalization, and History*, Aldershot: Edward Elgar, 2005.

"The GATT in Historical Perspective," *American Economic Review (Papers and Proceedings)* 85 (May 1995):   323-328.

> · Reprinted in Kym Anderson and Bernard Hoekman (eds.), *The Global Trading System*, London: Tauris Publishers, 2002.
> · Reprinted in John Kirton (ed.), *Global Trade*, Aldershot: Ashgate Publishers, 2009.

"The Lion's Share: Britain's Export Performance Revisited, 1899-1929," *Structural Change and Economic Dynamics* 6 (March 1995): 97-109.

"Trade Blocs, Currency Blocs, and the Reorientation of World Trade in the 1930s," (with Barry Eichengreen) *Journal of International Economics* 38 (February 1995): 1-24.

"Learning-by-Doing Spillovers in the Semiconductor Industry," (with Peter J. Klenow) *Journal of Political Economy* 102 (December 1994): 1200-1227.

> · Reprinted in Bernard Yeung and Oxley (eds.), *Structural Change, Industrial Location, and Competitiveness*, Aldershot: Edward Elgar, 1999.
> · Reprinted in Daron Acemoglu (ed.), *Recent Developments in Growth Theory*, Aldershot: Edward Elgar, 2004.

"The Political Economy of Free Trade: Voting in the British General Election of 1906," *Journal of Law and Economics* 37 (April 1994): 75-108.

"Multilateral and Bilateral Trade Policies in the World Trading System: An Historical Perspective," in Jaime de Melo and Arvind Panagariya (eds.), *New Dimensions in Regional Integration* (New York: Cambridge University Press, 1993).

> · Reprinted in Kym Anderson and Bernard Hoekman (eds.), *The Global Trading System*, London: Tauris Publishers, 2002.
> · Reprinted in Kevin O'Rourke (ed.), *The International Trading System, Globalization, and History*, Aldershot: Edward Elgar, 2005.

"Free Trade and Protection in Nineteenth Century Britain and France Revisited: Comment on Nye," *Journal of Economic History* 53 (March 1993): 146-152.

> · Reprinted in C. Knick Harley (ed.), *The Integration of the World Economy, 1850-1914*, Vol. 2, Aldershot: Edward Elgar, 1996.
> · Reprinted in *Classical Trade Protectionism, 1815-1914*, edited by Jean-Pierre Dormois and Pedro Lains, London: Routledge, 2006.

"Strategic Trade Policy and Mercantilist Trade Rivalries," *American Economic Review (Papers and Proceedings)* 82 (May 1992): 138-143.

"Mercantilism as Strategic Trade Policy: The Anglo-Dutch Rivalry for the East India Trade," *Journal of Political Economy* 99 (December 1991): 1296-1314.

> · Reprinted in Kevin O'Rourke (ed.), *The International Trading System, Globalization, and History*, Aldershot: Edward Elgar, 2005.

"Retrospectives: Challenges to Free Trade," *Journal of Economic Perspectives* 5 (Spring 1991): 201-208.

"Terms of Trade and Economic Growth in Nineteenth Century Britain," *Bulletin of Economic Research* 43 (January 1991): 93-101.

"Was Britain Immiserized during the Industrial Revolution?" *Explorations in Economic History* 28 (January 1991): 121-124.

"Trade Deficit Announcements, Intervention, and the Dollar," *Economics Letters* 31 (December 1989): 257-263.

"The Political Economy of Agricultural Policy Reform," (with Gordon C. Rausser) *European Review of Agricultural Economics* 15 (Summer 1989): 349-366.

"Political Economy and Peel's Repeal of the Corn Laws," *Economics and Politics* 1 (Spring 1989): 41-59.

· Reprinted in ed. Cheryl Schonhardt-Bailey (ed.), *The Rise of Free Trade*, Vol. IV: *Free Trade Reappraised: The New Secondary Literature*, London: Routledge, 1997.

"Welfare Effects of British Free Trade: Debate and Evidence from the 1840s," *Journal of Political Economy* 96 (December 1988): 1142-1164.

· Reprinted in C. Knick Harley (ed.), *The Integration of the World Economy, 1850-1914, Vol. 2*, Aldershot: Edward Elgar, 1996.
· Reprinted in Cheryl Schonhardt-Bailey (ed.), *The Rise of Free Trade*, Vol. IV: *Free Trade Reappraised: The New Secondary Literature*, London: Routledge, 1997.

"The Return of the Reciprocitarians: U.S. Trade Policy Today," (with Jagdish N. Bhagwati) *The World Economy* 10 (June 1987): 109-130.

· Reprinted in Kevin O'Rourke (ed.), *The International Trading System, Globalization, and History*, Aldershot: Edward Elgar, 2005.
· Reprinted in Kym Anderson and Bernard Hoekman (eds.), *The WTO's Core Rules and Disciples*, Aldershott: Edward Elgar, 2005.

Other Writings:

By Invitation: "The Supreme Court tariffs ruling reins in Donald Trump," *The Economist*, February 20, 2026.

"On Life Support: Can the World Trade Organization Be Saved?" with Petros C. Mavroidis, *Milken Institute Review*, May 2025.

By Invitation: "Even Americans Don't Want Trump's Barmy Tariffs," *The Economist*, April 3, 2025.

The Incoherent Case for Tariffs: Trump's Fixation on Economic Coercion Will Subvert His Economic Goals (with Chad P. Bown), *Foreign Affairs*, March 11, 2025, https://www.foreignaffairs.com/united-states/incoherent-case-tariffs-trump

"Trade Theory and Trade Policy: The Work of Max Corden, 1927-2023," VoxEU, October 2023, https://cepr.org/voxeu/columns/trade-theory-and-trade-policy-work-max-corden-1927-2023

10

Comment on Penny Goldberg and Tristan Reed, "Is the global economy deglobalizing? And if so, why? And what is Next?," *Brookings Papers on Economic Activity,* Spring 2023.

"The Return of Industrial Policy," *Finance and Development,* June 2023, pp. 12-14. https://www.imf.org/en/Publications/fandd/issues/2023/06/the-return-of-industrial-policy-douglas-irwin

"Ronald Findlay, 1934-2021," VoxEU, November 2021. https://voxeu.org/article/ronald-findlay-1935-2021

"The Nixon Shock and the Trading System," *The International Economy,* Summer 2021, pp. 32-34.

By Invitation: Corn Laws at 175. With Donald Boudreaux, *The Economist*, June 25, 2021. https://www.economist.com/by-invitation/2021/06/25/donald-boudreaux-and-douglas-irwin-on-free-trade-tips-from-1846

"What Might a Trump Withdrawal from the World Trade Organization Mean for U.S. Tariffs?" (with Chad P. Bown), Peterson Institute for International Economics Policy Brief 18-23. November 2018.

"Does Trump want a trade war? What you need to know about Smoot-Hawley tariffs and the 1930s," with Chad Bown, *Washington Post*, March 21, 2018 https://www.washingtonpost.com/news/monkey-cage/wp/2018/03/21/does-trump-want-a-trade-war-what-you-need-to-know-about-smoot-hawley-tariffs-and-the-1930s/

Interview, *Econ Focus*, Federal Reserve Bank of Richmond, Third quarter 2017. https://www.richmondfed.org/publications/research/econ_focus/2017/q3/interview

"Ricardo and Comparative Advantage at 200," in Simon Evenett (ed.), *Cloth for Wine? The Relevance of Ricardo's Comparative Advantage in the 21st Century,* VoxEU book, December 2017 http://voxeu.org/content/cloth-wine-relevance-ricardo-s-comparative-advantage-21st-century

"Ricardo and Comparative Advantage at 200," April 19, 2017, VoxEu.org. http://voxeu.org/article/ricardo-and-comparative-advantage-200

"Is Globalization in Trouble?" The Economist's Debates, November 2013. http://www.economist.com/debate/overview/262

"Interview with Douglas Irwin," in Simon Bowmaker (editor), *The Art and Practice of Economics Research: Lessons from Leading Minds*. Northhampton, MA: Edward Elgar, 2012.

"Esprit de Currency," *Finance and Development*, June 2011.

"Le France a-t-elle Causé la Grande Dépression?" *Revue Française d'économie* 25 (April 2011): 3-10.

Comment on Anne Krueger, "Trade Liberalization and Growth in Developing Countries," in *Better Living Through Economics*, edited by John J. Siegfried. Cambridge: Harvard University Press, 2010.

"Trade Policy 2008: Great Depression Redux?" In Richard Baldwin and Simon Evenett (eds.). *What World Leaders Must do to Halt the Spread of Protectionism*. VoxEU.org and CEPR, 2008.

"Trade Liberalization: Cordell Hull and the Case for Optimism." Council on Foreign Relations Working Paper, July 31, 2008. Available at: http://www.cfr.org/publication/16873/

"WTO's Difficulties in Light of the GATT's History," with Petros C. Mavroidis, VoxEU, July 29, 2008, http://www.voxeu.org/index.php?q=node/1474

11

Comment on Paul Krugman, "Trade and Wages, Revisited," *Brookings Panel on Economic Activity*, 2008.

Comments on Mark Rosenzweig, "Global Wage Differences and International Student Flows," in *Brookings Trade Forum*, 2006. Washington, D.C.: The Brookings Institution, 2007.

"Comment on 'Shifts in Economic Geography and Their Causes,'" in *The New Economic Geography: Effects and Policy Implications*. Kansas City, MO: Federal Reserve Bank of Kansas City, 2007.

"Historical Aspects of U.S. Trade Policy," *NBER Reporter*, Summer 2006.

Comments on James Markusen, "Modeling the Offshoring of White-Collar Services," in *Brookings Trade Forum, 2005*. Washington, D.C.: The Brookings Institution, 2006.

"Comment on 'Factors Driving Global Economic Integration,'" in *Global Economic Integration: Opportunities and Challenges*. Kansas City, MO: Federal Reserve Bank of Kansas City, 2000.

"The Two Faces of Globalization," *Critical Review* 14 (2001): 11-18.

"Do We Need the WTO?" *Cato Journal* 19 (Winter 2000): 351-357. Reprinted in Ronald A. Cass and Michael S. Knoll (eds.), *International Trade Law* (Aldershot: Ashgate Publishing, 2003).

"Historical Perspectives on U.S. Trade Policy," *NBER Reporter*, Winter 1998/99, pp. 18-20.

"The Future of Free Trade" (with Claude Barfield), *Business Economics* 32 (March 1997): 26-31.

*Three Simple Principles of Trade Policy* (Washington, D.C.: The AEI Press, 1996).

"Free Trade and Customs Unions," in *The Fortune Encyclopedia of Economics*, ed. David R. Henderson (New York: Warner Books, 1993), pp. 530-533.

"Profile: Jagdish Bhagwati," *Review of International Economics* 5 (November 1997): 508-515.

"Introduction" to republication of George J. Stigler, *Price and Distribution Theories: The Formative Period* (New Brunswick, NJ: Transactions Press, 1993).

"Introduction" to Jacob Viner, "The Search for the Ideal Commonwealth," in *Research in the History of Economic Thought and Methodology, Archival Supplement 2*, ed. Warren Samuels (Greenwich, CT:   JAI Press, 1991), pp. 111-115.

Newspaper Articles:

"Trump's Blanket Tariffs are a Bridge too Far," with Alan Wm. Wolff, *Wall Street Journal*, November 4, 2025.

"The Canadians are Right About Reagan and Free Trade," *New York Times*, October 29, 2025.

Weekend Interview, "Trump's Tariffs are Unique in History," *Wall Street Journal*, April 11, 2025.

"Reciprocal Tariffs Make No Sense," *Wall Street Journal,* February 13, 2025

12

"Why Does Everyone Suddenly Care about Supply Chains?" (with Chad P. Bown), *New York Times,* October 14, 2021. https://www.nytimes.com/2021/10/14/opinion/supply-chain-america.html

"Globalization in Retreat," *Wall Street Journal,* December 17, 2020.

"Trade Truths will Outlast Trump," *Wall Street Journal,* November 20, 2020.

Weekend Interview, "Why Trump's Protectionism is Futile," *Wall Street Journal*, June 2, 2018.

"Mr. Trump's Traffic Problem." *Wall Street Journal,* December 16, 2017.

"Steve Bannon's Bad History," *Wall Street Journal,* September 9, 2017.

"Trade will Lead to Freedom." *Wall Street Journal*, December 18, 2014.

"The Ultimate Global Antipoverty Program," *Wall Street Journal,* November 3, 2014.

"Why Modern Monetarists are Skeptical about QE3," *Financial Times*, October 16, 2012.

"Return of the Protectionist Illusion," *Wall Street Journal*, July 2, 2012.

"Good-bye Free Trade?," *Wall Street Journal*, October 9, 2010.

"How 'Protectionist' Became an Insult," *Wall Street Journal*, June 18, 2010.

"If We Buy American, No One Else Will," *New York Times*, February 1, 2009.

"Democrats Once Did Free Trade," *Wall Street Journal*, August 2, 2008.

"The GATT at Sixty," *Wall Street Journal*, April 9, 2007.

"Free Trade Frontier," *Wall Street Journal*, November 28, 2005.

"Free Trade Worriers," *Wall Street Journal*, August 9, 2004.

"Outsourcing is Good for America," *Wall Street Journal*, January 28, 2004.

"The World Trade Organization: How Clinton Botched the Seattle Summit," *Wall Street Journal*, December 6, 1999.

"Lamb Tariffs Fleece U.S. Consumers," *Wall Street Journal*, July 12, 1999.

"Free Trade Comes of Age," *Journal of Commerce*, May 24, 1996.

"NAFTA: Nifty, Noxious, or Both?" *Chicago Business*, Winter 1993.

Book Reviews:

*Keynes' Economic Consequences of the Peace after 100 Years: Polemics and Policy*, edited by Patricia Clavin, Giancarlo Corsetti, Maurice Obstfeld, and Adam Tooze. *Finance and Development*, June 2024.

13

Sebastian Edwards, *The Chile Project: The Story of the Chicago Boys and the Downfall of Neoliberalism*, *History of Political Economy,* Autumn 2024.

Nicholas Mulder, *The Economic Weapon: The Rise of Sanctions as a Tool of Modern War*, *World Trade Review,* May 2023.

Nicholas Crafts and Peter Fearon (eds.), *The Great Depression of the 1930s: Lessons for Today*, *Journal of Economic History*, December 2014.

Eric Posner and Alan Sykes, *Economic Foundations of International Law*, *World Trade Review*,    January 2014.

P. Sai-wing Ho, *Rethinking Trade and Commercial Policy Theories: Development Perspectives*, *History of Political Economy*, Winter 2012.

James Fichter, *So Great a Profit: How the East India Trade Transformed Anglo-American Capitalism, Journal of Economic History*, 2011.

Jagdish Bhagwati, *Termites in the Trading System, New York Sun*, July 21, 2008.

Nitsan Chorev, *Remaking U.S. Trade Policy: From Protectionism to Globalization,* http://www.eh.net, January 2008.

Deepak Lal, *Reviving the Invisible Hand*, *Journal of Economic Literature*, June 2007.

Joseph E. Stiglitz & Andrew Charlton, *Fair Trade for All: How Trade Can Promote Development*, *World Trade Review*, November 2006.

Daniel Lederman, *The Political Economy of Protection: Theory and the Chilean Experience*, http://www.eh.net, January 2006.

Martin Wolf, *Why Globalization Works: The Case for the Global Market Economy*, *Economic Affairs*, December 2004.

Ha-Joon Chang, *Kicking Away the Ladder: Development Strategy in Historical Perspective*, http://www.eh.net, April 2004.

Jagdish Bhagwati, *In Defense of Globalization*, *Finance and Development*, March 2004.

Cynthia C. Northrup and Elaine C. Prange Turney (eds.), *Encyclopedia of Tariffs and Trade in U.S. History*, *Journal of Economic History*, March 2004.

Mike Moore, *A World Without Walls*, *World Trade Review*, July 2003.

Kenneth Dam, *The Rules of the Global Game: A New Look at U.S. International Economic Policymaking*, *Journal of Economic Literature*, March 2003.

Fiona McGillivray, Iain McLean, Robert Pahre, and Cheryl Schonhardt-Bailey, *International Trade and Political Institutions: Instituting Trade in the Long Nineteenth Century*, *World Trade Review*, July 2002.

Andrea Maneschi, *Comparative Advantage in International Trade: A Historical Perspective*, in *Journal of the History of Economic Thought*, December 2000.

14