# EXHIBIT 8

## **DECLARATION OF JESSE BIGNAMI**

I, Jesse Bignami, declare as follows:

1. I am over 18 years of age and competent to make this declaration. This declaration is based on my personal knowledge and the records of the California Department of Public Health (CDPH), which are kept in the regular course of business. If called to testify as a witness, I could and would testify to the truth of the matters stated below.

2. I am currently employed as the Assistant Division Chief for all Contracts and Purchasing at CDPH.

3. I first joined CDPH in November 2020, and since December 2023, I have served as Assistant Division Chief over contracts and purchasing. In this role, I am responsible for overseeing all CDPH contracts and purchasing, including administering and evaluating the ongoing operations for the purchasing, procurement, and contract processing needs of CDPH. As a result, I am generally familiar with most items purchased by CDPH. In addition, depending on my role in supervising and approving various purchases, I am also familiar with some of the more expensive or complex procurements for technical or costly equipment by CDPH.

4. I have been asked to compile a list of products that CDPH procures that were manufactured in foreign countries.

5. To obtain this information, I reviewed our purchase orders for products we had purchased within the current fiscal year 2025-2026 up until approximately March 6, 2026, and then looked up where the products were manufactured.

6. The following table provides a summary of products I identified as procured through vendors by CDPH within United States, however, the products were manufactured outside the United States. This is not an exhaustive list of products we purchased that were manufactured in foreign countries but rather represents a sample of such products.

Page 1 of 3 – DECLARATION OF JESSE BIGNAMI

| Department/ Program | Product | Country of Origin | Unit Price ($) and Quantity | Total Cost FY 25-26 ($) (est.) |
|---|---|---|---|---|
| CDPH – Center for Family Health (CFH) | MassTrak IVD Platforms | United Kingdom | 294,423.80 x 4 | 1,292,520.49 |
| CDPH - CFH | Gas Regulators | United Kingdom | 1,028.60 x 6 | 6,773.34 |
| CDPH - CFH | FlexCHOICE Coverage for MassTrak IVD Platform | United Kingdom | 69,671.15 x 2 | 139,342.30 |
| CDPH – Information Technology Services Division (ITSD) | HPE Synergy 480 Gen11 Configure-to-order Compute Module | China | 828,524.00 | 828,524.00 |
| CDPH – ITSD | HPE ProLiant DL380 Gen11 8SFF NC Configure-to-order Server | China | 280,059.00 | 280,059.00 |
| CDPH – ITSD | HPE BLc 10G SFP+ LR Transceiver | China | 787.95 x 140 | 110,313.00 |
| CDPH – ITSD | HPE 7500 2800W AC Power Supply | China | 2,505.00 x 23 | 57,615.00 |
| CDPH – ITSD | HPE CAT6 10Ft Cbl | China | 28.25 x 2200 | 62,150.00 |
| CDPH – ITSD | HPE Aruba Networking AP-755 (US) Tri Radio 4x4 Wi-Fi 7 Internal Antennas 5-pack Campus Access Point | China | 1,227,570.00 | 1,227,570.00 |
| CDPH – ITSD | Symmetra RM 6kVA | Philippines | 4,712.76 x 49 | 230,925.24 |
| CDPH – ITSD | APC AR106VIHPE2 230v UPS PDU 6U Rack | India | 2,779.76 x 98 | 272,416.48 |

7.   Depending on the item and the amount of the price increase due to tariffs, there could be significant impacts to different Public Health programs' ability to meet the needs of the people of California. In some cases, the price increase might exceed the budget of the program,

Page 2 of 3 – DECLARATION OF JESSE BIGNAMI

and they could not proceed with the purchase. In other cases, the increase might put the cost of the items above our delegated authority levels, which would require lengthy approvals by control agencies and thus delays in providing services to the people of California. In addition, harder to find items would mean longer delays as well, and possible supply chain impacts could likewise delay the purchase, receipt or installation of some of these critical items for our laboratories. For example, the tariffs will increase costs for the Center for Family Health's (CFH) Genetic Disease Screening Program's (GDSP) consumables, supplies, and various other required purchases. Many of GDSP's essential materials—such as specialty reagents, lab equipment components, collection kits, and certain technology or instrument parts—are sourced from international vendors whose pricing is highly sensitive to tariff changes. In fact, GDSP currently has tariff surcharges associated with procurement 25-CFH-0381.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 12, 2026, at Sacramento, California.

*Jesse Bignami*