# EXHIBIT 9

**<u>DECLARATION OF LORI BRADLEY</u>**

I, Lori Bradley, declare as follows:

1.    I am over 18 years of age and competent to make this declaration.  This declaration is based on my personal knowledge and the records of the California Department of Health Care Services (DHCS), which are kept in the regular course of business.  If called to testify as a witness, I could and would testify to the truth of the matters stated below.

2.    I am currently employed by DHCS as the Division Chief of the Pharmacy Benefits Division (PBD) and have held that role since May 2025.  I previously held the Southern Section Chief position between October 2024 and May 2025.  Before that I served as the Branch Chief over the Enteral and Medical Supplies Benefits Branch between November 2021, and October 2024.  My experience includes over 18 years of various pharmaceutical consulting, analytical, and leadership roles within DHCS' Pharmacy Benefits Division (PBD), along with over 10 years working as a retail pharmacist for leading regional and national chain stores.  Through my work in the PBD, I have approximately 14 years of direct experience related to the development and implementation of Medi-Cal disposable outpatient medical supplies pharmacy benefits, and approximately 4 years of direct experience related to the development and implementation of Medi-Cal drug-related pharmacy benefits.  Additionally, I work directly with DHCS executive leadership, other program partners, and external stakeholders including, but not limited to the California Health and Human Services Agency, the federal Centers for Medicare and Medicaid Services, members of the state legislature, and other local, state, and federal representatives, advocates, and organizations.  My duties as the Division Chief of PBD include supporting DHCS executive leadership and collaborating with Assistant Chiefs within the PBD to support, develop, and manage the Medi-Cal pharmacy benefits program's integrity.

3.    DHCS is the backbone of California's health care safety net.  DHCS is the single state agency responsible for administering the state's Medicaid program, Medi-Cal, which provides comprehensive health care services at no or low cost for low-income individuals and is authorized and funded through the Medicaid federal-state partnership.  The Medi-Cal program

Page 1 of 3 – DECLARATION OF LORI BRADLEY

covers physical health, mental health, substance use disorder, pharmacy, dental, and long-term services and supports, among other benefits.  As of January 2026, Medi-Cal serves approximately 14.5 million Californians, making DHCS the largest health care purchaser in California.  Besides Medi-Cal, DHCS also administers and oversees the Children's Health Insurance Program and several other health-related federal grants.  The Department also administers programs for special populations and several other programs funded with state funds, as well as county-operated community mental health and substance use disorder programs.  Among those 14.5 million Californians covered by DHCS programs are 5.3 million children— more than half of all California's kids.

4.    I have been asked to compile a list of products that DHCS procures from foreign sources.

5.    To obtain this information, my PBD team members and I reviewed DHCS data concerning the volume of contracted or covered medical supplies, devices, or pharmaceuticals reimbursed by DHCS during the past calendar year (2025) and then looked up where the products were manufactured.  The data we reviewed is kept by DHCS in the normal course of business.

6.    The following table identifies some of the pharmaceuticals and pharmacy-related products that DHCS procures from sources outside the United States.  This is not an exhaustive list of products DHCS procures from foreign sources.

| Product | Country of Origin | Unit Price ($) | Total Cost CY 2025 ($) (est.) |
|---|---|---|---|
| Diabetic testing supplies, disposable insulin delivery devices, continuous glucose monitors | Japan, Philippines, Ireland, Taiwan, Europe, China, India, Canada | Various | $238,411,539.35 |
| Incontinence Supplies | China, Canada | Various | $33,187,236.00 |

Page 2 of 3 – DECLARATION OF LORI BRADLEY

| | | | |
|---|---|---|---|
| Pharmaceuticals | China, Europe, India | Various | $8,483,704,378.00 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 11, 2026, at Sacramento, California.

Lori Bradley, RPh.

Page 3 of 3 – DECLARATION OF LORI BRADLEY