# EXHIBIT 12

## <u>DECLARATION OF MARK D. RAYMOND</u>

I, Mark D. Raymond, declare as follows:

1.      I am over the age of 18, competent to testify as to the matters herein, and testify based on personal knowledge, records kept in the ordinary course of business at the Connecticut Administrative Services, and information I learned from Administrative Services personnel whose work I rely upon and who have assisted me in gathering this information from our institution.

2.      I am the Chief Information Officer (CIO). As CIO, I am responsible for the procurement, provision and use of technology to most executive branch agencies.  Connecticut has consolidated its information technology services into the Bureau of Information Technology Solutions (DAS-BITS).  This responsibility includes provision and management of end user devices such as PCs and Laptops. It also includes major infrastructure items such as data centers, servers, storage, networks and cloud services.  DAS-BITS specifies and approves all IT purchases and is responsible for annual budgeting related to the costs of technology.

3.      Under state law, DAS-BITS provides a comprehensive set of IT services to executive branch agencies including end user devices, telecommunication, data centers, computing, cloud, storage and networking.

**A.      Acquisition of Computer Equipment subjected to tariffs.**

4.      In the regular course of its operations, DAS routinely purchases many goods that originate from sources outside the United States. This includes Personal Computers (PCs), Laptops, Tablets, Edge Network Devices, WAN Network Devices, Data Center Network Devices, Servers, Storage, and Cloud Services.  While spending on these categories changes from year to year, our last full accounting year FY2025 included over $15.5 million in expenditures in these categories. These are not discretionary purchases as they enable the state to leverage technology for its entire workforce.  Broad tariff increases in these commodities, many of whose components are sourced from overseas, will have a direct effect on state budgets if these increases are passed to customers.

5. For example, one of our primary suppliers of laptops, desktop computers and data center equipment, HP Inc, publicly announced pricing increases related to announced tariffs. Additionally, manufacturers have cited that, due to both tariffs and overall supply constraints, they would be unable to honor our current reverse auction pricing. The state now must perform an additional reverse auction exercise in the coming months, which includes redeveloping specifications; posting both intent to run reverse auction and then getting companies to participate; finalizing awards under the auction with the new models available; and taking the old models out of consideration. Upon completion, we expect to see prices at 15% more or higher than current prices, which equates to approximately $2.25 million based on FY2025 spend.

6. The global supply chain for technology has many of the devices and/or internal components sourced from overseas suppliers. This leaves little room for customers to avoid cost of goods increases from tariffs. Several manufacturers have announced plans to move component sourcing from China to other countries, however that will still carry tariffs. No companies source these products completely within the US.

7. Given the length of existing purchasing contracts, we have had many discussions with suppliers about impacts of their cost base. However, as described above, our current contract protections are expiring, and future price increases are expected to directly impact the state this fiscal year.

**B. The President's constantly shifting tariff policy impairs DAS' ability to accurately budget for its biannual costs.**

8. To ensure responsible financial planning, DAS sets a budget every two years with adjustments in the off year. Setting a reliable budget is an important aspect of protecting the public fiscal trust.

9. DAS is currently planning the budget for the FY28-29 biennial budget cycle that begins on July 1, 2027. This planning occurs now because internal approvals begin starting in the fall to establish the governor's proposed budget in January 2027.

10.    The President's repeated imposition, modification, suspension, and threatening of various tariffs has created substantial uncertainty regarding the expected cost of a wide range of goods and services.

11.    Small cost fluctuations alone create budgeting challenges; larger cost fluctuations compound those challenges. For example, a 15% increase in underlying costs would create a $4.6 million unbudgeted increase across the biennium to the cost of IT purchases based on last year's spending.  Connecticut has no identified budgeting reserve for this situation.  The implications of increases in this area would be to purchase less equipment for devices in need of replacement and continue to run existing, aged, and perhaps failing computing resources.  This results in less worker productivity.

12.    The President's imposition and potential modification of temporary import surcharges pursuant to Section 122 of the Trade Act of 1974 harms DAS' ability to accurately plan its budgets for the upcoming biennium

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed on March 10, 2026.

Mark D. Raymond