# EXHIBIT 19

## DECLARATION OF SARAH BINGER-GROSJEAN

I, Sarah Binger-Grosjean, declare as follows:

1.      I am over the age of 18, competent to testify as to the matters herein, and can testify based on personal knowledge, or upon information and belief, based on records kept in the ordinary course of business at University of Nevada, Reno (the "University"), or information I learned from University personnel whose work I rely upon and who have assisted me in gathering this information from our institution.

2.      I am the Director, BCN Purchasing. As Director, BCN Purchasing, I oversee a centralized purchasing program supporting the instructional, research, and administrative goals of NSHE/BCN; develop and enforce purchasing policies in compliance with state and federal procurement regulations; manage major service contracts, equipment inventory, surplus property, and vehicle registrations; direct Central Services operations, including mail, receiving, and copy center functions.

3.      In the regular course of its operations, the University routinely purchases many goods that originate from sources outside the United States. The types of tariffed items procured by the University include but are not limited to: scientific and laboratory supplies and office furniture.

4.      For example, the University purchased: furniture in the amount of $92,244.65 with an additional tariff surcharge of $1,448.15, quoted by supplier on March 2, 2026; furniture in the amount of $763.68 with an additional tariff surcharge of $38.18, quoted by supplier on March 6, 2026; and furniture in the amount of $7,301.75 with an additional tariff surcharge of $237.87, quoted by supplier on February 23, 2026.

5.      While it is my understanding that the tariffs the University paid in the past were imposed under previous tariff regimes, upon information and belief, I reasonably expect that the University will purchase similar goods before July 24, 2026, that would be subject to tariffs under the Section 122 Proclamation.

Page 1 -   DECLARATION OF BINGER-GROSJEAN

6.      The Section 122 tariffs harm the University financially by increasing the cost of procurement.

**I declare under penalty of perjury under the laws of the United States that, upon information and belief or to the best of my knowledge, the foregoing is true and correct.**

Executed on March 11, 2026.


Sarah Binger-Grosjean

Page 2 -    DECLARATION OF BINGER-GROSJEAN