# EXHIBIT 24

# DECLARATION OF ELIZABETH PAPADOPOULOS

I, Elizabeth Papadopoulos, declare as follows:

1.     I am over the age of 18, competent to testify as to the matters herein, and testify based on personal knowledge, records kept in the ordinary course of business at Oregon Department of Transportation (ODOT), and information I learned from ODOT personnel whose work I rely upon and who have assisted me in gathering this information from our institution.

2.     I am the Statewide Maintenance and Operations Engineer. In this role, I oversee maintenance support services and budget and establish policy and guidance for maintenance services statewide.

3.     I have authority for various procurements associated with maintenance services, including Fleet Services.

4.     Section 232 National Security tariffs apply to imports of medium- and heavy-duty vehicles (MHDVs) and their "key vehicle parts," which include engines, batteries, transmission shafts, castings, forgings, and other essential major components. In addition to MHDVs and these key parts, ODOT purchases specialized off-road construction equipment and operational attachments—such as plows, winter chemical and sander applicators, and boom arms—to perform required maintenance and operational functions. This specialized operational equipment is not considered key vehicle parts under the Section 232 National Security tariffs and would fall instead under the Section 122 tariffs.

5.     In the regular course of its operations, Fleet Services routinely purchases many goods that originate from sources outside the United States. In most instances, tariff costs incurred by Fleet Services are passed through by the dealers, vendors, or other final handlers supplying the vehicle and equipment parts.

6.     Suppliers typically notify Fleet Services of tariff charges when we request price quotes or during the ordering process. In some cases, however, the tariff charges simply appear on the final invoices, creating substantial uncertainty about the expected cost.

Page 1 -   DECLARATION OF ELIZABETH PAPADOPOULOS
       BM2/rn1/Section 122 tariffs - Declaration of E.Papadopoulos

# DECLARATION OF ELIZABETH PAPADOPOULOS

7.      Attached as Exhibit 1 is a true copy of a heavy equipment parts quotation from the Alamo Group, received by ODOT. The additional tariff charges are clearly evident.

8.      Exhibit 2, is a similar parts quotation, also from the Alamo Group. Exhibit 3 is an invoice from TEC Equipment, for wing plow components.

9.      While the tariffs Fleet Services paid in the past were based on the President invocation of IEEPA, I expect that Fleet Services will purchase similar goods before July 24, 2026, that would be subject to tariffs under the Section 122 Proclamation.

10.     The Section 122 tariffs harm ODOT Fleet Services financially by increasing the cost of procurement.

11.     The President's constantly shifting tariff policy impairs ODOT's ability to accurately budget for its biennial costs.

12.     To ensure responsible financial planning, ODOT, including Fleet Services, sets a budget every two years for biennium. Setting a reliable budget is an important aspect of protecting the public interest and needs.

13.     The President's repeated imposition, modification, suspension, and threatening of various tariffs has created substantial uncertainty regarding the expected cost of a wide range of goods and services.

///

///

///

///

///

///

///

Page 2 -   DECLARATION OF ELIZABETH PAPADOPOULOS
        BM2/rn1/Section 122 tariffs - Declaration of E.Papadopoulos

Level 3 - Restricted

## DECLARATION OF ELIZABETH PAPADOPOULOS

14.    The President's imposition and potential modification of temporary import surcharges pursuant to Section 122 of the Trade Act of 1974 harms Oregon Department of Transportation ability to accurately plan its budgets for the upcoming 27-29 biennium.

**I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.**

Executed on March 12, 2026.

_____
Elizabeth Papadopoulos, Declarant

Level 3 - Restricted

# EXHIBIT 1

# DECLARATION OF ELIZABETH PAPADOPOULOS

     

| | | | |
|---|---|---|---|
| **Account:** | Oregon DOT- Bend | **Quote #:** | Q-46994-1 |
| **Prepared For:** | Erik Badzinski | **Prepared By:** | Dave Wooten |
| **E-Mail:** | erik.badzinski@odot.oregon.gov | **E-Mail:** | dwooten@henkemfg.com |
| **Phone:** | 541-388-6228 | **Phone:** | (913) 297-7561 |
| **Quoted On:** | 10/17/2025 | **Quote Exp.:** | 11/16/2025 |

| | | | |
|---|---|---|---|
| **Bill To:** | Oregon DOT- Bend<br>63055 N. Highway97 Bldg. g<br><br>Bend, OR 97701 | **Ship To:** | Oregon DOT- Bend<br>63055 North Highway 97<br>BLDG. G<br>Bend, OR 97703 |
| | | **Freight Terms:** | FC1 - PREPAY & ADD |
| **Credit Terms:** Net 30 | | **Incoterms:** | FOB Origin (Transfer at Origin) |

**Machine Information:** EXP11,BAT,35-51,ECT

**Serial Number:** 32490

Please Note: If a serial number is not provided for this quote, any order generated is non-refundable

**Leadtime:** 30-45 Days

**Notes:**

| Qty | Item # | Description | List Price (ea) | Final Price (ea) | Extended Amount |
|---|---|---|---|---|---|
| 2 | 199-0441 | MS11 ASY, W/O MOUNT | $1,735.69 | $1,735.69 | $3,471.38 |
| 1 | 6084600 | RG BRKT PAIR,BOLT ON,4" TUBE | $782.10 | $782.10 | $782.10 |
| 1 | 00888235 | TARIFF SURCHARGE | $425.35 | $425.35 | $425.35 |
| | | | | **SUBTOTAL:** | $4,678.83 |
| | | | | **TOTAL:** | $4,678.83 |

Page 4 -   DECLARATION OF ELIZABETH PAPADOPOULOS
BM2/rn1/Section 122 tariffs - Declaration of E.Papadopoulos

# EXHIBIT 2

# DECLARATION OF ELIZABETH PAPADOPOULOS

     

| | | | |
|---|---|---|---|
| **Account:** | Oregon DOT- Bend | **Quote #:** | Q-46550-1 |
| **Prepared For:** | Erik Badzinski | **Prepared By:** | Dave Wooten |
| **E-Mail:** | erik.badzinski@odot.oregon.gov | **E-Mail:** | dwooten@henkemfg.com |
| **Phone:** | 541-388-6228 | **Phone:** | (913) 297-7561 |
| **Quoted On:** | 9/23/2025 | **Quote Exp.:** | 10/23/2025 |
| **Bill To:** | Oregon DOT- Bend<br>63055 N. Highway97 Bldg. g<br><br>Bend, OR 97701 | **Ship To:** | Oregon DOT- Bend<br>63055 North Highway 97<br>BLDG. G<br>Bend, OR 97703 |
| | | **Freight Terms:** | FC1 - PREPAY & ADD |
| **Credit Terms:** | Net 30 | **Incoterms:** | FOB Origin (Transfer at Origin) |

**Machine Information:**
**Serial Number:**
Please Note: If a serial number is not provided for this quote, any order generated is non-refundable
Leadtime: 60-90 Days
Notes: This item cannot be cancelled or returned

| Qty | Item # | Description | List Price (ea) | Final Price (ea) | Extended Amount |
|---|---|---|---|---|---|
| 1 | 279-0462 | CAT STD LG LOWER ARM | $4,927.00 | $4,927.00 | $4,927.00 |
| 1 | 00888235 | TARIFF SURCHARGE | $492.70 | $492.70 | $492.70 |
| | | | | **SUBTOTAL:** | $5,419.70 |
| | | | | **TOTAL:** | $5,419.70 |

Page 5 -   DECLARATION OF ELIZABETH PAPADOPOULOS
BM2/rn1/Section 122 tariffs - Declaration of E.Papadopoulos

Level 3 - Restricted

# EXHIBIT 3

# DECLARATION OF ELIZABETH PAPADOPOULOS

  **V O L V O**   MACK   **WABASH**

91317 Coburg Industrial Way | Coburg, OR 97408
Phone: 541-686-6060

**INVOICE** Remit to:
PO Box 743077
Los Angeles, CA 90074-3077

The following items are not returnable: special order parts, broken kits, and electrical components. Seller accepts returns of eligible goods within 30 days of invoice date, provided returns are accompanied by original invoice, in unopened original packaging and in new saleable condition. Returned goods are subject to a minimum restocking fee of 25% of the purchase price plus applicable freight costs incurred by seller in connection with customer's purchase and/or return of the goods. Returns on cash transactions will be made by in-store credit or check, which will require minimum processing time of 14 days.

Core returns shall be made within 30 days of replacement part purchase. Cores must be fully drained of any fluids, undamaged, in clean condition, and in original cartons. Seller may reduce or retract core credits in the event of non-compliance with this paragraph.

| DATE ENTERED | PURCHASE ORDER NO. | DATE SHIPPED | INVOICE DATE | INVOICE NUMBER |
|---|---|---|---|---|
| 21 JAN 26 | 0964-0067 | 21 JAN 26 | 21 JAN 26 | 270352E |

SOLD TO:
ACCOUNT NO. 15243
ODOT - BEND
CREWS 0963 & 0964
63055 N HIGHWAY 97 BLDG G
BEND, OR 97703-5765
(541)388-6227

SHIP TO:
ODOT
63055 N HWY 97 BLDG G
BEND, OR 97703

PAGE 1 OF 1
13:15:12

| SHIP VIA | SLSM. | B/L NO. | TERMS | F.O.B. POINT |
|---|---|---|---|---|
| PWO/DIRECT | 693 | | NET 15TH | COBURG, OR |

| ORD. | SHIP | B.O. | PART NO. | DESCRIPTION | NET | AMOUNT |
|---|---|---|---|---|---|---|
| 2 | 2 | 0 | 219-0913 | WING HINGE | 900.94 | 1801.88 |
| 1 | 1 | 0 | TARIFF | SURCHARGE | 155.48 | 155.48 |
| | | | SHIPPED ON 01/14/26 | | | |
| | | | GROUND FRT | | | |
| | | | FREIGHT | 325.00 | | |

Thank You For Your Business!

Seller hereby expressly disclaims all warranties, express or implied, with respect to these goods, including all implied warranties of merchantability or fitness for a particular purpose, and seller neither assumes nor authorizes any other person to assume for seller any liability in connection therewith. Only the manufacturer warranty, if any, applies with respect to these goods. In no case shall seller be liable to customer for lost profits or any special, consequential, or incidental damages, however caused, known or unknown, anticipated or unanticipated, or any downtime due to unavailability of goods or shipment delays.

CUSTOMER'S SIGNATURE

| | |
|---|---|
| PARTS | 1,957.36 |
| SUBLET | |
| SHIPPING & HANDLING | 325.00 |
| SALES TAX | 8.67 |
| TOTAL | $2,291.03 |

Page 6 -   DECLARATION OF ELIZABETH PAPADOPOULOS
BM2/rn1/Section 122 tariffs - Declaration of E.Papadopoulos

Level 3 - Restricted