# EXHIBIT 26

I, Ray Hsu, declare as follows:

1.      I am over the age of 18, competent to testify as to the matters herein, and testify based on personal knowledge, records kept in the ordinary course of business at the University of Washington, and information I learned from  University of Washington personnel whose work I rely upon and who have assisted me in gathering this information from our institution.

2.      I am the Executive Director of Procurement Services for the University of Washington. In that capacity, I supervise a team of procurement professionals who purchase and pay for the goods and services the university relies on to fulfill its mission of providing world-class higher education and research.

3.      The University of Washington is a public research institution in Washington state with campuses in Seattle, Bothell, and Tacoma, WA. The university enrolls over 60,000 students across 865 different degree programs, including but not limited to arts and sciences, engineering, law, architecture and urban planning, and medicine.

4.      In the regular course of its operations, the University of Washington routinely purchases many goods that originate from sources outside the United States. This includes everything from the furniture and electronics used in lecture halls and administrative offices to medical, research and laboratory equipment and supplies used by UW Medicine's physicians and researchers, and everything in between.

5.      In many instances, UW orders products directly from overseas and pays the applicable duties directly to the United States government through its customs broker. In 2024, for example, UW accepted ninety-three shipments via its customs broker and paid a total of $18,199.37 in duties. In 2025, the university accepted 130 shipments and paid a total of $1,019,104.44 in duties. As of the end of February 2026, the university had accepted 23 shipments and paid a total of $34,107.83 in duties.

6.      The university also experiences the impact of tariffs when it purchases goods from resellers, who pass the costs of tariffs onto the university. For example, in January of this year, the

Page 1 -   DECLARATION OF RAY HSU

university purchased several imported pieces of electronic equipment from a U.S-based supplier, who itemized and billed the university for the tariffs it had paid on those goods, totaling $501.65. A true and correct copy of the invoice is attached as **Exhibit A**. Another supplier added a "tariff surcharge" to a February 2026 order for syringe filters. A true and correct copy of that invoice is attached as **Exhibit B.**

7.      While the tariffs the University of Washington paid in the past were based on the President's invocation of IEEPA, I expect that the University of Washington will purchase similar goods before July 24, 2026, that would be subject to tariffs under the Section 122 Proclamation and increase our cost of procurement.

**I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.**

Executed on March 9, 2026.

Ray Hsu

# Exhibit A

# Invoice

# COPELAND

**Copeland Cold Chain LP an AF of Emerald EIN 92-1599081**
**dba Cooper-Atkins**
**1065 Big Shanty RD NW STE 100**
**Kennesaw, GA, 30144-7038, US**
**PH: 860-349-3473**
**www.copeland.com/en-us/brands/cooper-atkins**

| | |
|---|---|
| Invoice Number: | IN0149643 |
| Invoice Date: | 01/07/2026 |
| Purchase Order: | PO-0100201579 |
| Customer Key: | 12536 |
| Page Number: | 1 of 2 |

**B I L L T O**
**UNIVERSITY OF WASHINGTON**
**4320 BROOKLYN AVE NE BOX 354967**
**SEATTLE WA 98195-4967**
**US**

**S H I P T O**
**UW SCHOOL OF MEDICINE**
**850 REPUBLIC ST.**
**SLU SOUTH BLDG. GRENINGER LAB**
**S130 SLU BLDG (SOUTH) FLOO**
**SEATTLE WA 98109**
**US**

| Shipment | Incoterms | Payment Method | Ship Via | Tracking Number |
|---|---|---|---|---|
| 03LB5 | EXWORKS | PPD | FEDERAL EXPRESS PRIORITY OVERNIGHT | 495152507640 |

| Sales Order | Terms | Buyer | Salesperson |
|---|---|---|---|
| 832035 | NET 30 DAYS | | PEL (AK,OR,WA,MT, W.ID) |

| Item Number<br>Description | Quantity<br>Shipped | UOM | Net Unit<br>Price | Extended<br>Amount |
|---|---|---|---|---|
| 10000-5-P-US<br>Base Station - Buffer and Receiver | 2 | EA | 1,385.39 | 2,770.78 |
| TARIFF<br>TARIFF CHARGE FOR ITEM<br>10000-5-P-US | 2 | EA | 207.81 | 415.62 |
| MX4110SC109M-025<br>MX41-900MHZ Data Logger ISO Calibration<br>Slimline Ultra-Low | 4 | EA | 816.78 | 3,267.12 |
| TARIFF<br>TARIFF CHARGE FOR ITEM<br>MX4110SC109M-025 | 4 | EA | 122.52 | 490.08 |
| TARIFF<br>TARIFF CHARGE FOR ITEM<br>MX4110S0009M-040 | 1 | EA | 82.30 | 82.30 |
| MX4110SA109M-032<br>MX41-900MHZ Data Logger NIST Probe 10118 | 4 | EA | 593.34 | 2,373.36 |
| TARIFF<br>TARIFF CHARGE FOR ITEM<br>MX4110SA109M-032 | 4 | EA | 89.00 | 356.00 |
| MX4110S0009M<br>MX41-900MHZ NON-NIST Data Logger | 1 | EA | 548.64 | 548.64 |
| 10732-B<br>Basic Remote Training | 1 | EA | 0.00 | 0.00 |

# Exhibit B

```
S  UNIV OF WASHINGTON          S  UNIV OF WASHINGTON                                          CERTIFIED COPY INVOICE
O                              H
L  PAYABLES ADMINISTRATION     I  School of Medicine Assadi, Jessica;                         Internal Order 3036689213
D  CAMPUS BOX 351130           P   Deliver To: F810 SLU F Bldg Floor
T  3917 UNIVERSITY WAY NE      T  750 REPUBLICAN ST                                                 568459953
O                              O
   SEATTLE WA 98105-6613          SEATTLE WA 98109-4766

                                                                                            02/04/2026 02/04/2026


                                           REMITTANCES TO: SIGMA-ALDRICH INC., PO BOX 734283
B                                                CHICAGO, IL 60673-4283                         N30 03/06/2026
I  UNIV OF WASHINGTON
L  BOX 354967

L  4320 BROOKLYN AVE NE                                                                            49481966
T  SEATTLE WA 98105-5946
O
                                                                                             PO-0100213912


       ASSADI, JESSICA 2065986131
```

| | | | | | | |
|---|---|---|---|---|---|---|
| WHA67841350 | WHATMAN(TM) PURADISC(TM) 13 SYRINGE FIL& | MILWAUKEE 880566266 | 1 | EA | 383.00 | 383.00 |
| 18419458 | 8421.29.0065 / GB / 49834483 | FEDEX GR | | | | |

```
                                                   Sub Total                                         383.00
                                                   Tariff Surcharge                                    7.66
```

*"To ensure proper postings of your payments, please indicate invoice numbers on your payment advice & mail it to the remittance address indicated.  Thank You."*

*A temporary tariff surcharge is being applied to product orders in certain countries; services are exempt.*

```
                                                                                                      FCA
                                                                                                   390.66

                                                                                                      USD
                                                                                                    1 /   1
```