In The

# United States Court of International Trade

Before Chief Judge Mark A. Barnett, Judge Claire R. Kelly,
Senior Judge Timothy C. Stanceu

| THE STATE OF OREGON; THE STATE OF ARIZONA; THE STATE OF CALIFORNIA; THE STATE OF NEW YORK; THE STATE OF COLORADO; THE STATE OF CONNECTICUT; *(For Continuation of Caption See Inside Cover)* | CASE NO. 26-01472 |
|---|---|

**MOTION OF ADVANCING AMERICAN FREEDOM, INC.; INDEPENDENT INSTITUTE; RICHARD EPSTEIN; JONATHAN BEAN, RESEARCH FELLOW, INDEPENDENT INSTITUTE, PROFESSOR OF HISTORY, SOUTHERN ILLINOIS UNIVERSITY; PETER T. CALCAGNO, PH.D., PROFESSOR OF ECONOMICS, COLLEGE OF CHARLESTON, DIRECTOR, CENTER FOR PUBLIC CHOICE & MARKET PROCESS; CENTER FOR FREEDOM AND PROSPERITY; EDWARD J. LOPEZ, PROFESSOR OF ECONOMICS, DISTINGUISHED PROFESSOR OF CAPITALISM, EXECUTIVE DIRECTOR AND PAST PRESIDENT, PUBLIC CHOICE SOCIETY, WEST CAROLINA UNIVERSITY; RANDALL G. HOLCOMBE, PROFESSOR OF ECONOMICS, FLORIDA STATE UNIVERSITY; MICHAEL C. MUNGER, DIRECTOR, PHILOSOPHY, POLITICS, AND ECONOMICS PROGRAM, DUKE UNIVERSITY; RIO GRANDE FOUNDATION; WILLIAM F. SHUGHART II, J. FISH SMITH PROFESSOR IN PUBLIC CHOICE, UTAH STATE UNIVERSITY; AND PAUL STAM, FORMER SPEAKER PRO TEM, NORTH CAROLINA HOUSE OF REPRESENTATIVES, FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE***

MARC WHEAT
ADVANCING AMERICAN FREEDOM
801 Pennsylvania Avenue NW, Suite 930
Washington, DC 20004
(601) 467-8617
mwheat@advancingamericanfreedom.com

*Counsel for Amicus Curiae*

THE STATE OF DELAWARE; THE STATE OF ILLINOIS; THE OFFICE OF THE GOVERNOR *ex rel.* Andy Beshear, in his official capacity as Governor of the Commonwealth of Kentucky; THE STATE OF MAINE; THE STATE OF MARYLAND; THE COMMONWEALTH OF MASSACHUSETTS; THE STATE OF MICHIGAN; THE STATE OF MINNESOTA; THE STATE OF NEVADA; THE STATE OF NEW JERSEY; THE STATE OF NEW MEXICO; THE STATE OF NORTH CAROLINA; JOSH SHAPIRO, in his official capacity as Governor of the Commonwealth of Pennsylvania; THE STATE OF RHODE ISLAND; THE STATE OF VERMONT; THE COMMONWEALTH OF VIRGINIA; THE STATE OF WASHINGTON; THE STATE OF WISCONSIN,

                                      *Plaintiffs,*

v.

DONALD J. TRUMP, in his official capacity as President of the United States; THE UNITED STATES; DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; UNITED STATES CUSTOMS AND BORDER PROTECTION; and RODNEY S. SCOTT, in his official capacity as Commissioner for U.S. Customs and Border Protection,

                                      *Defendants.*

## MOTION OF ADVANCING AMERICAN FREEDOM AND OTHER AMICI FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE*

Proposed amici curiae Advancing American Freedom, Independent Institute; Richard Epstein; Jonathan Bean, Research Fellow, Independent Institute, Professor of History, Southern Illinois University; Peter T. Calcagno, Ph.D., Professor of Economics, College of Charleston, Director, Center for Public Choice & Market Process; Center for Freedom and Prosperity; Edward J. Lopez, Professor of Economics, Distinguished Professor of Capitalism, Executive Director and Past President, Public Choice Society, West Carolina University; Randall G. Holcombe, Professor of Economics, Florida State University; Michael C. Munger, Director, Philosophy, Politics, and Economics Program, Duke University; Rio Grande Foundation; William F. Shughart II, J. Fish Smith Professor in Public Choice, Utah State University; and Paul Stam, Former Speaker Pro Tem, North Carolina House of Representatives respectfully move, pursuant to Rule 76 of the Rules of the Court of International Trade, for leave to file the attached brief of amici curiae in support of Plaintiffs. Proposed amici are organizations and individuals with expertise on economics or law and seek to provide evidence and arguments to the Court showing that need for expeditious intervention on behalf of the plaintiffs. A copy of the proposed brief of amici curiae is attached to this motion.

/s/ J. Marc Wheat
J. MARC WHEAT
ADVANCING AMERICAN FREEDOM, INC.
801 Pennsylvania Avenue, N.W., Suite 930
Washington, D.C. 20004
(202) 780-4848
MWheat@advancingamericanfreedom.com

*Counsel for Amicus Curiae*