**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**

BEFORE:    THE HONORABLE MARK A. BARNETT, CHIEF JUDGE
THE HONORABLE TIMOTHY C. STANCEU, SENIOR JUDGE
THE HONORABLE CLAIRE R. KELLY, JUDGE

|  |  |
|---|---|
| THE STATE OF OREGON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Court No. 26-01472 |

|  |  |
|---|---|
| BURLAP AND BARREL, INC.; BASIC FUN, INC., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Court No. 26-01606 |

## DECLARATION OF PIERRE YARED (COUNCIL OF ECONOMIC ADVISERS)

## I.    Qualifications

1.    I am the Acting Chairman of the Council of Economic Advisers (CEA). I lead a team of over 40 economists who are responsible for monitoring the performance of the U.S. economy, interfacing with the business, finance, and diplomatic community, and advising the White House on all economic policy issues, including tax legislation, trade, energy markets, financial markets, housing markets, and immigration.

1

2.      I have been on the faculty of Columbia Business School since 2007, and I currently hold the title of MUTB Professor of International Business. I previously served as the Senior Vice Dean for Faculty Affairs and Vice Dean for Executive Education at Columbia Business School. My research is on the political economy of macroeconomic policy and has been published in the top general interest journals in economics. I am the co-author of the first fully digital interactive textbook in Intermediate Macroeconomics.

3.      I teach Global Economic Environment, a Core MBA course in macroeconomics for which I received the Dean's Award for Teaching Excellence. I am a research associate of the National Bureau of Economic Research, a member of the Council on Foreign Relations, and a member of the Economic Club of New York. I received my AB in Economics from Harvard University and my PhD in Economics from Massachusetts Institute of Technology.

4.      I offer this declaration in response to plaintiffs' filings. This declaration is intended simply as background, to aid the Court in understanding key economic concepts discussed in filings and in the statute.

## II.      Summary of Opinions

5.      On February 20, 2026, the President issued Proclamation 11012, invoking Section 122 of the Trade Act of 1974 (19 U.S.C. § 2132) (Section 122).[1]  In that proclamation, the President found, among other things, that the United States faces fundamental international payments problems and that the United States has large and serious balance-of-payments (BOP)

---

[1] Proclamation 11012, *Imposing a Temporary Import Surcharge To Address Fundamental International Payments Problems*, 91 Fed. Reg. 9339 (Feb. 25, 2026).

deficits.[2]  To deal with the large and serious United States balance-of-payments deficit, the President imposed a 10% surcharge on certain imports for a period of 150 days.[3]

6.    On February 20, 2026, the United States had a large and serious balance-of-payments deficit.

7.    This declaration details various credible methodologies for calculating the balance-of-payments deficit and provides data using each of these methods.  Importantly, each of the varying methodologies produces the same result: the United States has a large and serious BOP deficit.

8.    Out of the various credible methodologies for calculating balance-of-payments deficits, the CEA staff assess that the balance of the current account is the most appropriate measure here.

9.    The overarching balance-of-payments accounting framework—consisting of the current, capital, and financial accounts—nets to zero by construction (under all circumstances). Therefore, balance-of-payments deficits invoke a narrower economic principle—focused on specific components of the balance-of-payments accounting framework to measure a balance-of-payments deficit in order to determine whether it is large and serious—not the accounting identity itself.

10.    Under the balance-of-payments accounting framework, the balance of payments (as an accounting identity) must balance. Net lending or borrowing measured from the current and capital accounts must exactly equal net lending or borrowing measured from the financial account. Even at the time of President Nixon's 1971 action to deal with the United States'

---

[2] *Id.*

[3] *Id.*

balance-of-payments crisis, the accounting identity results in a net balance-of-payments position of zero. This is always true regardless of the currency regime under which a country operates.

11.     The International Monetary Fund (IMF) has recognized that countries with fully-flexible exchange rates and open capital accounts are vulnerable to balance-of-payments crises marked by capital-flow shocks and sudden stops; a floating currency regime can mitigate those episodes relative to a fixed exchange rate regime, but it does not eliminate external-crisis risk.[4] All countries under any currency and policy regime may experience a BOP deficit and international payments problems. Therefore, the conditions, triggers, and importance of measuring balance-of-payments flows for the purposes of Section 122 remain relevant today.

12.     A review of the historical record and contemporaneous official statistics by the CEA finds that various official measures that focus on components of the BOP accounting framework have been constructed to measure BOP deficits. These measures were relevant in the years preceding and following the passage of the Trade Act of 1974 (and remain relevant today).

13.     After reviewing these measures and within the context of the modern economy and financial markets, the CEA finds that the balance of the current account within the BOP accounting framework is the most appropriate measure of BOP deficits for the purposes of Section 122.

14.     While trade deficits are conceptually distinct from balance-of-payments deficits, trade deficits are a key input into any credible or reasonable method to assess balance-of-payments deficits.

---

[4] *See, e.g.*, Antonio David, and Carlos Goncalves, *In Search of Lost Time: Examining the Duration of Sudden Stops in Capital Flows*, IMF Working Papers 2019, 230 (2019), https://doi.org/10.5089/9781513516080.001.

15.     But, as historical measures have focused on capturing the net amount of liquid, short-term, or money-like flows entering or exiting a country, one could reasonably add other components of the BOP accounting framework by summing the balance on the capital account and, at most, net Foreign Direct Investment (FDI) with the balance of the current account.[5] The range of values, from the balance of the current account to the expanded measures described in the preceding sentence constitute the full range of measures that could reasonably and credibly be used to estimate the BOP deficit. Each of these measures indicate that the United States is currently experiencing a large and serious BOP deficit.

16.     As measured by the current account balance, the annual BOP deficit of $1.2 trillion (-4.1% of GDP) in 2024 was larger, relative to the overall economy, than it was prior to the passage of the Trade Act of 1974, using both data estimates available in 1974 (-0.7% of GNP in 1972), and the most recent available estimates (-0.5% of GDP).[6][7]

17.     The CEA also considers alternative measures of the BOP deficit, taking into account historical precedent. These measures are constructed by adding other components of the BOP accounting framework to the current account balance. Each of these alternative measures also demonstrate a large and persistent BOP deficit.

---

[5] Because of the BOP identity, adding all components of the BOP accounting framework necessarily sums to zero. Therefore, any measure of a BOP deficit must exclude the components of the BOP accounting framework that are liquid, short-term, or money-like flows.

[6] In the 1970s, the overall economy was measured using gross national product (GNP), rather than gross domestic product (GDP); the measure of GDP was not introduced into the national accounts until the 1990s.  As much of the components of GDP are also in GNP, these measures are similar in magnitude.  The principal difference between them is that GDP measures domestic activity, including economic activity from non-U.S. citizens, whereas GNP measures activity of U.S. citizens, including economic activity abroad.

[7] The CEA believes that the end of 2024 offers the cleanest assessment of the current BOP for the purposes of Section 122 because it precedes dynamics associated with International Emergency Economic Powers Act (IEEPA) tariffs announced and implemented in 2025.

18.     The CEA also considers whether the BOP deficit is serious. The United States' net international investment position (the difference between foreign-owned U.S. assets and U.S. owned foreign assets, which reflects the accumulation of past current account deficits) as a share of GDP reached -90% in 2024 (the U.S. is a large net debtor). In dollar terms, this net negative international investment position is the largest in the world, and one of the most negative of any developed country as a share of GDP. The IMF has argued that a deterioration in the net international investment position of a country can increase the susceptibility of the economy to fluctuations in exchange rates, market conditions, and foreign demand for domestic assets. The accrual of large foreign liabilities can also lead to a higher share of domestic cash flows accruing to foreigners, which can come at the expense of consumption loss for domestic households in such an economy.[8] The primary income balance of the U.S., which is a component of the current account balance capturing such net payments to foreigners, marked its sharpest deterioration on record (in nominal terms) in 2024, marking the only negative annual reading recorded by BEA going back to at least 1960.

19.     As each considered measurement of the BOP deficit described in this declaration is currently in a much larger deficit than the corresponding deficits observed in the years immediately preceding and following the passage of the Trade Act of 1974; the BOP deficits are historically large; and these BOP deficits have resulted in meaningful deterioration in the net international investment position and in the primary income balance, it is in the CEA's opinion that the United States' BOP deficit is both large and serious. Importantly, this conclusion is true using any credible and reasonable method used for calculating BOP deficit.

---

[8] *See, infra*, Section III.

## III.     Opinions

### A.     What Is <u>Not</u> a Balance of Payments Deficit?

20.     The overarching BOP accounting framework—consisting of the current, capital, and financial accounts—nets to zero by construction (under all circumstances). Therefore, BOP deficits invoke a narrower economic principle—not the accounting identity itself—which must focus on specific components of the BOP accounting framework to measure a BOP deficit in order to determine whether it is large and serious.

21.     Under the BOP accounting framework, the balance of payments (as an accounting identity) must balance. Net lending or borrowing measured from the current and capital accounts must exactly equal net lending or borrowing measured from the financial account. Even at the time of President Nixon's 1971 action to deal with the United States' balance-of-payments crisis, the accounting identity results in a net balance-of-payments position of zero. This is always true regardless of the currency regime under which a country operates.

22.     Although the BOP accounting identity must always sum to zero, the measured accounts reported by the Bureau of Economic Analysis (BEA) never sum exactly to zero because of measurement error. BEA defines the statistical discrepancy as the residual needed to balance its recorded credits and debits.  This discrepancy exists because the accounts are constructed from separate and imperfect data sources, with net balance of these accounts in aggregate reflecting the sum of net errors and omissions in the underlying sources. Despite the claims of plaintiffs, this statistical discrepancy is not and cannot constitute a meaningful flow in its own right as it is an accounting residual generated by incomplete source data, timing mismatches, gaps in coverage, estimation error, and other measurement problems. This statistical discrepancy has always existed as long as the balance of payments have been measured as there does not currently exist a means to perfectly (and immediately) measure all transactions, especially in a

large economy like the United States. Therefore, a negative or positive statistical discrepancy cannot reasonably or credibly be understood as a BOP deficit as it simply reflects statistical noise, as evidenced by Figure 1.

## Figure 1: Measuring the BOP Statistical Discrepancy Over Time

Source: Bureau of Economic Analysis, CEA Calculations

### B.    What Is a Balance of Payments Deficit?

23.    Section 122 authorizes the President to impose temporary import surcharges to address fundamental international payments problems, including "to deal with large and serious United States balance-of-payments deficits." Yet the Trade Act does not provide an explicit definition for either the measurement of BOP deficit or what would constitute a "large and serious" deficit. Regarding BOP deficit measurement, CEA staff assess (Section III) that the current account is the most appropriate measure for the purposes of Section 122 and concludes that there is a BOP deficit using that measure. However, for the avoidance of any doubt as to whether there is a BOP deficit for the purposes of Section 122, CEA staff also detail alternative

8

measures for calculating BOP using the BOP accounting identity flowing from: (1) the balance on the current account to: (2) the current account plus the capital account plus net foreign direct investment (FDI).  As with the current account measure, CEA concludes that there is a BOP deficit using each of these alternative measures.

24.     The current account balance is the net position of (i) goods trade, (ii) services trade, (iii) primary income, and (iv) secondary income. Primary income consists of international investment income and labor compensation, while secondary income reflects unilateral transfers (e.g., insurance payments, foreign aid, remittances). The current account is one of the three primary components of the BOP accounting framework, alongside the capital and financial accounts. [9]  Much as double-entry bookkeeping helps businesses manage their accounts, the BOP accounting framework organizes international transactions. For example, if a U.S. company sells a $50,000 car abroad, the car's movement abroad enters as $50,000 of goods exports in the current account while the compensating movement of dollars to the United States enters as a $50,000 currency acquisition in the financial account. Alternative BOP deficit measures use the current account as a starting point, and include elements of the capital and financial accounts.

25.     Multiple measures capture related aspects of a country's BOP deficit, and official statistics during the 1970s also reported broader measures than the current account. For example, the "official reserve transactions balance" tracked the net disposition of dollars by the federal government in order to manage the foreign exchange value of the dollar. Another common contemporaneous measure was the "basic balance" (Figure 2), which combined the current account and long-term capital, and served as a gauge for the imbalance between "underlying"

---

[9]Throughout, each of these components of the BOP accounting framework are referred to as they are defined by the Bureau of Economic Analysis in the U.S. International Economic Accounts: Concepts and Methods https://www.bea.gov/resources/methodologies/international/pdf/iea-concepts-methods.pdf

long-term demand and supply of foreign exchange. Notably, even though the U.S. dollar started to float in 1973, Section 122 was passed by Congress in 1974 and signed into law by President Ford in 1975, suggesting that Congress's reference to BOP deficits was not simply centered around currency exchange management.

26.    Figure 2 charts the current account balance and the basic balance as shares of gross national product (GNP), [10] given data estimates contemporaneous with Section 122's passage. While the basic balance had been in deficit for over a decade before Section 122 was introduced to Congress, between 1964 and 1972 the current account swung from a surplus of 0.9% of GNP to a deficit of -0.7% of GNP. Administration documents suggest that the reversal of the current account surplus was viewed as a primary indication of deterioration in the BOP deficit and an impetus for President Nixon's suspension of the gold standard in 1971.

---

[10] GNP is closely related to gross domestic product (GDP); the primarily distinction is that GNP focuses on the production of a country's residents, regardless of where the production takes place, while GDP focuses on production that occurs within a country, regardless of the citizenship of who is producing. GNP was the standard measure of the economy in the 1970s; GDP statistics were not introduced until the 1990s.

## Figure 2: Basic Balance & Current Account, % of GNP

*Given data estimates as of 1974*



### C.    What Did Broader Historical BOP Deficit Measures Capture?

27.    According to the CEA's review of historical records, the basic balance was a common, broader measure of BOP deficits during the 1970s.  The underlying intent of the basic balance, according to BEA, was to capture "[…] long term trends in the balance of payments by segregating volatile capital flows and placing them below the line." [11] These segregated volatile capital flows consisted of payment and other liquid, money-like instruments. Because the BOP accounts follow double-entry bookkeeping, every durable transaction recorded in the basic balance has a corresponding, equal transaction consisting of a payment or money-like transfer. In other words, if the basic balance is in surplus or deficit, there must also be a net inflow or

---

[11] See the Report of the BEA's Advisory Committee on the Presentation of Balance of Payments Statistics in the June 1976 Survey of Current Business https://apps.bea.gov/scb/issues/1976/scb-1976-june.pdf

outflow, respectively, of payment instruments.  In order to capture only durable trends in the

BOP deficit and exclude short-term and volatile capital flows, the basic balance omitted all

short-term capital flows (with maturities less than 1 year) and all liquid private capital flows.

However, this measure was still imperfect because some of the long-term securities it included

can be highly volatile. Moreover, the statistical distinction between short- and long-term capital

is based on original maturities, which can diverge from investors' actual holding horizons. As

noted by the BEA's Advisory Committee on the Presentation of Balance of Payments Statistics

in the June 1976 Survey of Current Business, the basic balance cannot capture the true long-term

pattern of the BOP deficit. This determination likely motivated BEA to discontinue its

presentation of the basic balance. To CEA's knowledge, none of BEA's current statistical

aggregates seek to replicate or capture the spirit of the basic balance.

### D.    Can Balance of Payments Deficits Exist in a Floating Rate Currency Regime?

28.    In general, there are two types of currency exchange systems: fixed (or pegged) and floating (also called free or flexible).

29.    A pegged (fixed) exchange rate is an exchange rate regime under which an economy maintains a set rate of exchange between its currency and another currency or a basket of currencies. Often the exchange rate is allowed to move within a narrow predetermined (although not always announced) band. Pegs are maintained through a variety of measures, including capital controls and intervention.

30.    A floating (flexible) exchange rate is an exchange rate regime under which the foreign exchange rate of a currency is fully determined by the market, with intervention from the government or central bank used sparingly.

12

31.     Most major currencies (*e.g.*, U.S. dollar, euro) are floating, with intervention being rare since 2000. Other floating currencies are more managed. This can range from intervention being occasionally used to signal the government's concern with the level or pace of movement of the exchange rate, to more frequent intervention to manage the movement of the currency. The IMF distinguishes between a *de jure* exchange rate regime of a country and the *de facto* regime. Floating exchange rates exhibit greater volatility than managed floating exchange rates.

32.     Under a floating system, interventions by the government and central bank are generally reserved for cases of excessive volatility and disorderly movements in exchange rates.

33.     In March 1973, the United States moved to a de facto floating currency.[12] Thus, before Section 122's enactment, at the time of Section 122's enactment, and since Section 122's enactment, the United States has had a floating currency—not a fixed currency.

34.     Measuring trends in the balance of payments remains relevant even following the formal abandonment of the Bretton Woods system of fixed exchange rates and the adoption of floating rate currencies. As the Federal Reserve Bank of New York argued in 1975, under the subsequent floating regime, "Balance-of-payments measures are still used to identify disequilibria which may occur when official intervention is large enough to influence market exchange rates." More broadly, the New York Fed noted that "a more important current concern is to anticipate sources of future exchange rate change and the potential impact of international developments on domestic economies." Indeed, the New York Fed emphasized that the analytical frameworks developed under Bretton Woods remained applicable, arguing that "the

---

[12] Office of the Historian, U.S. Department of State. "Nixon and the End of the Bretton Woods System, 1971-1973." Milestones in the History of U.S. Foreign Relations
https://history.state.gov/milestones/1969-1976/nixon-shock

same characteristics—short-run sensitivity to interest rates and exchange rate expectations—are as important in the case of floating exchange rates as in the Bretton Woods framework." It maintained that "it is still desirable to separate payments according to how stable or volatile they are, and how responsive to short-run changes in monetary policy," and that "the basic balance, as well as other variants of this concept, is just as natural a basis for analysis in the world of floating exchange rates as it was under fixed exchange rates."[13]

35.     However, like the BEA recognized a year later when it chose to discontinue reporting of the basic balance, the New York Fed also recognized the limitations of existing measures in separating "stable" long term flows from short term "volatile" flows acknowledging that while the concept of the basic balance "represents the ideal", it remains flawed by measurement problems. Instead, the New York Fed posited that balance of payments flows might best be measured by the sum of the current account and capital account, as these are "the only measured flow categories that can be regarded as largely interest insensitive."

36.     As the IMF has recognized, even countries with fully-flexible exchange rates and open capital accounts remain vulnerable to BOP crises marked by capital-flow shocks and sudden stops; a floating currency regime can mitigate those episodes, but it does not eliminate external-crisis risk.[14] Countries *under any currency and policy regime* may experience BOP deficits and international payments problems. Therefore, the conditions, triggers, and importance of measuring balance of payments flows for the purposes of Section 122 remain relevant today.

---

[13] See Patricia Hagan Kuwayama, "Measuring the United States Balance of Payments," Monthly Review (Federal Reserve Bank of New York) 57, no. 8 (August 1975): 183–190 https://www.newyorkfed.org/medialibrary/media/research/monthly_review/1975_pdf/08_3_75.pdf

[14] *See, e.g.*, Antonio David, and Carlos Goncalves, *In Search of Lost Time: Examining the Duration of Sudden Stops in Capital Flows*, IMF Working Papers 2019, 230 (2019), https://doi.org/10.5089/9781513516080.001.

**E.    What Alternate Measures Are Currently Available to Capture the Balance of Payments Deficit?**

37.    While the concept of the current account has largely remained the same since the 1970s, there is no single measure of the long-term capital account (the other main component of the basic balance), and BEA no longer reports all the components needed to exactly replicate the basic balance. CEA staff considered multiple interpretations of what, in the modern context, should be included to measure the BOP deficit, following the accounting concept of the BOP that was broadly understood at the time of the passage of Section 122.

38.    What can be construed as non-volatile, long-term capital has changed materially since the 1970s. In the years following the passage of Section 122, financial market deepening liquefied many balance-sheet claims, expanding the class of payment and money-like instruments. The CEA staff believe that any measure for the purposes of Section 122 should capture only the most durable, illiquid, and long-term claims under current market conditions, in order to isolate instruments that can currently be used as or quickly converted into (i.e., liquidated) money-like claims. At present, the capital account certainly consists of long-term capital, though the BEA did not begin publishing a separate measure for the capital account (removing a small portion of the unilateral transfers measure from the current account) until July 1999 and the associated flow is small relative to the current account, so in practice a measure including the current and capital account balance would not be materially different than reporting only the current account. Additionally, the CEA staff assess that some segments of FDI could also still be viewed as long-term capital.

39.    The CEA staff assess that the most reasonable approach for determining BOP deficits using modern BOP reporting is the balance of the current account, and that any attempt

to recreate the intent of broader historical BOP measures should not extend past including net FDI in addition to the balance on the capital account.

40.    While CEA staff view some components of FDI as long-term capital, not all FDI is illiquid. As BEA noted in 1976, when it chose to discontinue reporting of the basic balance, "[…] even some components of direct investment, can be quite volatile." The CEA staff have no way of isolating the non-volatile components of FDI, nor a sense of what portion of FDI is volatile. This is why CEA staff view the combination of the current account, capital account, and FDI as the most expansive candidate BOP deficit measure for the purposes Section 122.

### F.    Is There a Large Balance of Payments Deficit?

41.    Figure 3 below shows the current account balance as a share of GDP since 1960. The current account has been in a persistent deficit since the 1990s. Moreover, relative to the overall economy, the current account deficit was larger at the end of 2024 (-4.1% of GDP; also -4.1% of GNP) than at its trough in the early 1970s (-0.7% of GNP in 1972, see Figure 2), according to data estimates available when Congress passed The Trade Act. [15,16,17]

---

[15] CEA staff believe that the end of 2024 offers the cleanest assessment of the current BOP for the purposes of Section 122 because it precedes dynamics associated with IEEPA tariffs announced and implemented in 2025.

[16] Figure 3 uses GDP to measure overall economic activity, rather than GNP, as it is the more conventional metric now.  However, GDP is a relatively modern measure, and in 1974 only GNP estimates were available.

[17] Based on the latest-available estimates, the current account balance was -0.5% of GDP in 1972.

**Figure 3: Current Account, % of GDP**

Source: Bureau of Economic Analysis; CEA calculations

42.    Figure 4 shows the U.S. trade balance (goods and services). The trade balance is by far the largest component of the current account, and tends to be the primary driver of fluctuations in the current balance. As a result, the time series behavior of the current account is dominated by the trade balance. The trade balance has been in persistent deficit since the 1970s. The large, persistent, and serious annual United States goods trade deficit has grown by over 40 percent in the past 5 years alone, reaching $1.2 trillion in 2024 and remaining at approximately $1.2 trillion in 2025.

**Figure 4: Trade Balance as Share (%) of GDP**



Source: Bureau of Economic Analysis; CEA calculations

43.     During the 1970s, economists leveraged multiple metrics to analyze different aspects of BOP deficits.  More expansive measures than the current account typically included other components of the BOP accounting framework involving relatively durable transactions—those that were long-term and illiquid—and excluded flows of payment and other liquid, money-like instruments that are recorded in the financial account.  In developing candidate alternative BOP deficit measures to the current account, CEA accounted for the evolution of financial markets since the 1970s, which have substantially increased the liquidity of many assets (e.g., equities).

44.     Figure 5 shows CEA's most expansive candidate BOP deficit measure for the purposes of Section 122: the current account plus the capital account plus net FDI. This measure excludes most assets in the financial account, as in modern-day financial markets they can exhibit high degrees of liquidity and volatile flows, akin to broad financial flow. However, even this measure is likely too inclusive. As acknowledged by the BEA in 1976 "[…] even some

components of direct investment, can be quite volatile." [18] This suggests that a representation of the BOP deficit more aligned to Section 122 would reflect only the most durable components of FDI. As illustrated by Figure 5, CEA's most expansive candidate measure is more volatile than the current account balance, but presents the same qualitative story: a prolonged period in deficit.

**Figure 5: Current Account + Capital Account\* + Net FDI, Share (%) of GDP**

Source: Bureau of Economic Analysis; CEA calculations
\*In July 1999, BEA restructured international transactions to separate the capital account from the financial account. Revised historical estimates are available beginning in the fourth quarter of 1989.

As each of the BOP deficit measures described above indicate a large and sustained deficit, it is in CEA's opinion that the United States is experiencing a large BOP deficit within the for the purposes Section 122. Importantly, this conclusion is true regardless of the method used for calculating BOP deficit.

### G.    Is the Large Balance of Payments Deficit Serious?

45.    As mentioned above, Figure 2 charts the current account balance and the basic balance (a contemporaneous BOP measure reported by the BEA and commonly cited by

---

[18] June 1976 Survey of Current Business, Report of the Advisory Committee on the Presentation of Balance of Payments Statistics

economists at the time in the context of BOP deficits) as shares of GNP, given data estimates contemporaneous with the Trade Act of 1974's passage. While the basic balance had been in deficit for over a decade before the Trade Act of 1974 was introduced to Congress, between 1964 and 1972 the current account swung from a surplus of 0.9% of GNP to a deficit of -0.7% of GNP. Administration documents suggest that the reversal of the current account surplus was viewed as a primary indication of deterioration in the BOP and an impetus for President Nixon's suspension of the gold standard in 1971. Indeed, the predicate for the passage of the Trade Act of 1974 was a declaration by President Nixon in August 1971 that the United States' BOP position (including the trade deficit) was a national emergency and a corresponding imposition of a 10-percent tariff on certain imports.[19] Facing legal challenges to his tariff authority, President Nixon advocated for Congress to grant explicit statutory authorities. As explained in an *amicus brief* filed with this Supreme Court:[20] "On April 10, 1973, the President transmitted the Trade Reform Act of 1973 to Congress. To address the balance of payments crisis, President Nixon referenced the country's 'international payments imbalances' and 'therefore request[ed] more flexible authority to raise or lower import restrictions on a temporary basis to help correct deficits or surpluses in our payments position.'"[21] This culminated in the passage of the Trade Act of 1974 into law.

46.    In his transmittal message to Congress accompanying the proposed Trade Reform Act of 1973, President Nixon explicitly distinguished between the balance of trade and the

---

[19] See Proclamation No. 4074, 85 Stat. 926 (Aug. 15, 1971).

[20] Brief of Trade Scholars in Economics, Politics, and Law as *Amici Curiae*, Donald J. Trump vs. V.O.S. Selections Inc, et al. (Case Number 2025-1812, 2025-1813), https://www.supremecourt.gov/DocketPDF/25/25-250/380479/20251024111147691_25-250%20Amici%20Brief.pdf.

[21] President Richard Nixon, Special Message to the Congress Proposing Trade Reform Legislation (Apr. 10, 1973), in The American Presidency Project, https://perma.cc/F9MQ-487F.

"overall balance of payments", underscoring that contemporaneous understanding of a BOP deficit was more expansive than a trade deficit. Because the current account is more expansive than the trade balance and still excludes money-like payments, the CEA believes that the balance on the current account is the most appropriate measure of BOP surplus/deficits for the purpose of Section 122 of The Trade Act. However, as Figures 3 and 5 using the BOP accounting framework illustrate, both narrower and broader candidate measures also reach the same qualitative conclusions.

47.    Analysis by the IMF reinforces this conclusion. The IMF's 2024 External Sector Report concluded that the U.S. current account deficit is between 0.7 and 2.0 percent of GDP too large relative to the level that is consistent with the United States' economic fundamentals and desirable policy mix.[22] As the IMF noted, "The globally sizable and excessively large increase in [current account] balances in major economies, as estimated for 2024, can generate significant negative cross-border spillovers… Globally sizable deficits can fuel financial crises with costly global consequences." The IMF has noted that economies with fully-flexible exchange rates and open capital accounts are vulnerable to capital-flow shocks and sudden stops; a floating currency regime can mitigate those episodes relative to a fixed exchange rate regime, but it does not eliminate external-crisis risk.[23]

48.    A sustained current account deficit by a country requires the accrual of additional net foreign liabilities, and therefore a deterioration in this country's net international investment

---

[22] See the International Monetary Fund's External Sector Report: Global Imbalances In A Shifting World (2025) https://www.imf.org/en/publications/esr/issues/2025/07/22/external-sector-report-2025

[23] For example, see Antonio David, and Carlos Goncalves. "In Search of Lost Time: Examining the Duration of Sudden Stops in Capital Flows", IMF Working Papers 2019, 230 (2019), https://doi.org/10.5089/9781513516080.001

position, as the deficit country must finance this deficit by borrowing more, on net, from foreigners. The net international investment position of the United States, which reflects accrued liabilities from past current account deficits, has sharply deteriorated in the past decade as a share of GDP (Figure 6), falling from -39.9% in 2014 to -62% in 2022 and sharply again to -90.6% in 2024.

49.     The magnitude of this negative international investment position is a highly atypical position for a country like the United States and stands out among developed countries. In dollar terms, the United States' net negative international investment position is the largest in the world, and one of the most negative of any developed country as a share of GDP. The IMF has noted that deterioration in the net international investment position of a country can increase the susceptibility of the economy to fluctuations in exchange rates, market conditions, and foreign demand for domestic assets. The accrual of large foreign liabilities can also lead to a higher share of domestic cash flows accruing to foreigners, which can come at the expense of consumption loss for domestic households. [24,25] In some extreme cases, these problems can, among other things, endanger the ability of countries with very large net negative international investment positions to finance spending and can erode investor confidence in their economy.[26,27]

---

[24] Behar and Hassan (2022), IMF Working Paper, The Current Account Income Balance: External Adjustment Channel or Vulnerability Amplifier? https://doi.org/10.5089/9798400207488.001

[25] See, infra, Section III.

[26] Obstfeld (2012), Journal of International Money and Finance, Financial Flows, Financial Crises, and Global Imbalances. https://doi.org/10.1016/j.jimonfin.2011.10.003

[27] See Luis A.V. Catão & Gian Maria Milesi-Ferretti, External Liabilities and Crises, Journal of International Economics, Volume 94, Issue 1, 2014, Pages 18-32, ISSN 0022-1996 https://www.sciencedirect.com/science/article/pii/S0022199614000713?ref=pdf_download&fr=RR-2&rr=9ac78f895a25c5b3.

**Figure 6. United States Net International Investment Position % of GDP**



Source: Bureau of Economic Analysis; CEA calculations

50.　　All else equal, a larger current account deficit and deteriorating net international investment position could lead to larger primary income outflows in the future due to more payments abroad servicing those liabilities. To illustrate these dynamics stemming from BOP deficits, Figure 7 shows the primary income balance, which is a component of the current account. Historically the United States' primary income balance has been positive. Despite the United States accruing a deeply negative net international investment position, it has earned a higher return on its foreign assets than it pays on liabilities, a trend that economists have described as an "exorbitant privilege."[28] However, the primary income balance fell sharply in 2024, marking the only negative annual reading recorded by BEA going back to 1960 and the largest year-over-year drop on record.

---

[28] For example, see Stephanie E. Curcuru & Charles P. Thomas & Francis E. Warnock, 2013. "On returns differentials," International Finance Discussion Papers 1077, Board of Governors of the Federal Reserve System https://www.federalreserve.gov/pubs/ifdp/2013/1077/ifdp1077.htm

**Figure 7. Primary Income Balance as Share (%) of GDP**



Source: Bureau of Economic Analysis; CEA calculations

51.     Cross-country research has found that current account deficits can become unsustainable if they are persistently between 2-5% of GDP.[29,30] According to that research, large deficits eventually adjust through some combination of real exchange rate depreciation, reduced consumption, investment, and increased exports. The magnitude of the adjustment and the extent to which this adjustment is sudden or gradual can determine whether such an adjustment has large and adverse consequences for an economy. The more negative the net international investment position of a country, the greater the risk that an adjustment can result in large costs to the domestic economy.

---

[29] See, for example, Cline, William R. and John Williamson. *New Estimates of Fundamental Equilibrium Exchange Rates.* No. PB08-07 Peterson Institute for International Economics, 2008.

[30] See Mussa, Michael. "Sustaining Global Growth while Reducing External Imbalances." *The United States and The World Economy: Foreign Economic Policy for the Next Decade* (2005): pp. 175-207.

52.    Based on these historical cross-country comparisons, the United States' current account deficit of 4% of GDP combined with its large negative net international invest position suggests that the BOP deficit is large and serious.

## IV.    Conclusion

53.    On February 20, 2026, the United States had a large and serious BOP deficit.

54.    As each considered measurement of the BOP deficit described in this declaration is currently in a much larger deficit than the corresponding deficits observed in the years immediately preceding and following the passage of the Trade Act of 1974; the BOP deficit is historically large; and the BOP deficit is serious based on historic cross-country research and since it is accompanied by a large deterioration in the net international investment position, it is in CEA's opinion that the United States' BOP deficit is both large and serious. Importantly, this conclusion is true regardless of any credible and reasonable method used for calculating BOP deficit.

55.    Before Section 122's enactment, at the time of Section 122's enactment, and since Section 122's enactment, the United States has had a floating currency—not a fixed currency.

56.    While trade deficits are conceptually distinct from BOP deficits, trade deficits are a key input into any credible or reasonable method to assess BOP deficits.

57.    A large and serious BOP deficit can exist in both a floating exchange regime and a fixed exchange regime.

58.    Plaintiffs' use of the accounting identity to assess BOP deficits is unreasonable. The accounting identity always equals zero, regardless of the exchange regime.

I declare, under penalty of perjury, that, to the best of my knowledge, the foregoing is true and correct.

Executed on this 3rd day of April, 2026.

_____

Pierre Yared
Acting Chairman of the Council of Economic Advisers