**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| THE STATE OF OREGON, ET AL.,<br><br>  *Plaintiffs,*<br><br>V.<br><br>DONALD J. TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES, ET AL.,<br><br>  *Defendants.* | **MOTION FOR LEAVE OF ECONOMISTS TO FILE AN *AMICUS CURIAE* BRIEF IN SUPPORT OF PLAINTIFFS**<br><br><br>  Case No. 1:26-cv-01472-3JP |

Pursuant to Rule 76 of the Rules of the United States Court of International Trade and this Court's inherent authority, proposed *amicus curiae* economists respectfully move for leave to file the attached Brief of *Amicus Curiae* in support of Plaintiffs. The proposed *amicus curiae* brief is being filed simultaneously.

In support of the motion, economists state as follows:

1. *Amicus curiae* are professional economists at leading universities and public policy research organizations who have dedicated their professional lives to understanding international economics.

2. Many have put their expertise to use in public service for the federal government.

3. *Amici* have an interest in ensuring that the fundamentals of international economics are correctly represented in this litigation.

4. In this case, the President's February 20, 2026, invocation of Section 122 of the Trade Act has no proper foundation, because the United States is not in a situation where it meets the economic conditions specified in the relevant statutory criteria. This brief fully explains why this is the case from an economic standpoint, and it also explains

1

that irreparable harm will ensue from the Proclamation.

5.  *Amicus curiae* are filing this brief in close proximity to the briefing deadline that this Court has set. Accordingly, this motion will neither delay the Court's consideration of Plaintiffs' pending motion nor prejudice any party.

## INTEREST OF *AMICUS CURIAE*

*Amici curiae* are professional economists at leading universities and public policy research organizations who have dedicated their professional lives to understanding international economics. Many have put their expertise to use in public service for the federal government. *Amici* have an interest in ensuring that the fundamentals of international economics are correctly represented in this litigation.

For these reasons, proposed *amicus curiae* respectfully requests that the Court grant leave to file the attached amicus brief.

Dated: April 8, 2026                            Respectfully submitted,

<u>/s/ Adam Unikowsky</u>
Holger Spamann (*Admission Pending*)
1525 Massachusetts Ave.
Cambridge, MA 02138
Tel. (617) 496-6710

Aaron R. Cooper (*Admission Pending*)
Adam G. Unikowsky
Nikita Lalwani (*Admission Pending*)
JENNER & BLOCK LLP
1099 New York Ave. N.W.
Suite 900
Washington, D.C. 20001
Tel. (202) 639-6000
Fax (202) 639-6066

acooper@jenner.com
aunikowsky@jenner.com
nlalwani@jenner.com

Debbie L. Berman (*Admission Pending*)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
Tel. (312) 222-9350
Fax (312) 527-0484
dberman@jenner.com

*Counsel for Amicus Curiae*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on April 8, 2026, I electronically filed this motion and accompanying *amicus curiae* brief with the Clerk using the CM/ECF system, which I understand to have caused service of the filing to all counsel of record.

Dated: April 8, 2026                     Respectfully submitted,


                                         /s/ Adam Unikowsky
                                         Holger Spamann (*Admission Pending*)
                                         1525 Massachusetts Ave.
                                         Cambridge, MA 02138
                                         Tel. (617) 496-6710

                                         Aaron R. Cooper (*Admission Pending*)
                                         Adam G. Unikowsky
                                         Nikita Lalwani (*Admission Pending*)
                                         JENNER & BLOCK LLP
                                         1099 New York Ave. N.W.
                                         Suite 900
                                         Washington, D.C. 20001
                                         Tel. (202) 639-6000
                                         Fax (202) 639-6066
                                         acooper@jenner.com
                                         aunikowsky@jenner.com
                                         nlalwani@jenner.com

                                         Debbie L. Berman (*Admission Pending*)
                                         JENNER & BLOCK LLP
                                         353 N. Clark Street
                                         Chicago, IL 60654
                                         Tel. (312) 222-9350
                                         Fax (312) 527-0484
                                         dberman@jenner.com

                                         *Counsel for Amicus Curiae*


4