**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**

BEFORE:    THE HONORABLE MARK A. BARNETT, CHIEF JUDGE
THE HONORABLE TIMOTHY C. STANCEU, SENIOR JUDGE
THE HONORABLE CLAIRE R. KELLY, JUDGE

|  |  |  |
|---|---|---|
| THE STATE OF OREGON, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Court No. 26-01472 |
| DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) ) | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned, Sosun Bae, hereby enters an appearance for defendants in this action, and requests that all papers in connection with this action be served at the address below.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General

PATRICIA M. MCCARTHY
Director

CLAUDIA BURKE
Deputy Director
JUSTIN R. MILLER
Attorney-In-Charge

<u>s/Sosun Bae</u>
SOSUN BAE
Senior Trial Counsel
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
P.O. Box 480
Ben Franklin Station
Washington, D.C.  20044
Tel: (202) 305-7568

Dated: April 10, 2026                    *Attorneys for Defendants*