**U.S. COURT OF INTERNATIONAL TRADE**
**Honorable Mark A. Barnett, Claire R. Kelly, and Timothy C. Stanceu**

Hearing – Friday, April 10, 2026, at 10:00 a.m. EDT
at CIT Ceremonial Court Room

26-cv-01472-3JP - The State of Oregon et al v. Trump et al

**Jurisdiction: 1581(i)**

### Appearance Sheet

| Party | Counsel | Law Firm |
|---|---|---|
| The State of Oregon, et al<br><br>(Plaintiff) | Brian Simmonds Marshall<br><br>Rabia Muqaddam<br><br>Shiwon Choe | Oregon Department of Justice<br><br>NYS Office of the Attorney General<br><br>California Attorney General's Office |
| Trump, et al<br><br>(Defendant) | Brett Shumate<br>Justin R. Miller<br>Mathias Rabinovitch<br>Sosun Bae | U.S. Department of Justice |

26-cv-01606-3JP - Burlap and Barrel, Inc. et al v. Trump et al

| Party | Counsel | Law Firm |
|---|---|---|
| Burlap and Barrel, Inc.<br><br>(Plaintiff) | Jeffrey Michael Schwab<br>Reilly Walsh Stephens | Liberty Justice Center |
| Trump, et al<br><br>(Defendant) | Brett Shumate<br>Justin R. Miller<br>Mathias Rabinovitch<br>Sosun Bae | U.S. Department of Justice |