**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**

BEFORE:    THE HONORABLE MARK A. BARNETT, CHIEF JUDGE
           THE HONORABLE CLAIRE R. KELLY, JUDGE
           THE HONORABLE TIMOTHY C. STANCEU, SENIOR JUDGE

|  |  |  |
|---|---|---|
| THE STATE OF OREGON, *et al.*, | ) | |
|  | ) | |
| Plaintiffs, | ) | |
|  | ) | |
| v. | ) | Court No. 26-01472 |
|  | ) | |
| DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, | ) | |
|  | ) | |
| Defendants. | ) | |

**DEFENDANTS' NOTICE OF APPEAL**

Notice is hereby given that defendants appeal to the United States Court of Appeals for the Federal Circuit from the Court's opinion and final judgment of May 7, 2026.  *See The State of Oregon, et al. v. United States*, Court No. 26-01472, ECF No. 49, 50.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General

PATRICIA M. McCARTHY
Director

CLAUDIA BURKE
Deputy Director

/s/Justin R. Miller
JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

SOSUN BAE
Senior Trial Counsel

COLLIN T. MATHIAS
BLAKE W. COWMAN
CATHERINE M. YANG
MATHIAS RABINOVITCH
Trial Attorneys
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
PO Box 480, Ben Franklin Station
Washington, DC 20044
(202) 353-9063
Claudia.Burke@usdoj.gov

Dated: May 8, 2026                 *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that, on May 8, 2026, I caused the foregoing "DEFENDANT'S NOTICE

OF APPEAL" to be filed and served electronically via the Court's CM/ECF system.


/s/Justin R. Miller