NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**STATE OF OREGON, STATE OF WASHINGTON,**
*Plaintiffs-Appellees*

**v.**

**DONALD J. TRUMP, in his official capacity as President of the United States, DEPARTMENT OF HOMELAND SECURITY, MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of Homeland Security, UNITED STATES CUSTOMS AND BORDER PROTECTION, RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection, UNITED STATES,**
*Defendants-Appellants*

---

2026-1804

---

Appeal from the United States Court of International Trade in No. 1:26-cv-01472-3JP, Chief Judge Mark A. Barnett, Judge Claire R. Kelly, and Senior Judge Timothy C. Stanceu.

-------------------------------------------------

**BURLAP AND BARREL, INC., BASIC FUN, INC.,**
*Plaintiffs-Appellees*

**v.**

STATE OF OREGON v. TRUMP

**DONALD J. TRUMP, in his official capacity as President of the United States, EXECUTIVE OFFICE OF THE PRESIDENT, UNITED STATES, UNITED STATES CUSTOMS AND BORDER PROTECTION, RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection, JAMIESON GREER, in his official capacity as U.S. Trade Representative, OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE, DEPARTMENT OF HOMELAND SECURITY, MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of Homeland Security,** *Defendants-Appellants*

———————————

2026-1805

———————————

Appeal from the United States Court of International Trade in No. 1:26-cv-01606-3JP, Chief Judge Mark A. Barnett, Judge Claire R. Kelly, and Senior Judge Timothy C. Stanceu.

———————————

**ON MOTION**

———————————

PER CURIAM.

**O R D E R**

Upon consideration of the appellants' response at ECF No. 11,

IT IS ORDERED THAT:

(1) Appellants' motion at ECF No. 4 is held in abeyance, and briefing on it is suspended, pending the Court of International Trade's disposition of appellants' stay

STATE OF OREGON v. TRUMP                                3

motions at that court, and appellants are directed to imme-
diately inform this court of the CIT's disposition of those
motions.

(2) The administrative stay imposed by this court's
May 12, 2026 order remains in effect.

FOR THE COURT

May 13, 2026
Date

Jarrett B. Perlow
Clerk of Court