FORM 11-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**          **FORM 11**

| | |
|---|---|
| The State of Oregon, et al.,<br><br>        Plaintiff,<br><br> v.<br>Donald J. Trump, et al.,<br><br>        Defendant. | Court No.   26-01472 |

### NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the

United States Court of International Trade, the undersigned appears as attorney ▾

for plaintiff ▾ , State of Washington_____ , in this action

☐ and for the parties indicated in the actions listed on the attached

  schedule

and requests that all papers be served on him/her.

☒ The individual attorney in the undersigned firm, corporate law

  department, or the Government, who is responsible for the litigation, is

  Freeman Halle_____ .

Date: 05/18/2026_____

/s/ Freeman Halle_____
Signature

Freeman Halle_____
Attorney

Washington Office of the Attorney General
Firm

1125 Washington Street SE_____
Street Address

Olympia, WA 98504_____
City, State and Zip Code

360-753-6200_____
Telephone Number

freeman.halle@atg.wa.gov_____
E-mail Address

FORM 11-2

Schedule to Notice of Appearance

| Court Number | Case Name | Party or Parties Represented |
|---|---|---|
| 26-01472 | The State of Oregon, et al., v. Donald J. Trump, et al. | Plaintiff State of Washington |

(As amended May 25, 2004, eff. Sept. 1, 2004; Nov. 25, 2009, eff. Jan. 1, 2010; Dec. 7, 2010, eff. Jan. 1, 2011; Dec. 4, 2012, eff. Jan. 1, 2013; June 5, 2015, eff. July 1, 2015; Oct. 23, 2025, eff. Dec. 1, 2025.)