Case 2:26-cv-01472-3JP    Document 27    Filed 05/21/2026    Page 1 of 3

NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**STATE OF OREGON, STATE OF WASHINGTON,**
*Plaintiffs-Appellees*

**v.**

**DONALD J. TRUMP, in his official capacity as President of the United States, DEPARTMENT OF HOMELAND SECURITY, MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of Homeland Security, UNITED STATES CUSTOMS AND BORDER PROTECTION, RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection, UNITED STATES,**
*Defendants-Appellants*

---

2026-1804

---

Appeal from the United States Court of International Trade in No. 1:26-cv-01472-3JP, Chief Judge Mark A. Barnett, Judge Claire R. Kelly, and Senior Judge Timothy C. Stanceu.

-------------------------------------------------

**BURLAP AND BARREL, INC., BASIC FUN, INC.,**
*Plaintiffs-Appellees*

**v.**

**DONALD J. TRUMP, in his official capacity as President of the United States, EXECUTIVE OFFICE OF THE PRESIDENT, UNITED STATES, UNITED STATES CUSTOMS AND BORDER PROTECTION, RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection, JAMIESON GREER, in his official capacity as U.S. Trade Representative, OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE, DEPARTMENT OF HOMELAND SECURITY, MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of Homeland Security,**
*Defendants-Appellants*

————————————

2026-1805

————————————

Appeal from the United States Court of International Trade in No. 1:26-cv-01606-3JP, Chief Judge Mark A. Barnett, Judge Claire R. Kelly, and Senior Judge Timothy C. Stanceu.

————————————

**ON MOTION**

————————————

PER CURIAM.

**O R D E R**

Upon consideration of the appellants' response at ECF No. 24,

IT IS ORDERED THAT:

(1) The appellees are directed to respond to the appellants' motions for a stay no later than seven days from the

Case: 2:26-cv-1074-JP Document: 61 Filed 05/21/2026 Page 3 of 3

STATE OF OREGON v. TRUMP                                                    3

date of entry of this order.  Any reply is due no later than three days from the date of service of the response(s).

(2) The administrative stay imposed by this court's May 12, 2026 order remains in effect.

FOR THE COURT


<u>May 21, 2026</u>
Date

Jarrett B. Perlow
Clerk of Court