**ERRATA**

*The State of Oregon, et al. v. United States, et al.*, Court No. 26-01472-3JP
*Burlap and Barrel, Inc., et al. v. United States, et al.*, Court No. 26-01606-3JP
Slip Op. 26-47, dated May 7, 2026:

> Page 3, line 35: add "and Holger Spamann, of Cambridge, MA," before "for Amici Curiae Economists."

June 5, 2026