**FORM 1. Notice of Appeal from a United States Federal Court (District Court, Court of Appeals for**     **Form 1**
**Veterans Claims, Court of Federal Claims (non-vaccine appeals), and Court of International Trade)**    **March 2023**

### UNITED STATES

### COURT OF INTERNATIONAL TRADE

CROSS
### NOTICE OF APPEAL

Notice is hereby given that the appellant(s) listed below hereby appeal(s) the below-noted case to the United States Court of Appeals for the Federal Circuit.

Case number being appealed:    1:26-cv-01472-3JP

Case title being appealed:    The State of Oregon, et ~v.~ United States, et al

Date of final judgment or order being appealed:    05/07/2026

**List all Appellants** (List each party filing this appeal.  Do not use "et al." or other abbreviations.  Attach continuation pages if necessary.)

See the attached page

Date: 06/09/2026

Signature: /s/ Brian S. Marshall

Name: Brian S. Marshall

Address: Oregon Department of Justice

1162 Court Street NE

Salem, OR 97301

Phone Number: 971-673-5027

Email Address: Brian.S.Marshall@doj.oregon.gov

List all Appellants (List each party filing this appeal. Do not use "et al." or other abbreviations. Attach continuation pages if necessary.):

The State of Oregon (filing party), The State of Arizona, The State of California, The State of New York, The State of Colorado, The State of Connecticut, The State of Delaware, The State of Illinois, Office of the Governor ex rel. Andy Beshear, in his official capacity as Governor of the Commonwealth of Kentucky, The State of Maine, The State of Maryland, The Commonwealth of Massachusetts, The State of Michigan, The State of New Jersey, The State of Minnesota, The State of Nevada, The State of New Mexico, The State of North Carolina, Josh Shapiro, in his official capacity as Governor of the Commonwealth of Pennsylvania, The State of Rhode Island, The State of Vermont, The Commonwealth of Virginia, and The State of Wisconsin