**UNITED STATES COURT OF INTERNATIONAL TRADE**

BEFORE:    **THE HONORABLE MARK A. BARNETT, CHIEF JUDGE**
           **THE HONORABLE CLAIRE R. KELLY, JUDGE**
           **THE HONORABLE TIMOTHY C. STANCEU, JUDGE**

| | |
|---|---|
| THE STATE OF OREGON, et al.,<br><br>          Plaintiffs,<br><br>   v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>          Defendants. | Court No. 26-01472 |

**STATE OF WASHINGTON'S NOTICE OF WITHDRAWAL OF COUNSEL**

Pursuant to Rule 75-2(d) of the United States Court of International Trade, Assistant Attorney General Freeman Halle hereby withdraws as counsel on behalf of Plaintiff State of Washington. Assistant Attorney General Stephen Todd Sipe remains counsel of record for the State of Washington.

1

DATED this 8th day of July 2026.

NICHOLAS W. BROWN
Attorney General

*/s/ Freeman Halle*
FREEMAN HALLE, WSBA #61498
Assistant Attorney General
Office of the Wasington State Attorney General
1125 Washington Street SE
P.O. Box 40100
Olympia, WA 98504-0100
206-264-1939
Freeman.Halle@atg.wa.gov

*/s/ S. Todd Sipe*
S. TODD SIPE, WSBA #23203
Assistant Attorney General
Office of the Wasington State Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
206-382-0512
Todd.Sipe@atg.wa.gov

2